IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOSE L. LASSALLE<br>CARR 110, KM 910<br>Malesza Alta,<br>Aguadilla, P.R. 00604, | )<br>)<br>)<br>)<br>) | |
|       Plaintiff, | )<br>) | |
| v. | )<br>) | Civil Action Number: 06-1481 (ESH) |
| THE HONORABLE<br>FRANCIS J. HARVEY<br>Secretary of the Army<br>101 Army Pentagon<br>Washington, D.C. 20310-0101 | )<br>)<br>)<br>)<br>)<br>) | |
|       Defendant. | )<br>) | |
| Also Serve: | )<br>) | |
| THE UNITED STATES ATTORNEY<br>FOR THE DISTRICT OF COLUMBIA<br>555 4th Street, N.W.<br>Washington, D.C. 20530 | )<br>)<br>)<br>)<br>) | |
| THE ATTORNEY GENERAL OF<br>THE UNITED STATES<br>10th and Constitution Ave., N.W.<br>Washington, D.C. 20530 | )<br>)<br>)<br>)<br>)<br>) | |

**NOTICE OF APPEARANCE**

    The Clerk of the Court will please enter the appearance of Kevin K. Robitaille, Special Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

Respectfully submitted,

_____/s/_____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
555 Fourth St., N.W.
Room E4408
Washington, D.C.  20530
202-353-9895  / FAX 202-514-8780