**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOSE L. LASSALLE | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    Civil Action Number: 06-1481 (ESH) |
| | ) |
| THE HONORABLE | ) |
| FRANCIS J. HARVEY | ) |
| Secretary of the Army | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

**DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME**
**WITHIN WHICH TO ANSWER, MOVE OR OTHERWISE RESPOND**

Plaintiff brings this case pursuant to the Administrative Procedures Act, 5 U.S.C. § 702,

*et. seq.*  Defendant respectfully moves this Court for a thirty (30) day enlargement of time

through and including December 13th 2006, within which to answer, move, or otherwise respond

to the Complaint in this matter.  Good cause exists to grant this motion:

1. Defendant's answer, motion or other response to the Complaint is currently due

November 13, 2006.

2. Defendant has been diligently working on this matter; however, defendant needs

additional time to address the factual and legal claims raised by plaintiff in his complaint.

3.  Granting this enlargement will not require the rescheduling of pre-trial or trial dates or

any other in-court matters.

4.  This is the first enlargement of time sought in this matter.

5.  Plaintiff's counsel consents to the enlargement.

For these reasons, defendant requests that the Court grant its Motion for Enlargement of Time Within Which to Answer, Move or Otherwise Respond.  A proposed order is included with this Motion.

Respectfully submitted,


_____/s_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


_____/s_____
RUDOLPH CONTRERAS D.C. Bar No.  434122
Assistant United States Attorney


_____/s_____
STEVEN M. RANIERI
Special Assistant U.S.  Attorney
555 Fourth Street, N.W.,
Washington, D.C.  20530
(202) 353-9895