IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSE L. LASSALLE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action Number: 06-1481 (ESH) |
| ) | |
| THE HONORABLE ) | |
| FRANCIS J. HARVEY ) | |
| Secretary of the Army ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of Defendant's Unopposed Motion for an Enlargement of Time to Answer, Move or Otherwise Respond to the Complaint, and the entire record of this case, it is hereby

ORDERED that Defendant's Motion for an Enlargement of Time is GRANTED, and it is

FURTHER ORDERED that Defendant shall have up to and including December 13 2006, to answer, move or otherwise respond to Plaintiff's Complaint.

Dated this _____ day of _____, 2006.

_____
Ellen Segal Huvelle
United States District Judge

Copies to:
Parties via ECF