UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSE L. LASSALLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:06CV01481 (ESH) |
| ) | |
| THE HONORABLE FRANCIS J. HARVEY ) | |
| Secretary of the Army, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S STATEMENT OF MATERIAL FACTS**
**TO WHICH THERE IS NO GENUINE DISPUTE**

Pursuant to LCvR 7(h) and in support of Defendant's Motion for Summary Judgment (hereafter "Def. Motion"), Defendant respectfully submits this statement of material facts as to which there are no genuine dispute. The Administrative Record ("AR") supports this statement.

1. Mr. Lassalle enlisted in the United States Army on August 3, 1978. AR 195. He attained the rank of Private First Class and was discharged on May 5, 1979. Id. On November 26, 1987, Mr. Lassalle enlisted in the Army National Guard. AR 162-163. In August 1990, he graduated from Officer Candidate School ("OCS"), and was commissioned as a Second Lieutenant in the Army National Guard. AR 168, 166. In August 1993, Mr. Lassalle was promoted to the rank of First Lieutenant. AR 192. In March 1998, Mr. Lassalle was assigned to an Active Guard and Reserve ("AGR") position in the 402nd Civil Affairs Battalion. AR 173.

2. Mr. Lassalle was non-selected for promotion to Captain by the 1997 and 1998 Department of the Army Reserve Component Selection Boards. AR 3. Mr. Lassalle was notified that he was non-selected for promotion to Captain because he did not meet the civilian education requirements for promotion to Captain, namely the possession of a baccalaureate degree, under 10 U.S.C. § 12205 and Army Regulation ("Army Reg.") 135-155. Id.

3. On May 4, 1999, Mr. Lassalle was notified of his second non-selection for promotion to Captain, and informed that he would be released from active duty in accordance with 10 U.S.C. § 14513. AR 3.

4. On June 18, 1999, Mr. Lassalle received his Bachelor of Science degree from Regents College in Albany, New York. AR 98. On June 20, 1999, Mr. Lassalle submitted a request for waiver of the civilian education requirement in accordance with the National Defense Authorization Act for Fiscal Year 1999 and 10 U.S.C. § 12205. AR 3.

5. On December 22, 1999, Mr. Lassalle was released from active duty due to his two-time non-selection for promotion. AR 177.

6. On January 17, 2000, the Office of the Deputy Chief of Staff for Personnel ("ODCSPER") informed the U.S. Army Total Army Personnel Command that Mr. Lassalle's request for a waiver of the civilian education requirement had been denied. AR 13.

7. On July 6, 2000, Mr. Lassalle applied to the Army Board for Correction of Military Records ("ABCMR")[1] requesting promotion to Captain, return to AGR status, and back pay. AR 7. On March 6, 2001, the ABCMR met and voted unanimously to deny Mr. Lassalle's application for relief. AR 2-5. The ABCMR concluded that there was no evidence that he was denied due process or that there were any mitigating circumstances that prevented him from attaining a degree prior to his consideration for promotion. AR 4-5. On April 4, 2001, the ABCMR notified Mr. Lassalle that his application had been denied. AR 6.

8. On May 1, 2002, Mr. Lassalle was appointed as a Warrant Officer in the Army

---

[1] The ABCMR is a board comprised of high-ranking civilian employees of the Department of the Army. Title 10 U.S.C. § 1552 provides that the Secretary of the Army, acting through the ABCMR, may correct any record when he considers it necessary to correct an error or remove an injustice. The policies, procedures, and governing rules of the ABCMR are at 32 C.F.R. § 581.3.

Reserve.  AR 179.

    9.  On October 9, 2003, Mr. Lassalle petitioned the ABCMR for reconsideration of its March 2001 decision denying him relief.  AR 20.  On July 14, 2004, the ABCMR denied his request for reconsideration as it was submitted more than one year after the board's original decision, and it did not contain substantial relevant evidence of fraud, mistake in law, mathematical miscalculation, manifest error, or substantial relevant new evidence discovered contemporaneously or within a short time after the original decision.  AR 18-19.

    10.  On April 5, 2005, Mr.Lassalle again petitioned the ABCMR for reconsideration.  AR 42.  On March 22, 2006, the ABCMR again denied his request as it was submitted more than one year after the original denial by the board.  Id.

    11.  On May 15, 2006, Mr. Lassalle sent a request to Senator John McCain requesting that the ABCMR reconsider its March 2001 decision denying him relief.  AR 51-70.  Senator McCain's office referred the matter to the ABCMR for action.  AR 45-46.  On September 20, 2006, the ABCMR again denied his request as it was submitted more than one year after the original denial by the board. AR 43.

Respectfully submitted,

        /s
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

        /s
RUDOLF CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

                                                                  /s_____
                                        STEVEN M. RANIERI
Special Assistant United States Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530
202-353-9895

Of Counsel:

Major Rebecca E. Ausprung
U.S. Army Litigation Division
901 N. Stuart Street, Suite 400
Arlington, Virginia 22203-1837
703-696-1627