UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSE L. LASSALLE,           ) | |
|                             ) | |
|     Plaintiff,       ) | |
|                             ) | |
|     v.               ) | Civil Action No.  1:06CV01481 (ESH) |
|                             ) | |
| THE HONORABLE FRANCIS J. HARVEY ) | |
| Secretary of the Army,      ) | |
|                             ) | |
|     Defendant.       ) | |
|                             ) | |

### ORDER

This matter comes before the Court on Defendant's Motion for Summary Judgment.

Based upon the motion, the opposition thereto, and the entire record herein, it is this ____ day of

_____, 20___ hereby

**ORDERED** that Defendant's motion is **GRANTED**, and it is further

**ORDERED** that judgment shall be entered for Defendant, and that this matter is hereby **DISMISSED WITH PREJUDICE**.

This is a final, appealable order.

**SO ORDERED**.

                                                  Ellen Segal Huvelle
                                                United States District Judge

Copies to:
Parties via ECF