**OFFICIAL**



# OMPF FILE

000130

# OMPF

# PERFORMANCE DATA

000131

# SERVICE SCHOOL ACADEMIC EVALUATION REPORT
For use of this form, see AR 623-1; the proponent agency is MILPERCEN

**DATE:** 20 MARCH 1991

| 1. LAST NAME—FIRST NAME—MIDDLE INITIAL | 2. SSN | 3. GRADE | 4. BRANCH | 5. SPECIALTY/MOSC | 6. COMPONENT |
|---|---|---|---|---|---|
| LASSALLE, JOSE L. | | 2LT | IN | 11 | |

**6. COURSE TITLE:** INFANTRY OFFICER BASIC COURSE, CLASS 2-91
**7. NAME OF SCHOOL:** USA INFANTRY SCHOOL, FT BENNING, GA

**9. TYPE OF REPORT:** [X] RESIDENT   [ ] NON-RESIDENT
**10. PERIOD OF REPORT:** From: 901118  Thru: 910320
**11. DURATION OF COURSE:** From: 901118  Thru: 910320

**12. EXPLANATION OF NON-RATED PERIODS.**

### 13. PERFORMANCE SUMMARY
- a. [ ] EXCEEDED COURSE STANDARDS (Limited to 20% of class enrollment)
- b. [X] ACHIEVED COURSE STANDARDS
- c. [ ] MARGINALLY ACHIEVED COURSE STANDARDS
- d. [ ] FAILED TO ACHIEVE COURSE STANDARDS

### 14. DEMONSTRATED ABILITIES
- a. WRITTEN COMMUNICATION: [ ] NOT EVALUATED [ ] UNSAT [X] SAT [ ] SUPERIOR
- b. ORAL COMMUNICATION: [ ] NOT EVALUATED [ ] UNSAT [ ] SAT [X] SUPERIOR
- c. LEADERSHIP SKILLS: [ ] NOT EVALUATED [ ] UNSAT [X] SAT [ ] SUPERIOR
- d. CONTRIBUTED TO GROUP WORK: [ ] NOT EVALUATED [ ] UNSAT [X] SAT [ ] SUPERIOR
- e. EVALUATION OF STUDENTS RESEARCH ABILITY: [X] NOT EVALUATED [ ] UNSAT [ ] SAT [ ] SUPERIOR

### 15. HAS THE STUDENT DEMONSTRATED THE ACADEMIC POTENTIAL FOR SELECTION TO HIGHER LEVEL SCHOOLING/TRAINING?
[X] YES  [ ] NO  [ ] N/A

### 16. COMMENTS
2LT Lassalle performed in an average manner during the Infantry Officer Basic Course. He served in five leadership positions, four tactical and one non-tactical. His leadership potential is satisfactory. He passed his maintenance certification in vehicles, weapons, NBC, and Comm. His academic average was 85.2%. He scored 78% on the Day/Night Land Navigation Examination. During weapons qualification he fired expert with the M16A2 rifle. His final Army Physical Fitness Test score was 284 points. Within the company, he ranked among the middle third. He will make a satisfactory combat infantry platoon leader.

I have been counseled concerning my AER.

9103/PASS    617.163 YES

### 17. AUTHENTICATION
a. TYPED NAME, GRADE, BRANCH AND TITLE OF PREPARING OFFICER: RONNIE MCMILLAN, CPT, IN, SENIOR PLATOON TRAINER
b. TYPED NAME, GRADE, BRANCH AND TITLE OF REVIEWING OFFICER: JACK COLLINS, MAJ, IN, COMPANY COMMANDER

### 18. MILITARY PERSONNEL OFFICER
a. FORWARDING ADDRESS (Rated Student): 74 SH
Bronx NY 10454
440 E. 138 ST APT 5H
Bronx NY 10454

b. DISTRIBUTION:
[ ] STUDENT
[ ] UNIT CDR (P/B) NCOES only
[ ] STUDENT'S OFFICIAL MILITARY RECORDS

DA Form 1059 (TRADOC), Apr 78    HQDA Case Number 84-47    Source of Supply: HQ TRADOC

000132

SEE PRIVACY ACT STATEMENT ON DA FORM 67-8-1

For use of this form, see AR 623-105; proponent agency is US Army Military Personnel Center.

