00026657

BOARDS: 99SS 99F

# OFFICER EVALUATION REPORT
*For use of this form, see AR-623-105; the proponent agency is ODCSPER*

*SEE PRIVACY ACT STATEMENT ON DA FORM 67-9-1*

## PART I - ADMINISTRATIVE DATA

**a. NAME:** LASSALLE, JOSE L.
**b. SSN:** (301) 394-0071
**c. RANK:** 1LT
**d. DATE OF RANK:** 93 08 23
**e. BRANCH:** IN
**f. COMPONENT:** 11A

**g. UNIT, ORG, STATION, ZIP CODE OR APO, MAJOR COMMAND:** HHD, 402d Civil Affairs Bn (GP) (WRTCT0) Tonawanda NY 14150 (AGR) USACAPOC

**h. REASON FOR SUBMISSION:** 05 Annual

**i. PERIOD COVERED:** FROM 1998 03 16 THRU 1999 03 15
**j. RATED MONTHS:** 12
**k. NONRATED CODES:**
**l. NO. OF ENCL:**
**m. RATED OFFICER COPY:** X Given to Officer — Date 990606 SEJ
**PSB INITIAL:** SR
**CMD CODE:** FS27

## PART II - AUTHENTICATION

**a. NAME OF RATER:** HAHN, CHARLES G.
**RANK:** MAJ
**POSITION:** BN S-2/S-3
**SIGNATURE:** *[signed]*
**DATE:** 5 JUN 99

**b. NAME OF INTERMEDIATE RATER:**

**c. NAME OF SENIOR RATER:** SCHULTZ, JAMES D. JR.
**RANK:** LTC
**POSITION:** BN COMMANDER
**SIGNATURE:** *[signed]*
**DATE:** 5 JUN 99

**SENIOR RATER'S ORGANIZATION:** HHD, 402d Civil Affairs Battalion, Tonawanda, NY 14150-4414
**BRANCH:** JA
**SENIOR RATER TELEPHONE NUMBER:** (716) 741-8207
**EMAIL:** jdsjrnd@juno.com

**SIGNATURE OF RATED OFFICER:** *[signed]*  **DATE:** 5 JUN 99

## PART III - DUTY DESCRIPTION

**a. PRINCIPAL DUTY TITLE:** Assistant S-3
**b. POSITION AAOC:** 38A

**c. SIGNIFICANT DUTIES AND RESPONSIBILITIES:**
Assistant Battalion S-3 Staff Officer responsible for the training of a 140 soldier Civil Affairs Battalion (GP). Assigned the mission of providing Civil Affairs support to the 1st Corps Support Command (COSCOM)/XVIII Airborne Corps. Plan, program and coordinate the unit training program. Determine training requirements based upon assigned unit missions and current training status. Evaluate the unit's overall readiness and make recommendations to the Battalion S-3 on areas of training to enhance unit readiness. Responsible for the management and allocation of battalion MOSQ school quotas. Determine the requirements for and the allocation of resources to include ammunition basic load.

## PART IV - PERFORMANCE EVALUATION - PROFESSIONALISM (Rater)

**CHARACTER** (Disposition of the leader: combination of values, attributes, and skills affecting leader actions)

**a. ARMY VALUES** (Comments mandatory for all "NO" entries. Use PART Vb.)

| | Yes | No | | Yes | No |
|---|---|---|---|---|---|
| 1. HONOR: Adherence to the Army's publicly declared code of values | X | | 5. RESPECT: Promotes dignity, consideration, fairness, & EO | X | |
| 2. INTEGRITY: Possesses high personal moral standards; honest in word and deed | X | | 6. SELFLESS-SERVICE: Places Army priorities before self | X | |
| 3. COURAGE: Manifests physical and moral bravery | X | | 7. DUTY: Fulfills professional, legal and moral obligations | X | |
| 4. LOYALTY: Bears true faith and allegiance to the U.S. Constitution, the Army, the unit, and the soldier | X | | | | |

**b. LEADER ATTRIBUTES / SKILLS / ACTIONS:** First, mark "YES" or "NO" for each block. Second, choose a total of six that best describe the rated officer. Select one from ATTRIBUTES, two from SKILLS (Competence), and three from ACTIONS (LEADERSHIP). Place an "X" in the appropriate numbered box with optional comments in PART VI. Comments are mandatory in Part Vb for all "No" entries.

**b.1 ATTRIBUTES** (Select 1) — Fundamental qualities and characteristics

| | | Yes | No | | | Yes | No | | | Yes | No |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. MENTAL — Possesses desire, will, initiative, and discipline | | X | | X PHYSICAL — Maintains appropriate level of physical fitness and military bearing | | X | | 3. EMOTIONAL — Displays self-control; calm under pressure | | X | |

**b.2 SKILLS (Competence)** (Select 2) — Skill development is part of self-development; prerequisite to action

| | | Yes | No | | | Yes | No | | | Yes | No |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. CONCEPTUAL — Demonstrates sound judgment, critical/creative thinking, moral reasoning | | X | | X INTERPERSONAL — Shows skill with people; coaching, teaching, counseling, motivating and empowering | | X | | X TECHNICAL — Possesses the necessary expertise to accomplish all tasks and functions | | X | |
| 4. TACTICAL — Demonstrates proficiency in required professional knowledge, judgment, and warfighting | | X | | | | | | | | | |

**b.3 ACTIONS (LEADERSHIP)** (Select 3) — Major activities leaders perform: influencing, operating, and improving

| INFLUENCING | | Yes | No | | | Yes | No | | | Yes | No |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Method of reaching goals while operating / improving | 1. COMMUNICATING — Displays good oral, written, and listening skills for individuals / groups | X | | 2. DECISION-MAKING — Employs sound judgment, logical reasoning and uses resources wisely | X | | X MOTIVATING — Inspires, motivates, and guides others toward mission accomplishment | X | |
| OPERATING — Short-term mission accomplishment | 4. PLANNING — Develops detailed, executable plans that are feasible, acceptable, and suitable | X | | 5. EXECUTING — Shows tactical proficiency, meets mission standards, and takes care of people/resources | X | | X ASSESSING — Uses after-action and evaluation tools to facilitate consistent improvement | X | |
| IMPROVING — Long-term improvement in the Army, its soldiers and organizations | 7. DEVELOPING — Invests adequate time and effort to develop individual subordinates as leaders | X | | X BUILDING — Spends time and resources improving teams, groups and units; fosters ethical climate | X | | 9. LEARNING — Seeks self-improvement and organizational growth; envisioning, adapting and leading change | X | |

