00365870

# OFFICER EVALUATION REPORT

For use of this form, see AR 623-105; the proponent agency is DCS, G-1.

FOR OFFICIAL USE ONLY (FOUO). Protected by Privacy Act of 1974.

## PART I - ADMINISTRATIVE DATA

| a. NAME (Last, First, Middle Initial) | b. SSN | c. RANK | d. DATE OF RANK (Year / Month / Day) | e. BRANCH | f. DESIGNATED SPECIALTIES / PMOS (WO) |
|---|---|---|---|---|---|
| LASSALLE, JOSE L. | [redacted] | CW2 | 2004 / 05 / 03 | QM | 920A0 |

g. UNIT, ORG., STATION, ZIP CODE OR APO, MAJOR COMMAND: 394TH QM BN (S&S), AGUADILLA PR 00604,65TH RRC,"AGR" WSSHAA

h. REASON FOR SUBMISSION: 05 Annual

| i. PERIOD COVERED FROM (Year / Month / Day) | THRU (Year / Month / Day) | j. RATED MONTHS | k. NONRATED CODES | l. NO. OF ENCL | m. RATED OFFICER COPY (Check one and date) | Date | n. PSB INITIAL | o. CMD CODE | p. PSB CODE |
|---|---|---|---|---|---|---|---|---|---|
| 2005 / 04 / 07 | 2006 / 04 / 06 | 12 | | | X 1 Given to Officer; 2 Forwarded to Officer | 20060621 | [initials] | 25 | |

## PART II - AUTHENTICATION (Rated officer's signature verifies officer has seen completed OER Parts I-VII and the admin data is correct)

| | NAME | SSN | RANK | POSITION | SIGNATURE | DATE |
|---|---|---|---|---|---|---|
| a. NAME OF RATER (Last, First, MI) | VAZQUEZ, EDWIN | [redacted] | CPT | Battalion S-4 | [signature] | 20060621 |
| b. NAME OF INTERMEDIATE RATER (Last, First, MI) | | | | | | |
| c. NAME OF SENIOR RATER (Last, First, MI) | CRUZ, JOSE W. | [redacted] | LTC | Battalion Commander | [signature] | 20060621 |

SENIOR RATER'S ORGANIZATION: 394TH QM BN (S&S) AGUADILLA, PR 00604

BRANCH: TC

SENIOR RATER TELEPHONE NUMBER: 787-890-2255

E-MAIL ADDRESS: jose.w.cruz@us.army.mil

d. This is a referred report, do you wish to make comments? ☐ Yes, comments are attached ☐ No

e. SIGNATURE OF RATED OFFICER: [signature] DATE: 20060621

## PART III - DUTY DESCRIPTION

a. PRINCIPAL DUTY TITLE: Battalion Property Book Officer

b. POSITION AOC/BR: 920A

c. SIGNIFICANT DUTIES AND RESPONSIBILITIES. REFER TO PART IVa, DA FORM 67-9-1

Principle counselor to the chain of command on all aspects of Property accountability for a supply and service battalion which includes six subordinate units. Responsible for the property accountability of over 46 million dollars of government property.. Provides expertise and guidance for a battalion S-4 section. Monitor and performs evaluations of subordinate supply operations per Command Supply Discipine program and AR 710-2. Provides logistical and technical guidance to six subordinate units in support management operations and property accountability. Complies with appropriate regulations, forms and procedures pertaining to property books, hand receipts and other property accounting documents. Advises surveying officers on duties and responsibilities. Perform additional duties as assigned.