## PART I — ADMINISTRATIVE DATA

| a. LAST NAME - FIRST NAME - MIDDLE INITIAL | b. SSN | c. GRADE | d. DATE OF RANK | e. BR | f. DESIGNATED SPECIALTIES | g. PMOSC | h. STS CODE |
|---|---|---|---|---|---|---|---|
| LASSALLE, JOSE L. | | 1LT | | IN | 11B | | |

| i. UNIT, ORGANIZATION, STATION, ZIP CODE OR APO, MAJOR COMMAND | j. REASON FOR SUBMISSION | k. COMD CODE |
|---|---|---|
| 146TH SUPPLY COMPANY (GS) BLDG 637 FORT TOTTEN NY 11359 WS68AA/TPU/77TH ARCOM | 03  CHANGE OF RATER | 4 |

| l. PERIOD COVERED | m. NO. OF MONTHS | n. MILPO CODE | o. RATED OFFICER COPY | p. FORWARDING ADDRESS |
|---|---|---|---|---|
| FROM: 94 08 04   THRU: 95 01 31 | 06 | | [ ] 1. GIVEN TO OFFICER  [X] 2. FORWARDED TO OFFICER  950227 | 440 E., 138th ST. #5B Bronx New York 10454 |

q. EXPLANATION OF NONRATED PERIODS

## PART II — AUTHENTICATION

| a. NAME OF RATER (Last, First, MI) | SSN | SIGNATURE | DATE |
|---|---|---|---|
| WILSON, RODERICK A. | | [signed] | 950207 |

GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT: 1LT QM 146th Supply Co (GS) COMMANDER

| b. NAME OF INTERMEDIATE RATER | SSN | SIGNATURE | DATE |
|---|---|---|---|
| | | | |

| c. NAME OF SENIOR RATER (Last, First, MI) | SSN | SIGNATURE | DATE |
|---|---|---|---|
| GAYDO, RICHARD A. | | [signed] | 950214 |

GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT: LTC, TC, 354TH TRANSPORTATION BATTALION (MT) BATTALION COMMANDER

| d. SIGNATURE OF RATED OFFICER | DATE | e. DATE ENTERED ON DA FORM 2-1 | f. RATED OFFICER MPO INITIALS | g. SR MPO INITIALS | h. NO. OF INCL |
|---|---|---|---|---|---|
| [signed] | 950207 | | | | 0 |

## PART III — DUTY DESCRIPTION (Rater)

a. PRINCIPAL DUTY TITLE: **PLATOON LEADER**    b. SSI/MOS: 92A00

c. REFER TO PART IIIb, DA FORM 67-8-1

Responsible for Headquarters Platoon, Supervises the Administrative Operations. Perform additional duty as Company Executive Officer. Serves as actin suply officer. Perform additional duty as NBC officer

## PART IV — PERFORMANCE EVALUATION — PROFESSIONALISM (Rater)

a. PROFESSIONAL COMPETENCE (In items 1 through 14 below, indicate the degree of agreement with the following statements as being descriptive of the rated officer. Any comments will be reflected in b below.)  HIGH DEGREE 1 2 3 4 5 LOW DEGREE

| | | | | |
|---|---|---|---|---|
| 1. Possesses capacity to acquire knowledge/grasp concepts | 1 | 8. Displays sound judgment | | 1 |
| 2. Demonstrates appropriate knowledge and expertise in assigned tasks | 1 | 9. Seeks self-improvement | | 1 |
| 3. Maintains appropriate level of physical fitness  PASS 9410 | 1 | 10. Is adaptable to changing situations | | 1 |
| 4. Motivates, challenges and develops subordinates | 1 | 11. Sets and enforces high standards | | 1 |
| 5. Performs under physical and mental stress | 1 | 12. Possesses military bearing and appearance  67/158  YES | | 1 |
| 6. Encourages candor and frankness in subordinates | 1 | 13. Supports EO/EEO | | 1 |
| 7. Clear and concise in written communication | 1 | 14. Clear and concise in oral communication | | 1 |

b. PROFESSIONAL ETHICS (Comment on any area where the rated officer is particularly outstanding or needs improvement)

1. DEDICATION
2. RESPONSIBILITY
3. LOYALTY
4. DISCIPLINE
5. INTEGRITY
6. MORAL COURAGE
7. SELFLESSNESS
8. MORAL STANDARDS

(a.3) Maintain exellent pyisical condition and appearance.
(a.4) Highly self motivative.
(b.1) Devoted to duty and willing to accept additional taskings.