**c. APFT:** PASS  **DATE:** OCT 1998  **HEIGHT:** 68  **WEIGHT:** 170  YES

**d. JUNIOR OFFICER DEVELOPMENT - MANDATORY YES OR NO ENTRY FOR RATERS OF LTs AND WO1s.**
WERE DEVELOPMENTAL TASKS RECORDED ON DA FORM 67-9-1a AND QUARTERLY FOLLOW-UP COUNSELINGS CONDUCTED?   **YES** ☒   NO ☐   NA ☐

DA FORM 67-9, OCT 97   REPLACES DA FORM 67-8, 1 SEP 79, WHICH IS OBSOLETE, 1 OCT 97   USAPA V2.00

OCT 25 1999

000140

**NAME:** LASSALLE, JOSE L.    **SSN:** [redacted]    **PERIOD COVERED:** 19980316 – 19990315

## PART V – PERFORMANCE AND POTENTIAL EVALUATION (Rater)

**a. EVALUATE THE RATED OFFICER'S PERFORMANCE DURING THE RATING PERIOD AND HIS/HER POTENTIAL FOR PROMOTION**

[X] OUTSTANDING PERFORMANCE, MUST PROMOTE    [ ] SATISFACTORY PERFORMANCE, PROMOTE    [ ] UNSATISFACTORY PERFORMANCE, DO NOT PROMOTE    [ ] OTHER (Explain)

**b. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE AND POTENTIAL FOR PROMOTION...**

1LT Lassalle has performed his duties as the Assistant Battalion S-3 in a positive manner. He aggressively handled the requirements of his new AGR position in the absence of an assigned Battalion S-3 for the first three months of his initial tour. 1LT Lassalle was also instrumental in the planning, coordination and execution of this battalion's annual Weapons Qualification at Canadian Forces Base Borden in Canada. He ensured that all of this unit's Special Operation Forces training requirements which include the 10 KM Ruck March, Swim Certification Test and Land Navigation events were executed in a flawless manner. 1LT Lassalle also attended the USACAPOC ATTRS class at Fort Bragg during this rating period and managed all of this unit's MOS generating schools and quotas for this battalion. He prepared the battalion's training schedules without substantial revision. 1LT Lassalle is a sound, experienced officer and has great potential within the AGR system.

**c. IDENTIFY ANY UNIQUE PROFESSIONAL SKILLS OR AREAS OF EXPERTISE OF VALUE TO THE ARMY THAT THIS OFFICER POSSESSES. FOR ARMY COMPETITIVE CATEGORY CPT THROUGH LTC, ALSO INDICATE A POTENTIAL CAREER FIELD FOR FUTURE SERVICE.**

## PART VI – INTERMEDIATE RATER

## PART VII – SENIOR RATER

**a. EVALUATE THE RATED OFFICER'S PROMOTION POTENTIAL TO THE NEXT HIGHER GRADE**

[X] BEST QUALIFIED    [ ] FULLY QUALIFIED    [ ] DO NOT PROMOTE    [ ] OTHER (Explain below)

I currently senior rate ___3___ officers in this grade.
A completed DA Form 67-9-1 was received with this report and considered in my evaluation and review: [X] YES  [ ] NO

**b. POTENTIAL COMPARED WITH OFFICERS SENIOR RATED IN SAME GRADE (OVERPRINTED BY DA)**

USAR COMPARISON OF THE SENIOR RATER'S PROFILE AND BOX CHECK AT THE TIME THIS REPORT PROCESSED

**CENTER OF MASS**

RO: 1LT LASSALLE JOSE L

SR: LTC SCHULTZ JAMES D JR

DATE: 1999 10 25

TOTAL RATINGS: 1

RATINGS THIS OFFICER: 1

**c. COMMENT ON PERFORMANCE/POTENTIAL**

1LT Lassalle is a hard-working, dedicated officer. He stepped into the Assistant S-3 (Training) position and almost immediately had to fill the position of S-3 (Operations) as well due to the reassignment of his supervisor. He worked long hours to keep the battalion on track and focused on readiness issues. He spends considerable time training his subordinates and ensuring mission success. He met all suspense for required reports and continued his military education. Promote with contemporaries.

**d. LIST 3 FUTURE ASSIGNMENTS FOR WHICH THIS OFFICER IS BEST SUITED. FOR ARMY COMPETITIVE CATEGORY CPT THROUGH LTC, ALSO INDICATE A POTENTIAL CAREER FIELD FOR FUTURE SERVICE.**

Company Commander
Civil Affairs Direct Support Team Chief, Civil Affairs Batallion S3

DA FORM 67-9, OCT 97 (Reverse)    USAPA V2.00

000141

0000941

# SERVICE SCHOOL ACADEMIC EVALUATION REPORT
For use of this form, see AR 623-1; the proponent agency is MILPERCEN.

**DATE:** 23 April 99

| 1. LAST NAME - FIRST NAME - MIDDLE INITIAL | 2. SSN | 3. GRADE | 4. BR | 5. SPECIALTY/MOSC |
|---|---|---|---|---|
| Lassalle, Jose L. | | 1LT | CA | 38A |

| 6. COURSE TITLE | 7. NAME OF SCHOOL | 8. COMP |
|---|---|---|
| Civil Affairs Officer Advanced Course Phase II CLS 04-99 | USAJFKSWCS | USAR |

| 9. TYPE OF REPORT | 10. PERIOD OF REPORT (Year, month, day) | 11. DURATION OF COURSE (Year, month, day) |
|---|---|---|
| ☒ RESIDENT / ☐ NONRESIDENT | From: 990412  Thru: 990423 | From: 990412  Thru: 990423 |

12. EXPLANATION OF NONRATED PERIODS

**13. PERFORMANCE SUMMARY**
- a. ☐ EXCEEDED COURSE STANDARDS (Limited to 20% of class enrollment)
- b. ☒ ACHIEVED COURSE STANDARDS
- c. ☐ MARGINALLY ACHIEVED COURSE STANDARDS
- d. ☐ FAILED TO ACHIEVE COURSE STANDARDS

*Rating must be supported by comments in ITEM 16.