## PART IV - PERFORMANCE EVALUATION - PROFESSIONALISM (Rater)

**CHARACTER** Disposition of the leader: combination of values, attributes, and skills affecting leader actions

a. ARMY VALUES (Comments mandatory for all "NO" entries. Use PART Vb.)

| | Yes | No | | Yes | No |
|---|---|---|---|---|---|
| 1. HONOR: Adherence to the Army's publicly declared code of values | X | | 5. RESPECT: Promotes dignity, consideration, fairness, & EO | X | |
| 2. INTEGRITY: Possesses high personal moral standards; honest in word and deed | X | | 6. SELFLESS-SERVICE: Places Army priorities before self | X | |
| 3. COURAGE: Manifests physical and moral bravery | X | | 7. DUTY: Fulfills professional, legal, and moral obligations | X | |
| 4. LOYALTY: Bears true faith and allegiance to the U.S. Constitution, the Army, the unit, and the soldier | | | | X | |

b. LEADER ATTRIBUTES / SKILLS / ACTIONS: First, mark "YES" or "NO" for each block. Second, choose a total of six that best describe the rated officer. Select one from ATTRIBUTES, two from SKILLS (Competence), and three from ACTIONS (LEADERSHIP). Place an "X" in the appropriate numbered box with optional comments in PART Vb. **Comments are mandatory in Part Vb for all "No" entries.**

b.1. ATTRIBUTES (Select 1) Fundamental qualities and characteristics

| Select | Attribute | YES | NO |
|---|---|---|---|
| X | MENTAL: Possesses desire, will, initiative, and discipline | X | |
| 2 | PHYSICAL: Maintains appropriate level of physical fitness and military bearing | X | |
| 3 | EMOTIONAL: Displays self-control; calm under pressure | X | |

b.2. SKILLS (Competence) (Select 2) Skill development is part of self development; prerequisite to action

| Select | Skill | YES | NO |
|---|---|---|---|
| 1 | CONCEPTUAL: Demonstrates sound judgment, critical/creative thinking, moral reasoning | X | |
| 2 | INTERPERSONAL: Shows skill with people: coaching, teaching, counseling, motivating and empowering | X | |
| X | TECHNICAL: Possesses the necessary expertise to accomplish all tasks and functions | X | |
| X | TACTICAL: Demonstrates proficiency in required professional knowledge, judgment, and warfighting | X | |

b.3. ACTIONS (LEADERSHIP) (Select 3) Major activities leaders perform: influencing, operating, and improving

| Category | Select | Action | YES | NO |
|---|---|---|---|---|
| INFLUENCING: Method of reaching goals while operating / improving | 1 | COMMUNICATING: Displays good oral, written, and listening skills for individuals / groups | X | |
| | 2 | DECISION-MAKING: Employs sound judgment, logical reasoning and uses resources wisely | X | |
| | X | MOTIVATING: Inspires, motivates, and guides others toward mission accomplishment | X | |
| OPERATING: Short-term mission accomplishment | 4 | PLANNING: Develops detailed, executable plans that are feasible, acceptable, and suitable | X | |
| | X | EXECUTING: Shows tactical proficiency, meets mission standards, and takes care of people/resources | X | |
| | 6 | ASSESSING: Uses after-action and evaluation tools to facilitate consistent improvement | X | |
| IMPROVING: Long-term improvement in the Army its people and organizations | 7 | DEVELOPING: Invests adequate time and effort to develop individual subordinates as leaders | X | |
| | 8 | BUILDING: Spends time and resources improving teams, groups and units; fosters ethical climate | X | |
| | X | LEARNING: Seeks self-improvement and organizational growth; envisioning, adapting and leading change | X | |

c. APFT: PASS DATE: APR 2006 HEIGHT: 68 WEIGHT: 170 YES

d. OFFICER DEVELOPMENT - MANDATORY YES OR NO ENTRY FOR RATERS OF CPTs, LTs, CW2s, AND WO1s. WERE DEVELOPMENTAL TASKS RECORDED ON DA FORM 67-9-1a AND QUARTERLY FOLLOW-UP COUNSELINGS CONDUCTED? [X] YES ☐ NO ☐ NA

NAME LASSALLE, JOSE L. SSN PERIOD COVERED 20050407 - 20060406

**PART V - PERFORMANCE AND POTENTIAL EVALUATION (Rater)**

a. EVALUATE THE RATED OFFICER'S PERFORMANCE DURING THE RATING PERIOD AND HIS/HER POTENTIAL FOR PROMOTION

[X] OUTSTANDING PERFORMANCE, MUST PROMOTE [ ] SATISFACTORY PERFORMANCE, PROMOTE [ ] UNSATISFACTORY PERFORMANCE, DO NOT PROMOTE [ ] OTHER (Explain)

b. COMMENT ON SPECIFIC ASPECTS OF THE PERFORMANCE AND POTENTIAL FOR PROMOTION. REFER TO PART III, DA FORM 67-9 AND PART IVa, b, AND c DA FORM 67-9-1