DA FORM 67-8, 1 SEP 79    REPLACES DA FORM 67-7, 1 JAN 73, WHICH IS OBSOLETE, 1 NOV 79.    US ARMY OFFICER EVALUATION REPORT

DEC 3 0 1996

000133

PERIOD COVERED: 940804-950131

## PART V – PERFORMANCE AND POTENTIAL EVALUATION (Rater)

a. RATED OFFICER'S NAME: LASSSALLE, JOSE L.

RATED OFFICER IS ASSIGNED IN ONE OF HIS/HER DESIGNATED SPECIALTIES/MOS: [ ] YES  [X] NO

b. PERFORMANCE DURING THIS RATING PERIOD.

[ ] ALWAYS EXCEEDED REQUIREMENTS
[X] USUALLY EXCEEDED REQUIREMENTS
[ ] MET REQUIREMENTS
[ ] OFTEN FAILED REQUIREMENTS
[ ] USUALLY FAILED REQUIREMENTS

c. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE.

1LT Lassalle's performance of duty throughout this rating period was commendable. He is an exceptional leader, a self-stated motivated, and devoted officer in all tasks assigned. During IG inspection, the NBC portion passed the inspection very good, in which once again it proved evidence of his exellence. During home station Annual Training 1LT Lassalle assisted the supply section inpreparation for the IG inspection in which turned out very succesful as it passed the inspection. As Company Executive Officer, 1LT Lassalle kept the commander informed at all times of company status. He showed gread concern for his soldiers. Is evidence when 35% of his soldiers was inrolled on correspondance course and two of his accomplished 300 points on the Army Physical Fitness Test. 1LT Lassalle is a key asset to the 146th Supply Company (GS) and the entire 77th USARCOM.

DRILLS SCHEDULED: 24           DRILLS ATTENDED: 24

d. THIS OFFICER'S POTENTIAL FOR PROMOTION TO THE NEXT HIGHER GRADE IS:

[X] PROMOTE AHEAD OF CONTEMPORARIES
[ ] PROMOTE WITH CONTEMPORARIES
[ ] DO NOT PROMOTE
[ ] OTHER (Explain below)

e. COMMENT ON POTENTIAL

1LT Lassalle will make a great Company Commander in the near future. 1LT Lassalle should should enroll in the Quartermaster Advance Course. He should be considered for batalion staff in the near future.

## PART VI – INTERMEDIATE RATER

a. COMMENTS

## PART VII – SENIOR RATER

a. POTE: CMC

SR: ERGRES 1LT
[X] 1 LASSALLE JOSE
0 SSN
0 SR: LTC
0 GAYDO RICHARD
1
0 PROC
0 SIGN
0 RATINGS 2
0 OFFICERS 2
LO

A COMPLETED DA FORM 67-8-1 WAS RECEIVED WITH THIS REPORT AND CONSIDERED IN MY EVALUATION AND REVIEW
[X] YES   [ ] NO (Explain in b)

b. COMMENTS: Methodical and conscientious, intelligent and sincere, 1LT Lassalle's actions were well planned, smoothly executed, and always in the best interests of the 146th. He is an Officer who is intelligent, clear-minded, and reliable. His personal efforts, conduct, and appearance set the example. His professional image, confident manner, and take-charge attitude reflect an officer who remains unusually flexible in responding to ever-changing requirements. He has shown concern to finish any and all labor well beyond the normal duty day to ensure that the job is done right the first time. His tenacity in the follow-up of all positive actions he has taken guarantees that the commander's job was made so much easier. There is no doubt that he will continue to fulfill the mandates of his position.