**14. DEMONSTRATED ABILITIES**
- a. WRITTEN COMMUNICATION: ☐ NOT EVALUATED ☐ UNSAT ☒ SAT ☐ SUPERIOR
- b. ORAL COMMUNICATION: ☐ NOT EVALUATED ☐ UNSAT ☒ SAT ☐ SUPERIOR
- c. LEADERSHIP SKILLS: ☐ NOT EVALUATED ☐ UNSAT ☒ SAT ☐ SUPERIOR
- d. CONTRIBUTION TO GROUP WORK: ☐ NOT EVALUATED ☐ UNSAT ☐ SAT ☒ SUPERIOR
- e. EVALUATION OF STUDENT'S RESEARCH ABILITY: ☒ NOT EVALUATED ☐ UNSAT ☐ SAT ☐ SUPERIOR

(SUPERIOR/UNSAT rating must be supported by comments in ITEM 16)

**15. HAS THE STUDENT DEMONSTRATED THE ACADEMIC POTENTIAL FOR SELECTION TO HIGHER LEVEL SCHOOLING/TRAINING?**
☒ YES  ☐ NO  ☐ N/A  (A "NO" response must be supported by comments in ITEM 16)

**16. COMMENTS**

13b. This soldier met all requirements for graduation from the Reserve Component Civil Affairs Officer Advanced Course.

14a. He clearly met the writing requirements for the course.

14b. He exhibited competent oral communication skills.

14d. His contribution to group work was outstanding.

15. I highly recommend selection for further military schooling.

Individual in class less than 56 days; APFT, HT, WT information not required.

**17. AUTHENTICATION**

a. TYPED NAME, GRADE, BRANCH, AND TITLE OF PREPARING OFFICER
Main, Francis S., MAJ, CA, CAOA Course Manager

b. TYPED NAME, GRADE, BRANCH, AND TITLE OF REVIEWING OFFICER
Brown, George C.L., MAJ, CM, Company Commander

**18. MILITARY PERSONNEL OFFICER**

a. FORWARDING ADDRESS (Rated student)
156-L Glenhaven Dr
Amherst, NY 14228

b. DISTRIBUTION
☐ STUDENT  ☐ UNIT CDR (P/B NCOES only)
☐ STUDENT'S OFFICIAL MILITARY RECORDS

DA FORM 1059, NOV 77    EDITION OF 1 JUL 73 IS OBSOLETE

JUN 09 1999

000142

00040452

# OFFICER EVALUATION REPORT
For use of this form, see AR 623-105; the proponent agency is ODCSPER

SEE PRIVACY ACT STATEMENT ON DA FORM 4379-R

## PART I - ADMINISTRATIVE DATA

a. NAME (Last, First, Middle Initial): LASSALLE, JOSE L.
b. SSN: [redacted]
c. RANK: 1LT
d. DATE OF RANK: 1993 08 23
e. BRANCH: CA
f. COMP: 38A

g. UNIT, ORG., STATION, ZIP CODE OR APO, MAJOR COMMAND:
HHD, 402D CIVIL AFFAIRS BN (GP), WRTCT0, TONAWANDA, NY 14150

h. REASON FOR SUBMISSION: 04 PCS

i. PERIOD COVERED:
FROM: 1999 03 16
THRU: 1999 12 23

j. RATED MONTHS: 9
k. NONRATED CODES:
l. NO. OF ENCL:
m. RATED OFFICER COPY: SR

## PART II - AUTHENTICATION

a. NAME OF RATER: HAHN, CHARLES G. — RANK: MAJ — POSITION: S2/S3
b. NAME OF INTERMEDIATE RATER:
c. NAME OF SENIOR RATER: PENNELS, STUART A. — RANK: MAJ — POSITION: BN CDR
SENIOR RATER'S ORGANIZATION: 402D CIVIL AFFAIRS BN, TONAWANDA, NY 14150
BRANCH: CA — SENIOR RATER TELEPHONE NUMBER: (716) 693-9095 — E-MAIL: wohelo@webtv.com

## PART III - DUTY DESCRIPTION

a. PRINCIPAL DUTY TITLE: Assistant Battalion S3
b. POSITION AOC: 38A
c. SIGNIFICANT DUTIES AND RESPONSIBILITIES:

Assistant Battalion S3 Staff Officer responsible for the training of a 140 member Civil Affairs Battalion (GP). Responsible liaison officer to the 1st Corps Support Command (COSCOM) for civil affairs support. Assists the S3 with the planning, programming and coordination of the battalion's training program. Assists S3 with requirement forecasting based upon assigned unit missions and future training events. Continually monitor and evaluate the battalion's training readiness posture and make recommendations to the S3 that might improve training and readiness. Responsible for the management and allocation of battalion MOSQ school quotas. Responsible for the documentation of unit training records and the submission of appropriate training records to higher headquarters. Assume duties of the battalion S3 during his absence.

## PART IV - PERFORMANCE EVALUATION - PROFESSIONALISM (Rater)

CHARACTER: Disposition of the leader; combination of values, attributes, and skills affecting leader actions

a. ARMY VALUES (Comments mandatory for all "NO" entries. Use PART Vb.)

| # | Value | Yes | No | # | Value | Yes | No |
|---|---|---|---|---|---|---|---|
| 1 | HONOR: Adherence to the Army's publicly declared code of values | X | | 5 | RESPECT: Promotes dignity, consideration, fairness, & EO | X | |
| 2 | INTEGRITY: Possesses high personal moral standards; honest in word and deed | X | | 6 | SELFLESS-SERVICE: Places Army priorities before self | X | |
| 3 | COURAGE: Manifests physical and moral bravery | X | | 7 | DUTY: Fulfills professional, legal, and moral obligations | X | |
| 4 | LOYALTY: Bears true faith and allegiance to the U.S. Constitution, the Army, the unit, and the soldier | X | | | | | |

b. LEADER ATTRIBUTES / SKILLS / ACTIONS: First, mark "YES" or "NO" for each block. Second, choose a total of six that best describe the rated officer: Select one from ATTRIBUTES, two from SKILLS (Competence), and three from ACTIONS (LEADERSHIP). Place an "X" in the appropriate numbered box with optional comments in PART Vb. Comments are mandatory in:

b.1 ATTRIBUTES (Select 1) — Fundamental qualities and characteristics

| | | | Selected | | | Selected |
|---|---|---|---|---|---|---|
| 1. MENTAL — Possesses desire, will, initiative, and discipline | YES | | X 2. PHYSICAL — Maintains appropriate level of physical fitness and military bearing | YES | | 3. EMOTIONAL — Displays self-control; calm under pressure | YES |

b.2 SKILLS (Competence) (Select 2) — Skill development is part of self-development; prerequisite to action

| 1. CONCEPTUAL — Demonstrates sound judgment, critical/creative thinking, moral reasoning | YES | | 2. INTERPERSONAL — Shows skill with people; coaching, teaching, counseling, motivating and empowering | YES | | 3. TECHNICAL — Possesses the necessary expertise to accomplish all tasks and functions | YES |
| X 4. TACTICAL — Demonstrates proficiency in required professional knowledge, judgment, and warfighting | | | | | | YES |