CW2 Lassalle assistance to the 394th QM BN deploying and re-deploying units in support of Operation Iraqi Freedom has been crucial for the success of their missions by ensuring all functions under his control were properly conducted. His actions supported the correction of battalion property issues and trained subordinate units to ensure prpoer accountability was conducted at battalion level reflecting a consistent improvement in the subordinate units USR evaluations. CW2 Lassalle was responsible for the actualization and update of the Battalion property book during the migration from SPBS to PBUSE System and cross leveled property within the battalion that reduced excess and minimized shortages. He accounted for and managed over 46 million dollars of government property. CW2 Lassalle implemented the command Supply Discipline program in the battalion, continuously trained subordinate units in matters regarding property accountability and facilitated the transition to PBUSE at company level for commanders and supply personnel. His expertise, initiative, and discipline allowed him to research and aquire critical equipment necessary for the mission accomplishment of the battalion. CW2 Lassalle posses the desire, will, initiative, and discipline that distinguish the warrant officer corps, must be promoted.

c. IDENTIFY ANY UNIQUE PROFESSIONAL SKILLS OR AREAS OF EXPERTISE OF VALUE TO THE ARMY THAT THIS OFFICER POSSESSES. FOR ARMY COMPETITIVE CATEGORY CPT THROUGH LTC ALSO INDICATE A POTENTIAL CAREER FIELD FOR FUTURE SERVICE

CW2 Lassalle has proven his ability to understand new ideas and learn from his mistakes in this battalion. CW2 Lassalle is fully bilingual, proficient in spanish language. Best in procurement field 920A0.

**PART VI - INTERMEDIATE RATER**

**PART VII - SENIOR RATER**

a. EVALUATE THE RATED OFFICER'S PROMOTION POTENTIAL TO THE NEXT HIGHER GRADE

[X] BEST QUALIFIED [ ] FULLY QUALIFIED [ ] DO NOT PROMOTE [ ] OTHER (Explain below)

I currently senior rate ______ officer(s) in this grade. A completed DA Form 67-9-1 was received with this report and considered in my evaluation and review [ ] YES [ ] NO (Explain in c)

b. POTENTIAL COMPARED WITH OFFICERS SENIOR RATED IN SAME GRADE (OVERPRINTED BY DA)

USAR COMPARISON OF THE SENIOR RATER'S PROFILE AND BOX CHECK AT THE TIME THIS REPORT PROCESSED

NO BOX CHECK

RO CW2 LASSALLE JOSE L

SR LTC CRUZ JOSE W

DATE 2006 07 20

TOTAL RATINGS

RATINGS THIS OFFICER

c. COMMENT ON PERFORMANCE/POTENTIAL

During this rating period the performance of CW2 Lassalle has been outstanding. CW2 Lasslle has continuously supported the Battalion's deployment and re-deployment of Soldier's and units in support of Operation Iraqi Freedom. He has worked long and hard hours ensuring all functions and support for the deployment of those units under his control were conducted. CW2 Lassalle was responsible for the actualization and update of the Battalion property book during the migration from SPBS to PBUSE sytem and cross level property within the battalion units to reduce excess and minimize shortages. His support to the CSDP was fundamental in the training of subordinates supply personnel, in the transition to the PBUSE system, and management of the property. His motivation, desire, and can do attitude demonstrated that he can perform at a higher level of responsibilities. Promote to CW3 and assign as a Regional Support Group PBO.

d. LIST 3 FUTURE ASSIGNMENTS FOR WHICH THIS OFFICER IS BEST SUITED. FOR ARMY COMPETITIVE CATEGORY CPT THROUGH LTC, ALSO INDICATE A POTENTIAL CAREER FIELD FOR FUTURE SERVICE