000134

# U.S. Army Officer Evaluation Report (DA Form 67-8)

## PART I - ADMINISTRATIVE DATA

- **a. LAST NAME - FIRST NAME - MIDDLE INITIAL:** LASSALLE, JOSE L.
- **b. SSN:** [redacted]
- **c. GRADE:** 1LT
- **d. DATE OF RANK:** 93 08 23
- **e. BR:** IN
- **f. DESIGNATED SPECIALTIES:** 11B
- **i. UNIT, ORGANIZATION, STATION, ZIP CODE OR APO, MAJOR COMMAND:** 146TH SUPPLY COMPANY (GS) FORT TOTTEN, NEW YORK 11359-1016 WS68AA TPU 77TH ARCOM
- **j. REASON FOR SUBMISSION:** 03 CHANGE OF RATER
- **l. PERIOD COVERED:** FROM 95 02 01 THRU 96 01 31
- **m. NO. OF MONTHS:** 12

## PART II - AUTHENTICATION

- **a. NAME OF RATER:** BAUMEISTER, LAWRENCE A.
- **GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT:** CPT, QM, 146TH SUPPLY COMPANY (GS) COMMANDER
- **DATE:** 24 Sep 96

- **b. NAME OF INTERMEDIATE RATER:** (blank)

- **c. NAME OF SENIOR RATER:** GAYDO, RICHARD A.
- **GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT:** LTC, TC, 354TH TRANSPORTATION BATTALION, COMMANDER
- **DATE:** 24 Sep 96

- **d. SIGNATURE OF RATED OFFICER** — DATE: 24 Sep 96

## PART III - DUTY DESCRIPTION (Rater)

- **a. PRINCIPAL DUTY TITLE:** PLATOON LEADER
- **b. SSI/MOS:** 92A00

Responsible for the Class I Platoon. Supervises Class I supply operations. Responsible for issuing Class I supplies to supported units IAW the TSOP and established schedules, and in amounts directed by the Corps MMC. Performs additional duty as company executive officer.

## PART IV - PERFORMANCE EVALUATION - PROFESSIONALISM (Rater)

a. PROFESSIONAL COMPETENCE

| # | Item | Rating | # | Item | Rating |
|---|---|---|---|---|---|
| 1 | Possesses capacity to acquire knowledge/grasp concepts | 1 | 8 | Displays sound judgement | 1 |
| 2 | Demonstrates appropriate knowledge and expertise in assigned tasks | 1 | 9 | Seeks self-improvement | 1 |
| 3 | Maintains appropriate level of physical fitness PASS 9510 | 1 | 10 | Is adaptable to changing situations | 1 |
| 4 | Motivates, challenges and develops subordinates | 1 | 11 | Sets and enforces high standards | 1 |
| 5 | Performs under physical and mental stress | 1 | 12 | Possesses military bearing and appearance 67/158 YES | 1 |
| 6 | Encourages candor and frankness in subordinates | 1 | 13 | Supports EO/EEO | 1 |
| 7 | Clear and concise in written communication | 1 | 14 | Clear and concise in oral communication | 1 |

b. PROFESSIONAL ETHICS

(A.3) maintains excellent physical condition and appearance

1. DEDICATION
2. RESPONSIBILITY
3. LOYALTY
4. DISCIPLINE
5. INTEGRITY
6. MORAL COURAGE
7. SELFLESSNESS
8. MORAL STANDARDS

DA FORM 67-8, 1 SEP 79    REPLACES DA FORM 67-7, 1 JAN 73, WHICH IS OBSOLETE, 1 NOV 79    US ARMY OFFICER EVALUATION REPORT

000135

**PERIOD COVERED** 950201 true 960131

### PART V - PERFORMANCE AND POTENTIAL EVALUATION (Rater)

**a. RATED OFFICER'S NAME** Lassalle Jose L.   **SSN**

**RATED OFFICER IS ASSIGNED IN ONE OF HIS/HER DESIGNATED SPECIALTIES/MOS**  ☐ YES  ☒ NO

**b. PERFORMANCE DURING THIS RATING PERIOD. REFER TO PART III, DA FORM 67-8 AND PART III a, b, AND c, DA FORM 67-8-1**

☐ ALWAYS EXCEEDED REQUIREMENTS   ☒ USUALLY EXCEEDED REQUIREMENTS   ☐ MET REQUIREMENTS   ☐ OFTEN FAILED REQUIREMENTS   ☐ USUALLY FAILED REQUIREMENTS