b.3 ACTIONS (LEADERSHIP) (Select 3) — Major activities leaders perform: influencing, operating, and improving

| INFLUENCING — Method of reaching goals while operating / improving | 1. COMMUNICATING — Displays good oral, written, and listening skills for individuals / groups | YES | 2. DECISION-MAKING — Employs sound judgment, logical reasoning and uses resources wisely | YES | X 3. MOTIVATING — Inspires, motivates, and guides others toward mission accomplishment | YES |
| OPERATING — Short-term mission accomplishment | 4. PLANNING — Develops detailed, executable plans that are feasible, acceptable, and suitable | YES | 5. EXECUTING — Shows tactical proficiency, meets mission standards, and takes care of people/resources | YES | X ASSESSING — Uses after-action and evaluation tools to facilitate consistent improvement | YES |
| IMPROVING — Long-term improvement in the Army, its people and organizations | 7. DEVELOPING — Invests adequate time and effort to develop individual subordinates as leaders | YES | 8. BUILDING — Spends time and resources improving teams, groups and units; fosters ethical climate | YES | X LEARNING — Seeks self-improvement and organizational growth; envisioning, adapting and leading | YES |

c. APFT: PASS — DATE: MAR 1999 — HEIGHT: 67 — WEIGHT: 163 — Yes

d. JUNIOR OFFICER DEVELOPMENT — MANDATORY YES OR NO ENTRY FOR RATERS OF LTs AND WO1s. WERE DEVELOPMENTAL TASKS RECORDED ON DA FORM 67-9-1a AND QUARTERLY FOLLOW-UP COUNSELINGS CONDUCTED? YES [X] NO [ ] NA [ ]

DA FORM 67-9, OCT 97    REPLACES DA FORM 67-8, 1 SEP 79, WHICH IS OBSOLETE, 1 OCT 97    USAPA V2.00

FEB 25 2000

000143

| NAME: LASSALLE, JOSE L | SSN: | PERIOD COVERED: 19990316 - 19991225 |
|---|---|---|

## PART V - PERFORMANCE AND POTENTIAL EVALUATION (Rater)

**a. EVALUATE THE RATED OFFICER'S PERFORMANCE DURING THE RATING PERIOD AND HIS/HER POTENTIAL FOR PROMOTION**

- [ ] OUTSTANDING PERFORMANCE, MUST PROMOTE
- [X] SATISFACTORY PERFORMANCE, PROMOTE
- [ ] UNSATISFACTORY PERFORMANCE, DO NOT PROMOTE
- [ ] OTHER (Explain)

**b. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE AND POTENTIAL FOR PROMOTION. REFER TO PART III, DA FORM 67-9 AND PART IV, a, b, AND c, DA FORM 67-9-1**

1LT Lassalle is a competent junior officer. He has performed all of his duties in a satisfactory manner during this rating period. 1LT Lassalle ensured that all S3 reports were submitted to higher headquarters to include the No Show, deployment, MOSQ, and Monthly Activity Reports in a timely manner. In addition, he also tracked and recorded all Special Operations requirements and mandatory events to include the APFT for the entire battalion in a superb manner. Within the S3 section, 1LT Lassalle successfully trained one staff soldier during this rating period which resulted in a substantial increase in the readiness of the S3 section. Also, he ensured that all soldiers who required MOSQ generating schools were enrolled and had their respective orders on a timely basis. This contributed dramatically to the MOSQ readiness of the unit. 1LT Lassalle successfully assumed the responsibilities of the Battalion S3 on numerous occasions during the S3's absence. He has worked hard to advance his expertise in staff skills but needs to improve his writing skills. 1LT Lassalle has demonstrated his potential to perform in positions of greater responsibility and should be promoted with his peers.

**c. IDENTIFY ANY UNIQUE PROFESSIONAL SKILLS OR AREAS OF EXPERTISE OF VALUE TO THE ARMY THAT THIS OFFICER POSSESSES. FOR ARMY COMPETITIVE CATEGORY CPT THROUGH LTC: ALSO INDICATE A POTENTIAL CAREER FIELD FOR FUTURE SERVICE.**

## PART VI - INTERMEDIATE RATER

## PART VII - SENIOR RATER

**a. EVALUATE THE RATED OFFICER'S PROMOTION POTENTIAL TO THE NEXT HIGHER GRADE**

- [ ] BEST QUALIFIED
- [X] FULLY QUALIFIED
- [ ] DO NOT PROMOTE
- [ ] OTHER (Explain below)

I currently senior rate 3 officer(s) in this grade
A completed DA Form 67-9-1 was received with this report and considered in my evaluation and review: [X] YES  [ ] NO

**b. POTENTIAL COMPARED WITH OFFICERS SENIOR RATED IN SAME GRADE (OVERPRINTED BY DA)**

USAR COMPARISON OF THE SENIOR RATER'S PROFILE AND BOX CHECK AT THE TIME THIS REPORT PROCESSED

**CENTER OF MASS**

RO: 1LT LASSALLE JOSE L

SR: MAJ PENNELS STUART A

DATE 2000 02 23

TOTAL RATINGS: 2

RATINGS THIS OFFICER: 1

**c. COMMENT ON PERFORMANCE/POTENTIAL**

As a result of 1LT Lassalle's proactive work in the S3 shop, the unit experienced many effective training events to include drownproofing, APFT, weapons qualification and civil military operations training. 1LT Lassalle also, simultaneously, was an integral participant to the planning for and successful mobilization of 44 unit members to Bosnia. Throughout, 1LT Lassalle met all higher headquarter's deadlines for training reports. It was again his proactive work in this area that streamlined the unit's ability to activate unit members for the difficult Bosnia mission.