Regional Support Group PBO, Regioanl Readiness Command PBO, Division PBO

# OMPF

# EDUCATION AND TRAINING DATA

08/01/99 13:37 ☎716 693 2853 TONAWANDA USARC

REGENTS COLLEGE
Member of The University of the State of New York

7 COLUMBIA CIRCLE
ALBANY, NEW YORK 12203-5159
(518) 464-8500

Jose LASSALLE

STUDENT ID NUMBER :

JOSE LUIS LASSALLE
1561 GLENHAVEN DR
AMHERST, NY 14228

DOB (M/D) :
ENROLL DATE : 11/04/1998
DEGREE : BACHELOR OF SCIENCE
PROGRAM : LIBERAL ARTS
CONFERRED

| TERM | DEPT | COURSE NUMBER | DESCRIPTIVE TITLE | SEM HRS | GRADE |
|---|---|---|---|---|---|
| INTER AMERICAN UNIVERSITY OF PUERTO RICO | | | | | |
| 78/SP | PHILOS | 201 | TYPES AND PROB IN PHIL | 3.00 | C |
| 78/FA | MATH | 105 | INTRO TO MODERN MATH I | 3.00 | B |
| | POLSC | 101 | INT TO POLIT. SCIENCE I | 3.00 | B |
| MILITARY SERVICE SCHOOL COURSE | | | | | |
| | MATERIEL STORAGE & HANDLING SPEC | | PRIMARY TECHNICAL | | |
| 79/SP | | | MATERIALS MANAGEMENT | 2.00 | P |
| | NATIONAL GUARD OFFICER CANDIDATE | | | | |
| 90/SP | | | LEADERSHIP AND MANAGEMENT | 5.00 | P |
| | | | GEOGRAPHY/TOPOGRAPHY | 2.00 | P |
| | INFANTRY OFFICER BASIC | | | | |
| 91/SP | | | MAINTENANCE MANAGEMENT | 3.00 | P |
| | | | MAP READING | 3.00 | P |
| | CIVIL AFFAIRS OFFICER ADVANCED COURSE | | | | |
| 99/SP | | | INTERNATIONAL RELATIONS | 1.00 | P |
| | | | PUBLIC ADMINISTRATION | 3.00 | P |
| CENTRAL TEXAS COLLEGE | | | | | |
| 86/SP | PSYC | 2301 | INTROD TO PSYCHOLOGY | 3.00 | C |
| | MISC | 1451 | INTRO MICRO PROCMNG | 4.00 | D |
| 87/SP | TMTH | 1300 | TECHNICAL MATH I | 3.00 | D |
| 92/SP | MATH | 1302 | COLLEGE ALGEBRA | 3.00 | B |
| DEFENSE LANG PROFICIENCY TEST | | | | | |
| 87/07 | | | SPANISH: LISTENING COMPREHENSION (2+) | 8.00 | P |
| | | | SPANISH: READING COMPREHENSION (2+) | 7.00 | P |
| 89/11 | | | SPANISH: SPEAKING (3) | 9.00 | P |
| ARMY ENLISTED MIL OCCUP SPEC | | | | | |
| | MATERIEL/STORAGE & HANDLING SPECIALIST (STORAGE SPEC) | | | | |
| 87/FA | | | RECORD KEEPING | 3.00 | P |
| | | | INVENTORY CONTROL | 2.00 | P |
| | | | WAREHOUSE PRACTICES | 3.00 | P |
| KANSAS STATE UNIVERSITY | | | | | |
| 88/SP | FN | 132 | BASIC NUTRITION | 3.00 | B |

CONTINUED ON PAGE 2

AN OFFICIAL SIGNATURE IS WHITE WITH A PURPLE BACKGROUND    REJECT DOCUMENT IF ... BELOW ... USED

This officially sealed and signed transcript is printed on purple SCRIP-SAFE® security paper with the name of the college printed in small purple type across the face of the document. A raised seal is not required. When photocopied the word COPY should appear. A BLACK ON WHITE OR A COLOR COPY SHOULD NOT BE ACCEPTED!