**c. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE. REFER TO PART III, DA FORM 67-8 AND PART III a, b, AND c, DA FORM 67-8-1. DO NOT USE FOR COMMENTS ON POTENTIAL**

1LT Lassalle is an excellent junior officer who brings a wealth of experience to his position as Platoon Leader and Executive Officer. Lieutenant Lassalle is a hands-on platoon leader who sets the examples for the soldiers of his platoon. This is evidenced by his score of 300 on his APFT and his qualifying expert at the most recent weapons qualification. Lieutenant Lassalle served with distinction as OIC of a detachment of company soldiers providing supply and service support to the 93th MMC while performing Annual Training in Fort Claiton, Panama. During exercise Gold Sword 95 at Fort A.P. Hill, Virginia, 1LT Lassalle coordinated Class I operations and showed outstanding tactical proficiency by assisting in the planing and set up of the company defense. As company Executive Officer, Lieutenant Lassalle keep platoon leaders informed of changes in the commanders guidance. Lieutenant Lassalle shows concern for the well being of his platoon be enrolling 30% of his platoon in correspondence courses and other schooling as well as personally assisting two soldiers who are no longer on the Weigh Control Program. Lieutenant Lassalle is a key asset to the 146th General Supply Company and the entire command.

DRILLS SCHEDULED: 48      DRILLS ATTENDED: 48

**d. THIS OFFICER'S POTENTIAL FOR PROMOTION TO THE NEXT HIGHER GRADE IS**

☒ PROMOTE AHEAD OF CONTEMPORARIES   ☐ PROMOTE WITH CONTEMPORARIES   ☐ DO NOT PROMOTE   ☐ OTHER (Explain below)

**e. COMMENT ON POTENTIAL**

Upon his promotion to Captain, Lieutenant Lassalle should be considered for a position on the Battalion Staff and then as a Commander.

### PART VI - INTERMEDIATE RATER

**a. COMMENTS**

### PART VII - SENIOR RATER

**a. POTEN** CMC
SR  ERGRES 1LT
X  X  3 LASSALLE JOSE
        2 SSN
        0    SR: LTC
        0 GAYDO RICHARD
        2
        0 PROC
        0 SIGN
        0  RATINGS  7
        0  OFFICERS  6
                LO

A COMPLETED DA FORM 67-8-1 WAS RECEIVED WITH THIS REPORT AND CONSIDERED IN MY EVALUATION AND REVIEW   ☒ YES  ☐ NO (Explain in b)

**b. COMMENTS**

1LT Lassalle is dedicated, cheerful, and hard working young officer who performs all duties in an accurate and enthusiastic manner. His ability to adapt to change and still perform in a superior manner became quite evident during ODT in Panama, where in a low-level threat environment, he demonstrated his versatility and solid managerial skills in orchestrating a phenomenally successful service and support function. He performed outstandingly once again during Operation Gold Sword III, where his soldier skills combined with his developing quartermaster abilities were solidly executed in a tactical environment earning him respect of all. As evident by the high morale of his own platoon for one, he has generated enthusiasm at all levels. 1LT Lassalle should be given a company command, a position he will certainly be offered in the future.

USAPFC V2.10

000136

SEE PRIVACY ACT STATEMENT ON DA FORM 67-8-1

For use of this form, see AR 623-105; proponent agency is US Army Military Personnel Center.

199711100082

## PART I - ADMINISTRATIVE DATA

| a. LAST NAME - FIRST NAME - MIDDLE INITIAL | b. SSN | c. GRADE | d. DATE OF RANK (Year/Month/Day) | e. BR | f. DESIGNATED SPECIALTIES | g. PMOS (N/O) | h. STA CODE |
|---|---|---|---|---|---|---|---|
| LASSALLE, JOSE L. | | 1LT | 93 08 23 | IN | | 11B00 | |

| i. UNIT, ORGANIZATION, STATION, ZIP CODE OR APO, MAJOR COMMAND | j. REASON FOR SUBMISSION | k. COMO CODE |
|---|---|---|
| 146TH QM CO W/DUTY JOINT TASK FORCE 411, NJ 08640 77TH REGIONAL SUPPORT COMMAND  W56841 | 12A - REFRADT | 1 |