**d. LIST 3 FUTURE ASSIGNMENTS FOR WHICH THIS OFFICER IS BEST SUITED. FOR ARMY COMPETITIVE CATEGORY CPT THROUGH LTC, ALSO INDICATE A POTENTIAL CAREER FIELD FOR FUTURE SERVICE.**

Company Executive Officer, Battalion S3 Staff Officer, Brigade S3 Staff Officer

DA FORM 67-9, OCT 97 (Reverse)    USAPA V2.00

000144

00193004

# SERVICE SCHOOL ACADEMIC EVALUATION REPORT

For use of this form, see AR 623-1; the proponent agency is MILPERCEN

**DATE:** 13 MARCH 2003

| 1. LAST NAME - FIRST NAME - MIDDLE INITIAL | 2. SSN | 3. GRADE | 4. BR | 5. SPECIALTY/MOSC |
|---|---|---|---|---|
| LASSALLE, JOSE L | | WO1 | | 920B |

| 6. COURSE TITLE | 7. NAME OF SCHOOL | 8. COMP |
|---|---|---|
| SUPPLY SYSTEMS TECHNICIAN WO BASIC, 03-2003 | USA QM CEN & SCH FORT LEE, VA 23801 | USAR |

**9. TYPE OF REPORT:** ☒ RESIDENT ☐ NONRESIDENT

**10. PERIOD OF REPORT** (Year, month, day): From 2003 01 05 Thru 2003 03 13

**11. DURATION OF COURSE** (Year, month, day): From 2003 01 06 Thru 2003 03 13

**12. EXPLANATION OF NONRATED PERIODS**

### 13. PERFORMANCE SUMMARY
- a. ☐ EXCEEDED COURSE STANDARDS (Limited to 20% of class enrollment)
- b. ☒ ACHIEVED COURSE STANDARDS
- c. ☐ MARGINALLY ACHIEVED COURSE STANDARDS
- d. ☐ FAILED TO ACHIEVE COURSE STANDARDS

*Rating must be supported by comments in ITEM 16.

### 14. DEMONSTRATED ABILITIES
- a. WRITTEN COMMUNICATION: ☐ NOT EVALUATED ☐ UNSAT ☐ SAT ☒ SUPERIOR
- b. ORAL COMMUNICATION: ☐ NOT EVALUATED ☐ UNSAT ☒ SAT ☐ SUPERIOR
- c. LEADERSHIP SKILLS: ☐ NOT EVALUATED ☐ UNSAT ☒ SAT ☐ SUPERIOR
- d. CONTRIBUTION TO GROUP WORK: ☐ NOT EVALUATED ☐ UNSAT ☒ SAT ☐ SUPERIOR
- e. EVALUATION OF STUDENT'S RESEARCH ABILITY: ☐ NOT EVALUATED ☐ UNSAT ☒ SAT ☐ SUPERIOR

(SUPERIOR/UNSAT rating must be supported by comments in ITEM 16)

**15. HAS THE STUDENT DEMONSTRATED THE ACADEMIC POTENTIAL FOR SELECTION TO HIGHER LEVEL SCHOOLING/TRAINING?**
☒ YES ☐ NO ☐ N/A (A "NO" response must be supported by comments in ITEM 16)

### 16. COMMENTS

14a. Demonstrated superior writing skills throughout the course.

- served as Class Commander performing these duties in an exceptionally outstanding manner

- demonstrated strong desire to excel and displayed outstanding leadership potential

- has the potential to become an outstanding officer

- officer displayed maturity and wisdom indicative of a true professional

- tactically and technically certified to serve as a Warrant Officer in MOS 920B

Cdr, USARPERSCOM ATTN ARPC PSV EO 1 Reserve Way St Louis MO 63132-5200

PASS 0301 68/155 YES

### 17. AUTHENTICATION

a. TYPED NAME, GRADE, BRANCH, AND TITLE OF PREPARING OFFICER
JOSE A. FIGUEROA, CW3, USA
COURSE DIRECTOR

b. TYPED NAME, GRADE, BRANCH, AND TITLE OF REVIEWING OFFICER
JAMES WIGGINS, CW5, USA
CHIEF, WARRANT OFFICER DIVISION

**18. MILITARY PERSONNEL OFFICER**

a. FORWARDING ADDRESS (Rated student)
PO BOX 235
MOCA, PR 00676

b. DISTRIBUTION: ☒ STUDENT ☐ UNIT CDR (P/B NCOES only) ☒ STUDENT'S OFFICIAL MILITARY RECORDS

TD18

DA FORM 1059, NOV 77    EDITION OF 1 JUL 73 IS OBSOLETE    USAPPC V3.00

APR 0 9 2003

000145

00266954

# OFFICER EVALUATION REPORT
For use of this form, see AR 623-105; the proponent agency is ODCSPER

SEE PRIVACY ACT STATEMENT ON DA FORM 8-1-1

## PART I - ADMINISTRATIVE DATA

**a. NAME (Last, First, Middle Initial):** LASSALLE, JOSE L.
**b. SSN:** [redacted]
**c. RANK:** WO1
**d. DATE OF RANK:** 2002 05 03
**e. BRANCH:** WO
**f. COMPONENT DESIGNATION:** 920B0
**g. UNIT, ORG, STATION, ZIP CODE OR APO, MAJOR COMMAND:** HHD, 394TH QM BN (S&S), AGUADILLA, PR 00604 (WSSHAA) 65th RRC "TPU"
**h. REASON FOR SUBMISSION:** 05 Annual

**i. PERIOD COVERED:** FROM 2003 04 07 THRU 2004 04 06
**j. RATED MONTHS:** 12
**k. NONRATED CODES:**
**l. NO. OF ENCL:**
**m. RATED OFFICER COPY:** 1. Given to Officer — 13 Jul 2004

### PART II - AUTHENTICATION

**a. NAME OF RATER:** IGARTUA, JUAN M.  **RANK:** CPT  **POSITION:** S&S OFFICER  **DATE:** 13 Jul 2004

**b. NAME OF INTERMEDIATE RATER:** 

**c. NAME OF SENIOR RATER:** HERNANDEZ, ROBERTO L.  **RANK:** MAJ  **POSITION:** LOGISTIC OFFICER  **DATE:** 13 Jul 2004

**SENIOR RATER'S ORGANIZATION:** HHD, 394th QM BN (S&S), AGUADILLA, PR 00604
**BRANCH:** QM
**SENIOR RATER TELEPHONE NUMBER:** (787) 890-2255
**E-MAIL ADDRESS:** Roberto.L.Hernandez@us.army.mil

Signature of Rated Officer — 13 Jul 2004

### PART III - DUTY DESCRIPTION

**a. PRINCIPAL DUTY TITLE:** Supply System Technician
**POSITION ACSC:** 920B0

**c. SIGNIFICANT DUTIES AND RESPONSIBILITIES:**
Supply System Technician for the Logistic Branch, 394th QM BN, 166th Area Support Group, technical functional area for the detachment. Manages and supervise personnel within a Supply Support Activity (SSA) concerning supply systems policy and functional procedures. Manages and receipt, storage and issuance of supply and equipment at SSA level in accordance with established policies and regulations. Plans stocking level requirements and provides technical guidance to personnel of supported units/activities in order to assist, establish and maintain adequate stocking levels for mission accomplishment. Develops standard operating procedures and performs administrative duties related to the supply activities.