STUDENT COPY

EGENTS COLLEGE
Member of The University of the State of New York
COLUMBIA CIRCLE
BANY, NEW YORK 12203-5159
(3) 464-8500

STUDENT ID NUMBER [redacted]
DOB (M/D) [redacted]
ENROLL DATE 11/04/1998
DEGREE BACHELOR OF SCIENCE
PROGRAM LIBERAL ARTS
CONFERRED

JOSE LUIS LASSALLE
156L GLENHAVEN DR
AMHERST, NY 14228

| TERM | DEPT | COURSE NUMBER | DESCRIPTIVE TITLE | SEM HRS | GRADE |
|---|---|---|---|---|---|
| KANSAS STATE UNIVERSITY | | | | | |
| 88/SP | HDFS | 230 | INTRO HUMAN DEVELMNT | 3.00 | B |
| | HRIMD | 230 | TOURISM/HOSP INDUST | 3.00 | C |
| 88/FA | ENGL | 030 | ENGLISH COMPOSITN 1 | 3.00 | C |
| | HRIMD | 120 | INTRO HOTEL/RES/MGMT | 1.00 | C |
| 89/SP | CHM | 110 | GENERAL CHEMISTRY | 5.00 | C |
| | SPCH | 106 | PUBLIC SPEAKING 1 | 3.00 | C |
| 89/FA | ECON | 110 | ECONOMICS 1 | 3.00 | C |
| | ENGL | 120 | ENGLISH COMPOSITN 2 | 3.00 | C |
| | THTRE | 165 | APPRECIATION THEATRE | 2.00 | B |
| 90/SP | HRIMD | 440 | FUND QUAN FOOD PROD | 5.00 | D |
| 91/FA | BIOL | 198 | PRINCIPLES OF BIOLOGY | 4.00 | D |
| REGENTS COLLEGE EXAMINATIONS | | | | | |
| 98/11 | | | WORLD POPULATION (43) | 3.00 | C |
| EMPIRE STATE COLLEGE | | | | | |
| 99/SP | | | LATIN AMERICAN LITERARY FIGURES GABRIEL GARCIA MARQUEZ | 3.00 | B |
| | | | HISPANICS IN AMERICA | 3.00 | B |

END OF OFFICIAL RECORD

AN OFFICIAL SIGNATURE IS WHITE WITH A PURPLE BACKGROUND
REJECT IF COLOR OF SIGNATURE IS ALTERED
STUDENT COPY
...officially sealed and signed transcript is printed on purple SCRIP-SAFE security paper with the name of the college printed in small purple type across the face of the document. A raised seal is not required. When photocopied, the word COPY should appear. A BLACK ON WHITE OR A COLOR COPY SHOULD NOT BE ACCEPTED.



584885840

# United States Army
# John F. Kennedy
# Special Warfare Center and School

TO ALL WHO SHALL SEE THESE PRESENTS, GREETING.

BE IT KNOWN THAT 1LT JOSE L. LASSLLE, [redacted] IS A

**Graduate**

OF THE

CIVIL AFFAIRS OFFICER ADVANCED COURSE - RC (5-41-C23)

**US Army**

**John F. Kennedy Special Warfare Center and School**

IN TESTIMONY WHEREOF, AND BY AUTHORITY VESTED IN US, WE DO CONFER UPON THE INDIVIDUAL THIS

**Diploma**

ATTEST: GIVEN AT FORT BRAGG, NORTH CAROLINA THIS 23RD DAY OF APRIL 1999

COMMANDANT

SWCS FM 2221-7 1 Jun 88



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

INSTITUTION ACCREDITED BY:
COUNCIL OF HIGHER EDUCATION, COMMONWEALTH OF PUERTO RICO AND MIDDLE STATES ASSOCIATION OF COLLEGES AND SECONDARY SCHOOLS.

AUTHENTICITY CONFIRMATION: When photocopied in color or on the darker settings of black and white copiers, the word VOID will appear several times in large letters. A black and white transcript is not an original. Alteration of this transcript may be a criminal offense.