| l. PERIOD COVERED FROM (Year/Month/Day) | THRU (Year/Month/Day) | m. NO. OF MONTHS | n. MILPO CODE | o. RATED OFFICER COPY (Check one and date) | p. FORWARDING ADDRESS |
|---|---|---|---|---|---|
| 96 10 10 | 97 09 29 | 12 | | [X] 1. GIVEN TO OFFICER 971002  [ ] 2. FORWARDED TO OFFICER | |

q. EXPLANATION OF NONRATED PERIODS

## PART II - AUTHENTICATION (Rated officer signature verifies PART I data and RATING OFFICIALS ONLY)

a. NAME OF RATER (Last, First MI)
MOHORN, RICHARD L.    SSN    SIGNATURE /s/ Richard L. Mohorn

GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT
MAJ., TC, JOINT TASK FORCE 411, J-4    DATE 970920

b. NAME OF INTERMEDIATE RATER (Last, First MI)    SSN    SIGNATURE

GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT    DATE

c. NAME OF SENIOR RATER (Last, First MI)
CACCESSE, PHILIP C.    SSN    SIGNATURE /s/ Philip C. Caccesse

GRADE, BRANCH, ORGANIZATION, DUTY ASSIGNMENT
LTC, EN, JOINT TASK FORCE 411, COMMANDER    DATE 970929

d. SIGNATURE OF RATED OFFICER    DATE 29 Sep 97    e. DATE ENTERED ON DA FORM 2-1 970929    f. RATED OFFICER MPO INITIALS    g. SR MPO INITIALS    h. NO. OF INCL

## PART III - DUTY DESCRIPTION (Rater)

a. PRINCIPAL DUTY TITLE  PROPERTY BOOK OFFICER          b. SSI/MOS  92B00

c. REFER TO PART IIIa DA FORM 67-8-1

Property Book Officer for all Joint Task Force 411 property. Executes the Commander's Command and Supply Discipline Program (CSPD). Implements property accountability, control and responsibility. Responsibility includes: maintaining a formal set of property accounting records to reflect item identification, gains, losses, on hand balance, conditions and location of all property assigned. Maintain 100 percent accountability and security until property is transferred to another accountable officer, or property is dropped from the property book record. Updates all records daily, consolidates property book weekly, and provides report on the following: master property book, overage list, shortage list, shortage annex, report of surveys, durables, nondurable, expendables items. Property includes: Conus engineer equipment, Teams engineer equipment, Ft. Dix installation property, and property signed for ISO of NH-97.

## PART IV - PERFORMANCE EVALUATION - PROFESSIONALISM (Rater)

a. PROFESSIONAL COMPETENCE (In items 1 through 14 below, indicate the degree of agreement with the following statements as being descriptive of the rated officer. Any comments will be reflected in b below.)

HIGH DEGREE 1 2 3 — LOW DEGREE 4 5

| | | |
|---|---|---|
| 1. Possesses capacity to acquire knowledge/grasp concepts | 1 | |
| 2. Demonstrates appropriate knowledge and expertise in assigned tasks | 1 | |
| 3. Maintains appropriate level of physical fitness   PASS 9704 | 1 | |
| 4. Motivates, challenges and develops subordinates | 1 | |
| 5. Performs under physical and mental stress | 1 | |
| 6. Encourages candor and frankness in subordinates | 1 | |
| 7. Clear and concise in written communication | 1 | |
| 8. Displays sound judgement | | 1 |
| 9. Seeks self-improvement | | 1 |
| 10. Is adaptable to changing situations | | 1 |
| 11. Sets and enforces high standards | | 1 |
| 12. Possesses military bearing and appearance   68/165 YES | | 1 |
| 13. Supports EO/EEO | | 1 |
| 14. Clear and concise in oral communication | | 1 |

b. PROFESSIONAL ETHICS (Comment on any area where the rated officer is particularly outstanding or needs improvement)