### PART IV - PERFORMANCE EVALUATION - PROFESSIONALISM (Rater)

**CHARACTER:** Disposition of the leader combination of values, attributes, and skills affecting leader actions

**a. ARMY VALUES** (Comments mandatory for all "NO" entries. Use PART Vb.)

| # | Value | Yes | No |
|---|---|---|---|
| 1 | HONOR: Adherence to the Army's publicly declared code of values | X | |
| 2 | INTEGRITY: Possesses high personal moral standards, honest in word and deed | X | |
| 3 | COURAGE: Manifests physical and moral bravery | X | |
| 4 | LOYALTY: Bears true faith and allegiance to the U.S. Constitution, the Army, the unit, and the soldier | X | |
| 5 | RESPECT: Promotes dignity, consideration, fairness, & EO | X | |
| 6 | SELFLESS-SERVICE: Places Army priorities before self | X | |
| 7 | DUTY: Fulfills professional, legal, and moral obligations | X | |

**b. LEADER ATTRIBUTES / SKILLS / ACTIONS:**

**b.1. ATTRIBUTES (Select 1):**
- 1. MENTAL — NO ☒
- 2. PHYSICAL — X (selected)
- 3. EMOTIONAL — NO ☒

**b.2. SKILLS (Competence) (Select 2):**
- 1. CONCEPTUAL — NO ☒
- 2. INTERPERSONAL — X (selected)
- 3. TECHNICAL — X (selected)
- 4. TACTICAL — NO ☒

**b.3. ACTIONS (LEADERSHIP) (Select 3):**

INFLUENCING:
- 1. COMMUNICATING — NO ☒
- 2. DECISION-MAKING — X (selected)
- 3. MOTIVATING — NO ☒

OPERATING:
- 4. PLANNING — X (selected)
- 5. EXECUTING — X (selected)
- 6. ASSESSING — NO ☒

IMPROVING:
- 7. DEVELOPING — NO ☒
- 8. BUILDING — NO ☒
- 9. LEARNING — NO ☒

**c. APFT:** PASS  **DATE:** FEB 2004  **HEIGHT:** 67  **WEIGHT:** 160  YES

**d. JUNIOR OFFICER DEVELOPMENT** — *MANDATORY YES OR NO ENTRY FOR RATERS OF LTs AND WO1s.*
WERE DEVELOPMENTAL TASKS RECORDED ON DA FORM 67-9-1a AND QUARTERLY FOLLOW-UP COUNSELINGS CONDUCTED? — NO ☒

DA FORM 67-9, OCT 97  REPLACES DA FORM 67-8, 1 SEP 79, WHICH IS OBSOLETE, 1 OCT 97   USAPA V2.01

AUG 03 2004

| NAME LASSALLE, JOSE L. | SSN | PERIOD COVERED 20030407 - 20040406 |

## PART V - PERFORMANCE AND POTENTIAL EVALUATION (Rater)

a. EVALUATE THE RATED OFFICER'S PERFORMANCE DURING THE RATING PERIOD AND HIS/HER POTENTIAL FOR PROMOTION

[X] OUTSTANDING PERFORMANCE, MUST PROMOTE    [ ] SATISFACTORY PERFORMANCE, PROMOTE    [ ] UNSATISFACTORY PERFORMANCE, DO NOT PROMOTE    [ ] OTHER (Explain)

b. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE AND POTENTIAL FOR PROMOTION. REFER TO PART III, DA FORM 67-9 AND PART IV a, b, AND c DA FORM 67-9-1.

WO1 Lassalle's contributions as battalion LNO between the 171st ASG and the 394th QM BN (S&S) at Camp Arifjan and Camp Doha, Kuwait during OIF1 were countless. His unquestionable knowledge in SARSS (Standard Army Retail Supply System) was a key factor to the success of the 394th QM BN at Cedar, Iraq. He became instrumental while coordinating the assignment of over $30,000 as Field Ordering Officer for the battalion in order to manage in an extraordinary manner the local purchase of over 3,000 items to sustain operations. Through his assertive involvement, he successfully coordinated the acquisition of Class III (P), an essential item for units not only assigned to Tallil, AB and Camp Cedar, Iraq but for units deploying and re-deploying during OIF 1. WO1 Lassalle's excellent commitment to mission accomplishment were impressive upon coordinating essential Class VII items such as; 350 GPM Water Pumps, 350 GPM Fuel Pumps, generators and water chillers among others. His exemplary steadfastness allows him to coordinate for over 2,000 line items of Class IX to include Reverse Osmosis Element Filters, over 700 Cartridge Filters and Media Filters for the ROWPU's (Reverse Osmosis Water Purification Units) within a 24hrs short notice, safeguarding water operations in support of over 8,000 troops living at Camp Cedar and Tallil AB, Iraq combined. WO1 Lassalle's has performed in a praiseworthy manner upon supporting a DS maintenance unit in acquiring over 30 major items such to include engines, transmissions and over 100 vehicle batteries and tires. While assigned as battalion LNO, he successfully managed the R&R Program and Emergency Leaves assisting approximately 400 soldiers with orders, travel tickets and accommodations at Camp Arifjan and transportation to Kuwait International Airport. He became quickly proficient while assigned as acting POL Officer, supervising the receiving, storage, and distribution of over 57,000 gls. of fuel daily during OIF1. Promote ahead of contemporaries.

c. IDENTIFY ANY UNIQUE PROFESSIONAL SKILLS OR AREAS OF EXPERTISE OF VALUE TO THE ARMY THAT THIS OFFICER POSSESSES. FOR ARMY COMPETITIVE CATEGORY CPT THROUGH LTC, ALSO INDICATE A POTENTIAL CAREER FIELD FOR FUTURE SERVICE.

Officer is fluent in Spanish. WO1 Lasalle must remain in Career Field Operation Logistic.