[illegible] JUL 1958

Date Issued: [illegible]

[illegible] JOSE LASALLE [illegible]
[illegible] PR 00976

CORTESIA

[illegible] Graduate
[illegible] NEW GRADUATE
[illegible] FIRST SEMESTER [illegible]

College: [illegible]
[illegible] MARKETING

| [illegible] | COURSE TITLE | CRED | GRD | [illegible] |
|---|---|---|---|---|
| **INSTITUTION CREDIT:** | | | | |
| **FIRST SEMESTER [illegible]** | | | | |
| ACCO 500 | FINANCIAL ACCOUNTING | 3.00 | A | 12.00 |
| [illegible] 503 | [illegible] & FINA ACCOUNTING | 3.00 | [illegible] | [illegible] |
| [illegible] 319 | MANAGERIAL ECONOMICS | 3.00 | B | 9.00 |
| [illegible] 720 | [illegible] PRODUCTION MAGT | 3.00 | B | 9.00 |
| STAT 555 | STAT & INFER ANALYSIS | 3.00 | B | 9.00 |
| Hrs: 15.00 GPA-Hrs: 15.00 Pts: 51.00 GPA: 3.40 | | | | |
| **SECOND SEMESTER 2000-01** | | | | |
| FINA 503 | MAGT FINANCE | 3.00 | B | 9.00 |
| MANA 501 | ORGANIZAT BEHAVIOR | 3.00 | B | 9.00 |
| MARK 511 | MKTG MANAGEMENT | 3.00 | A | 12.00 |
| MARK 601 | DESIGN & DEVELOP OF NEW PRODUC | 3.00 | A | 12.00 |
| MARK 605 | CONSUMER BEHAVIOR | 3.00 | A | 12.00 |
| Hrs: 15.00 GPA Hrs: 15.00 Pts: 54.00 GPA: 3.60 | | | | |

******** TRANSCRIPT TOTALES ********

| | Earned Hrs | GPA Hrs | Points | GPA |
|---|---|---|---|---|
| TOTAL INSTITUTION | 30.00 | 30.00 | 105.00 | 3.50 |
| TOTAL TRANSFER | 0.00 | 0.00 | 0.00 | 0.00 |
| OVERALL | 30.00 | 30.00 | 105.00 | 3.50 |

******** END OF TRANSCRIPT ********

[illegible] do not exclude from participation, nor deny benefits or discriminate against any person because of race, sex, color, birth, origin or social condition, or because of political, religious, social, or union ideas.

UNIVERSIDAD METROPOLITANA IS A PRIVATE EDUCATIONAL INSTITUTION AND A MEMBER OF THE NON PROFIT ORGANIZATION ANA G. MENDEZ UNIVERSITY SYSTEM

UNIVERSIDAD METROPOLITANA
OFFICE OF THE REGISTRAR
PO BOX 21150, RIO PIEDRAS, PUERTO RICO 00928 - TEL. 766-1717

SEAL
VALID ONLY WITH SIGNATURE AND SEAL

Beatriz Nieves Lugo
SIGNATURE OF REGISTRAR

# OMPF

# COMMENDATORY DATA

→

↓

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
LASSALLE

Headquarters
U.S. ARMY
SOUTH
PANAMA

# CERTIFICATE OF APPRECIATION

AWARDED TO

*FIRST LIEUTENANT JOSE L. LASALLE*

FOR

MERITORIOUS SERVICE WHILE ATTACHED TO THE 93RD MATERIEL MANAGEMENT CENTER. YOUR DEDICATION AND SELFLESS SERVICE HAVE CONTRIBUTED GREATLY TO THE SUCCESS OF THE 93RD MATERIEL MANAGEMENT CENTER/DIRECTORATE OF LOGISTICS MISSION IN SUPPORT OF ODT ROTATION FROM 4 FEBRUARY 1996 TO 17 FEBRUARY 1996.

17 FEBRUARY 1996

DAVID J. ENRIQUEZ
LTC, QM
COMMANDING

28, 1 MAY 93
(ALSO FORMS 28-4, 30 WHICH ARE OBSOLETE)

# OMPF

# SERVICE COMPUTATION DATA