1. DEDICATION
2. RESPONSIBILITY
3. LOYALTY
4. DISCIPLINE
5. INTEGRITY
6. MORAL COURAGE
7. SELFLESSNESS
8. MORAL STANDARDS

a.9  Sought self improvement thru constant interaction with other officer in the field
a.10 Unique ability to anticipate requirements; displays flexibility.
b.1  Totally dedicated; always seeking better ways to perform the mission.
b.1,2 Highly motivated, dedicated to mission accomplishment and readily assumes increase responsibility. Possess exuberant self confidence

DA FORM 67-8, 1 SEP 79    REPLACES DA FORM 67-7, 1 JAN 73, WHICH IS OBSOLETE, 1 NOV 79.    US ARMY OFFICER EVALUATION REPORT    USAPPC V3.00

29 OCT 1997

000137

**PERIOD COVERED:** 961010/970929

## PART V - PERFORMANCE AND POTENTIAL EVALUATION (Rater)

**a. RATED OFFICER'S NAME:** LASSALLE, JOSE L.  **SSN:** ___

**RATED OFFICER IS ASSIGNED IN ONE OF HIS/HER DESIGNATED SPECIALTIES/MOS** [ ] YES [ ] NO

**b. PERFORMANCE DURING THIS RATING PERIOD. REFER TO PART III, DA FORM 67-8 AND PART III.a, b, AND c, DA FORM 67-8-1.**

[X] ALWAYS EXCEEDED REQUIREMENTS  [ ] USUALLY EXCEEDED REQUIREMENTS  [ ] MET REQUIREMENTS  [ ] OFTEN FAILED REQUIREMENTS  [ ] USUALLY FAILED REQUIREMENTS

**c. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE. REFER TO PART III, DA FORM 67-8 AND PART III.a, b; AND c, DA FORM 67-8-1. DO NOT USE FOR COMMENTS ON POTENTIAL.**

1LT. Lassalle is a fine young officer who performed his duties in an outstanding manner. He has shown the ability to adapt to his new duties quickly grasping concepts and obtaining effective results. As the Property Book Officer for Joint Task Force 411 he has proficiently dealt with a wide variety of logistical functions, which entailed receiving and accepting for over 13.4 million dollars with of organizational & installation property and expeditiously distributing it out to units participating in the exercise. 1LT. Lassalle has been very instrumental in establishing a manual/ automated property book to further insured 100% accountability of all property assigned. During the conduct of the Task Force engineering exercise, his leadership ensured support resources were effectively managed to meet requirements in support of twenty-six different project sites spread over 400 square mile area. The exercise created short periods of extremely hectic activity which generated short notice requirements for unusual items. Given 24 hours, 1LT Lassalle demonstrated that he could produce almost anything. During the Reconstitution phase of the exercise he directly managed the accurate return of all equipment to owning units without incident. He process over 30 reports of survey in a timely and expeditious manner, resulting in no significant lost to the government. 1LT. Lassalle has done an absolutely outstanding job.

**d. THIS OFFICER'S POTENTIAL FOR PROMOTION TO THE NEXT HIGHER GRADE IS**

[X] PROMOTE AHEAD OF CONTEMPORARIES  [ ] PROMOTE WITH CONTEMPORARIES  [ ] DO NOT PROMOTE  [ ] OTHER (Explain below)

**e. COMMENT ON POTENTIAL**

Unlimited potential; strongly recommend he be an early select for promotion and attendance at the Combine Arms School(CAS3).

## PART VI - INTERMEDIATE RATER

**a. COMMENTS**

## PART VII - SENIOR RATER

**a. POTEN**

**b. COMMENTS**

1LT. Lassalle displays a high degree of honesty, loyalty and integrity. He accepted an extremely difficult position as Property Book Officer for a Joint Chief of Staff Exercise. 1LT. Lassalle performed extremely well considering the experience he had entering the position. He knew when to seek help outside the Task Force and learned inmeasurably from this assistance. 1LT. Lassalle has made a substantial contribution to JTF 411. He has gained a tremendous amount of experience and upon return to his command should be given the opportunity to demonstrate his Logistical skills.