## PART VI - INTERMEDIATE RATER

## PART VII - SENIOR RATER

a. EVALUATE THE RATED OFFICER'S PROMOTION POTENTIAL TO THE NEXT HIGHER GRADE

[X] BEST QUALIFIED    [ ] FULLY QUALIFIED    [ ] DO NOT PROMOTE    [ ] OTHER (Explain below)

I currently senior rate _____ officer(s) in this grade. A completed DA Form 67-9-1 was received with this report and considered in my evaluation and review. [X] YES [ ] NO (Explain in c)

b. POTENTIAL COMPARED WITH OFFICERS SENIOR RATED IN SAME GRADE (OVERPRINTED BY DA)

USAR COMPARISON OF THE SENIOR RATER'S PROFILE AND BOX CHECK AT THE TIME THIS REPORT PROCESSED

**ABOVE CENTER OF MASS**

RO: WO1 LASSALLE JOSE L

SR: MAJ HERNANDEZ ROBERTO L

DATE: 2004 08 03

TOTAL RATINGS: 1

RATINGS THIS OFFICER: 1

c. COMMENT ON PERFORMANCE/POTENTIAL

WO1 Lassalle has unlimited potential and definitely an asset for the armed forces. During Operation Iraqui Freedom (OIF1), he excelled by moving class IX from Arifjan, Kuwait into the theater of operations. His "can do" attitude enabled our battalion to remain mission effective while obtaining outstanding results in areas such as class I (bulk water) and class III production/distribution. The 726th OD BN requested by name that Mr. Lassalle assist their units while at Arifjan, Kuwait. Due to his many accomplishments with class IX coordinations, his efforts and achievements are countless. Nevertheless, WO1 assist as LNO at Arifjan the R&R Program in support of our troops. During our final stage in Iraq, WO1 Lassalle was relocated in Iraq in direct support of the POL section. His support and "can do" attitude were a key factor during long hours of operations. WO1 Lassalle provided support to the BN S-4 section and assisted with report of survey reviews.

d. LIST 3 FUTURE ASSIGNMENTS FOR WHICH THIS OFFICER IS BEST SUITED. FOR ARMY COMPETITIVE CATEGORY CPT THROUGH LTC, ALSO INDICATE A POTENTIAL CAREER FIELD FOR FUTURE SERVICE.

Bn PBO, Bn Maintenance Officer, Bde Food Service Officer

DA FORM 67-9, OCT 97 (Reverse)    USAPA V2.00

00347913

*CORRECTED COPY*

# OFFICER EVALUATION REPORT
For use of this form, see AR 623-105; the proponent agency is ODCSPER

SEE PRIVACY ACT STATEMENT ON DA FORM [...]

## PART I - ADMINISTRATIVE DATA

| a. NAME (Last, First, Middle Initial) | b. SSN | c. RANK | d. DATE OF RANK | e. BRANCH | f. COMPONENT |
|---|---|---|---|---|---|
| LASSALLE, JOSE L. | 787-890-5030 | CW2 | 2004 05 05 | QM | 920A0 |

| g. UNIT, ORG., STATION, ZIP CODE OR APO, MAJOR COMMAND | h. REASON FOR SUBMISSION |
|---|---|
| HHD, 394TH QM BN (S&S), AGUADILLA, PR 00604 (WSSHAA) 65TH RRC TPU | 05 Annual |

| PERIOD COVERED | RATED MONTHS | NONRATED CODES | NO. OF ENCL | RATED OFFICER COPY |
|---|---|---|---|---|
| FROM: 2004 04 07 THRU: 2005 04 06 | 12 | | | Forwarded to Officer 2006 01 24 |

## PART II - AUTHENTICATION

| a. NAME OF RATER | SSN | RANK | POSITION | SIGNATURE | DATE |
|---|---|---|---|---|---|
| RODRIGUEZ, RAUL L. | | CPT | Battalion S-4 | /signed/ | 2006 01 24 |

| b. NAME OF INTERMEDIATE RATER | SSN | RANK | POSITION | SIGNATURE | DATE |
|---|---|---|---|---|---|
| | | | | | |

| c. NAME OF SENIOR RATER | SSN | RANK | POSITION | SIGNATURE | DATE |
|---|---|---|---|---|---|
| CRUZ, JOSE W. | | LTC | Battalion Commander | /signed/ | 2006 01 24 |

SENIOR RATER'S ORGANIZATION: 394TH QM BN (S&S), Aguadilla, PR 00604
BRANCH: TC
SENIOR RATER TELEPHONE NUMBER: (787) 890-2253
EMAIL ADDRESS: jose.w.cruz@us.army.mil

Rated officer: signature, date 2006 01 24

## PART III - DUTY DESCRIPTION

a. PRINCIPAL DUTY TITLE: Supply System Technician
b. POSITION AOC/SSI: 920A0

c. SIGNIFICANT DUTIES AND RESPONSIBILITIES: Supply System Technician for the Logistic Branch, 394th QM BN, and technical functional area for the detachment. Manages and supervise personnel within a Supply Support Activity (SSA) concerning supply systems policy and functional procedures. Manages and receipt, storage and issuance of supply and equipment at SSA level in accordance with established policies and regulations. Plans stocking level requirements and provides technical guidance to personnel of supported units/activities in order to assist, establish and maintain adequate stocking levels for mission accomplishment. Develops standard operation procedures and performs administrative duties related to the supply activities.

## PART IV - PERFORMANCE EVALUATION - PROFESSIONALISM (Rater)

**CHARACTER** Disposition of the leader; combination of values, attributes, and skills affecting leader actions

**a. ARMY VALUES** (Comments mandatory for all "NO" entries. Use PART Vb.)

| | Yes | No | | Yes | No |
|---|---|---|---|---|---|
| 1. HONOR: Adherence to the Army's publicly declared code of values | X | | 5. RESPECT: Promotes dignity, consideration, fairness, & EO | X | |
| 2. INTEGRITY: Possesses high personal moral standards; honest in word and deed | X | | 6. SELFLESS-SERVICE: Places Army priorities before self | X | |
| 3. COURAGE: Manifests physical and moral bravery | X | | 7. DUTY: Fulfills professional, legal, and moral obligations | X | |
| 4. LOYALTY: Bears true faith and allegiance to the U.S. Constitution, the Army, the unit, and the soldier | X | | | | |

**b. LEADER ATTRIBUTES / SKILLS / ACTIONS:** First mark "YES" or "NO" for each block. Second, choose a total of six that best describe the rated officer. Select one from ATTRIBUTES, two from SKILLS (Competence), and three from ACTIONS (LEADERSHIP). Place an "X" in the appropriate numbered box with optional comments in PART Vb. Comments are mandatory in Part Vb for all "No" entries.