A COMPLETED DA FORM 67-8-1 WAS RECEIVED WITH THIS REPORT AND CONSIDERED IN MY EVALUATION AND REVIEW [X] YES [ ] NO (Explain in b)

USAPPC V3.00

000138

| SERVICE SCHOOL ACADEMIC EVALUATION REPORT | | | | DATE |
|---|---|---|---|---|
| For use of this form, see AR 623-1; the proponent agency is MILPERCEN | | | | 19-DEC-97 |

| 1. LAST NAME - FIRST NAME - MIDDLE INITIAL | 2. SSN | 3. GRADE | 4. BR | 5. SPECIALTY/MOSC |
|---|---|---|---|---|
| LASSALLE, JOSE L. | | 1LT | AR | 12A |

| 6. COURSE TITLE | 7. NAME OF SCHOOL | 8. COMP |
|---|---|---|
| QUARTERMASTER OFFICER ADVANCED-RC 1-98 | USA QM CEN & SCH FORT LEE, VIRGINIA 23801 | USAR |

| 9. TYPE OF REPORT | 10. PERIOD OF REPORT | 11. DURATION OF COURSE |
|---|---|---|
| [X] RESIDENT [ ] NONRESIDENT | From: 97 12 07 Thru: 97 12 19 | From: 97 12 07 Thru: 97 12 19 |

12. EXPLANATION OF NONRATED PERIODS

**13. PERFORMANCE SUMMARY**
- a. [ ] EXCEEDED COURSE STANDARDS (Limited to 20% of class enrollment)
- b. [X] ACHIEVED COURSE STANDARDS
- c. [ ] MARGINALLY ACHIEVED COURSE STANDARDS
- d. [ ] FAILED TO ACHIEVE COURSE STANDARDS

Rating must be supported by comments in ITEM 16.

**14. DEMONSTRATED ABILITIES**
- a. WRITTEN COMMUNICATION — [X] NOT EVALUATED [ ] UNSAT [ ] SAT [ ] SUPERIOR
- b. ORAL COMMUNICATION — [X] NOT EVALUATED [ ] UNSAT [ ] SAT [ ] SUPERIOR
- c. LEADERSHIP SKILLS — [X] NOT EVALUATED [ ] UNSAT [ ] SAT [ ] SUPERIOR
- d. CONTRIBUTION TO GROUP WORK — [X] NOT EVALUATED [ ] UNSAT [ ] SAT [ ] SUPERIOR
- e. EVALUATION OF STUDENT'S RESEARCH ABILITY — [X] NOT EVALUATED [ ] UNSAT [ ] SAT [ ] SUPERIOR

(SUPERIOR/UNSAT rating must be supported by comments in ITEM 16)

**15. HAS THE STUDENT DEMONSTRATED THE ACADEMIC POTENTIAL FOR SELECTION TO HIGHER LEVEL SCHOOLING/TRAINING?**
[X] YES  [ ] NO  [ ] N/A  (A "NO" response must be supported by comments in ITEM 16)

**16. COMMENTS**

- completed this demanding 120 hour resident phase of the Quartermaster Reserve Component Officer Advanced Course

- subjects taught in the Program of Instruction included Supply Support Activity (SSA) Management, Logistics Automation (SARSS-O, ULLS, SPBS-R), Petroleum and Water Operations, Subsistence Operations, Mortuary Affairs Operations, Airborne and Field Services Operations, Unit and Organizational Supply, Army Operations, Quartermaster History, Officer Professional Development, and Operations Other Than War

Cdr, ARPERCEN

PASS 9712  67/170 YES

**17. AUTHENTICATION**

a. TYPED NAME, GRADE, BRANCH, AND TITLE OF PREPARING OFFICER
CHRISTOPHER T. WHITE, CPT, QM
OPERATIONS OFFICER, OAC

b. TYPED NAME, GRADE, BRANCH, AND TITLE OF REVIEWING OFFICER
FREDERICK DENNISON, CPT, QM
CHIEF, OFFICER ADVANCED COURSE

**18. MILITARY PERSONNEL OFFICER**

a. FORWARDING ADDRESS (Rated student)
440 E 13884 APT 5H
BRONX, NY 10454

b. DISTRIBUTION
[X] STUDENT  [ ] UNIT CDR (P/B NCOES only)  [ ] STUDENT'S OFFICIAL MILITARY RECORDS   TD18

DA FORM 1059, 1 NOV 77   EDITION OF 1 JUL 73 IS OBSOLETE.

21 JAN 1998

000139