**b.1. ATTRIBUTES (Select 1)**

| | MENTAL | YES/NO | X | PHYSICAL | YES/NO | | EMOTIONAL | YES/NO |
|---|---|---|---|---|---|---|---|---|
| | Fundamental qualities and character traits | | | Possesses desire, will, initiative, and discipline | Maintains appropriate level of physical fitness and military bearing | | Displays self-control, calm under pressure | |

**b.2. SKILLS (Competence) (Select 2)**

| X | CONCEPTUAL | YES/NO | X | INTERPERSONAL | YES/NO | | TECHNICAL | YES/NO |
|---|---|---|---|---|---|---|---|---|
| | Demonstrates sound judgment, critical/creative thinking, moral reasoning | | | Shows skill with people: coaching, teaching, counseling, motivating and empowering | | | Possesses the necessary expertise to accomplish all tasks and functions | |

| | TACTICAL | Demonstrates proficiency in required professional knowledge, judgment, and warfighting | YES/NO |
|---|---|---|---|

**b.3. ACTIONS (LEADERSHIP) (Select 3)** Major activities leaders perform: influencing, operating, and improving

INFLUENCING - Method of reaching goals while operating / improving

| X | COMMUNICATING | YES/NO | | DECISION-MAKING | YES/NO | | MOTIVATING | YES/NO |
|---|---|---|---|---|---|---|---|---|
| | Displays good oral, written, and listening skills for individuals / groups | | | Employs sound judgment, logical reasoning, and uses resources wisely | | | Inspires, motivates, and guides others toward mission accomplishment | |

OPERATING - Short term mission accomplishment

| X | PLANNING | YES/NO | | EXECUTING | YES/NO | | ASSESSING | YES/NO |
|---|---|---|---|---|---|---|---|---|
| | Develops detailed, executable plans that are feasible, acceptable, and suitable | | | Shows tactical proficiency, meets mission standards, and takes care of people/resources | | | Uses after-action and evaluation tools to facilitate consistent improvement | |

IMPROVING - Long-term improvement in the Army, its people and organizations

| | DEVELOPING | YES/NO | | BUILDING | YES/NO | X | LEARNING | YES/NO |
|---|---|---|---|---|---|---|---|---|
| | Invests adequate time and effort to develop individual subordinates as leaders | | | Spends time and resources improving teams, groups and units; fosters ethical climate | | | Seeks self-improvement and organizational growth; envisioning, adapting and leading change | |

**c. APFT:** PASS **DATE:** OCT 2004 **HEIGHT:** 68 **WEIGHT:** 170 YES

**d. JUNIOR OFFICER DEVELOPMENT:** MANDATORY YES OR NO ENTRY FOR RATERS OF LTs AND WO1s.
WERE DEVELOPMENTAL TASKS RECORDED ON DA FORM 67-9-1a AND QUARTERLY FOLLOW-UP COUNSELINGS CONDUCTED? YES [ ] NO [ ] N/A [X]

DA FORM 67-9, OCT 97    REPLACES DA FORM 67-8, 1 SEP 79 WHICH IS OBSOLETE, 1 OCT 97    USAPA V2.01

FEB 16 2006
MAR 31 2006

NAME: LASSALLE JOSE L    SSN:    PERIOD COVERED: 20040405 - 20050406

## PART V - PERFORMANCE AND POTENTIAL EVALUATION (Rater)

a. EVALUATE THE RATED OFFICER'S PERFORMANCE DURING THE RATING PERIOD AND HIS/HER POTENTIAL FOR PROMOTION

[X] OUTSTANDING PERFORMANCE MUST PROMOTE    [ ] SATISFACTORY PERFORMANCE    [ ] UNSATISFACTORY PERFORMANCE    [ ] OTHER (Explain)

b. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE AND POTENTIAL FOR PROMOTION. REFER TO PART III, DA FORM 67-9 AND PART IV a, b, AND c, DA FORM 67-9.

CW2 Lassalle has worked during this period as the 394th Quartermaster Battalion PBO (Property Book Officer). CW2 Lassalle has been responsible of the subordinate units 100% inventory to include the 311th QM Co. that reside with over $180,000 in equipment shortages after the change of command inventory. After long and intensive hours of work these shortages were reduced to $26,000 and the proper report of survey procedures were initiated by CW2 Lassalle. In addition to his normal duties, CW2 Lassalle was in charge of the distribution of the cold weather equipment to the units that are pending to be mobilized. In his continues effort to success as Battalion Property Book Officer, CW2 Lassalle completed the PBUSE course in August 2005 and got his qualification as 920A in November 2005 in order to perform a better job as Battalion PBO. As part of his self development, CW2 Lassalle is working in the completion of his Doctor's degree. CW2 Lassalle must be promoted as soon as possible.

c. IDENTIFY ANY UNIQUE PROFESSIONAL SKILLS OR AREAS OF EXPERTISE OF VALUE TO THE ARMY THAT THIS OFFICER POSSESSES. FOR ARMY COMPETITIVE CATEGORY CPT THROUGH LTC, ALSO INDICATE A POTENTIAL CAREER FIELD FOR FUTURE SERVICE.

Officer is fluent in Spanish. Best in procurement field 920A0.

## PART VI - INTERMEDIATE RATER

## PART VII - SENIOR RATER

a. EVALUATE THE RATED OFFICER'S PROMOTION POTENTIAL TO THE NEXT HIGHER GRADE

[X] BEST QUALIFIED    [ ] FULLY QUALIFIED    [ ] DO NOT PROMOTE    [ ] OTHER (Explain below)

b. POTENTIAL COMPARED WITH OFFICERS SENIOR RATED IN SAME GRADE (OVERPRINTED BY DA)

USAR COMPARISON OF THE SENIOR RATER'S PROFILE AND BOX CHECK AT THE TIME THIS REPORT PROCESSED

NO BOX CHECK

RO: CW2 LASSALLE JOSE L

SR: LTC CRUZ JOSE W.

DATE: 2006 03 31

TOTAL RATINGS:

RATINGS THIS OFFICER:

c. COMMENT ON PERFORMANCE/POTENTIAL

CW2 Lassalle's performance of duty during this rating period has been outstanding. He was totally responsible for all areas of supply operations as the Battalion Property Book Officer. Through his assertive involvement he ensured that the Property Books and all documents for the 311th QM Co and the 246th QM Co immigrated to this Battalion in a quickly and smoothly manner. He worked long hours to reduce shortages in a Report of Survey from $180,000.00 of equipment to $26,000.00. He coordinated the distribution of cold weather equipment for the entire Battalion ensuring that all mobilized Soldier's had their equipment prior to departure. He has completed several courses such as PBUSE and 920A in order to perform better as the Battalion PBO. Currently CW2 Lassalle is working to complete his Doctor's degree. Promote to CW3.

d. LIST 3 FUTURE ASSIGNMENTS FOR WHICH THIS OFFICER IS BEST SUITED. FOR ARMY COMPETITIVE CATEGORY CPT THROUGH LTC, ALSO INDICATE A POTENTIAL CAREER FIELD FOR FUTURE SERVICE.

Regional Support Group PBO, Regional Readiness Command PBO, Division PBO