**THIS IS AN IMPORTANT RECORD SAFEGUARD IT**

| 1. NAME | 2. SEX | 3. SOCIAL SECURITY NUMBER | 4. DATE OF BIRTH | | |
|---|---|---|---|---|---|
| LASSALLE-ILLAS, JOSE LUIS | M | [redacted] | 78 | 03 | 09 |

| 4. DEPARTMENT, COMPONENT AND BRANCH | 5. GRADE, RATE OR RANK | 6. PAY GRADE | DATE OF RANK | | |
|---|---|---|---|---|---|
| ARMY-USAR | PV1 | E-1 | 78 | 03 | 09 |

| 5a. SELECTIVE SERVICE NUMBER | 6. SELECTIVE SERVICE LOCAL BOARD NUMBER, CITY, STATE AND ZIP CODE | 7. HOME OF RECORD AT TIME OF ENTRY INTO ACTIVE SERVICE |
|---|---|---|
| NA | NA | Barrio Rocha, Moca, PR 00716 |

| 9a. TYPE OF SEPARATION | 9b. STATION OR INSTALLATION AT WHICH EFFECTED |
|---|---|
| Release from ADT (See Item #13) | Fort Lee, Virginia |

| 9c. AUTHORITY AND REASON | EFFECTIVE DATE | | |
|---|---|---|---|
| | 78 | 07 | 28 |

| 9d. CHARACTER OF SERVICE | 9e. TYPE OF CERTIFICATE ISSUED | 10. REENLISTMENT CODE |
|---|---|---|
| Honorable | None | |

| 11. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | 12. COMMAND TO WHICH TRANSFERRED |
|---|---|
| Co M QMS Bde Fort Lee VA TC | 491st General Supply Co, Aguadilla, PR |

| 13. DATE OF ENTRY | 14. PLACE OF ENTRY INTO CURRENT ACTIVE SERVICE | 15. DATE ENTERED ACTIVE DUTY THIS PERIOD | | |
|---|---|---|---|---|
| 84 03 08 | Aguadilla, PR 00630 | 78 | 04 | 14 |

| 16. PRIMARY SPECIALTY NUMBER AND TITLE | 17. RELATED CIVILIAN OCCUPATION AND D.O.T. NUMBER | 18. RECORD OF SERVICE | YEARS | MONTHS | DAYS |
|---|---|---|---|---|---|
| 76V10 Storage Supplyman 78/06/20-None | 223.387 Stock Clerk | (a) NET ACTIVE SERVICE THIS PERIOD | 0 | 3 | 15 |
| | | (b) PRIOR ACTIVE SERVICE | 0 | 0 | 0 |
| | | (c) TOTAL ACTIVE SERVICE | 0 | 3 | 15 |
| | | (d) PRIOR INACTIVE SERVICE | 0 | 1 | 5 |
| | | (e) TOTAL SERVICE FOR PAY | 0 | 4 | 20 |
| | | (f) FOREIGN AND/OR SEA SERVICE THIS PERIOD | 0 | 0 | 0 |

19. SECONDARY SPECIALTY NUMBER AND TITLE: NA  NA

20. HIGHEST EDUCATION LEVEL SUCCESSFULLY COMPLETED (In Years)
SECONDARY/HIGH SCHOOL: 12 YRS   COLLEGE: 0 YRS

| 21. | 22. DAYS ACCRUED LEAVE PAID | 23. SERVICEMEN'S GROUP LIFE INSURANCE COVERAGE | 24. DISABILITY SEVERANCE PAY | 25. PERSONNEL SECURITY INVESTIGATION TYPE | DATE COMPLETED |
|---|---|---|---|---|---|
| None | 9 | X $20,000 | NA | NA | NA |

26. DECORATIONS, MEDALS, BADGES, COMMENDATIONS, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED

None

27. REMARKS

Individual requests a copy of the DD Form 214. _JLL_
Individual declines a copy of the Optional Form. _JLL_

| 28. MAILING ADDRESS AFTER SEPARATION | 29. SIGNATURE OF PERSON BEING SEPARATED |
|---|---|
| Barrio Rocha, Moca, PR 00716 | /s/ Jose L. Lassalle |

| 30. TYPED NAME, GRADE AND TITLE OF AUTHORIZING OFFICER | 31. SIGNATURE OF OFFICER AUTHORIZED TO SIGN |
|---|---|
| RICHARD A. BAILEY, SFC, CH SEP TRF PT | /s/ Richard A. Bailey |

DD FORM 214   PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE.   THIS IS AN IMPORTANT RECORD SAFEGUARD IT.   REPORT OF SEPARATION FROM ACTIVE DUTY

CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES. THIS IS AN IMPORTANT RECORD. SAFEGUARD IT. ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID.

**DD FORM 214** 1 JUL 79 — PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE.

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| # | Field | Value |
|---|---|---|
| 1 | NAME (Last, first, middle) | LASSALLE-ILLAS JOSE LUIS |
| 2 | DEPARTMENT, COMPONENT AND BRANCH | ARMY/RA |
| 3 | SOCIAL SECURITY NO. | (redacted) |
| 4a | GRADE, RATE OR RANK | SGT |
| 4b | PAY GRADE | E-5 |
| 5 | DATE OF BIRTH | (redacted) |
| 6 | PLACE OF ENTRY INTO ACTIVE DUTY | San Juan, PR |
| 7 | LAST DUTY ASSIGNMENT AND MAJOR COMMAND | 1st Maint Co FORSCOM - FC |
| 8 | STATION WHERE SEPARATED | Ft. Riley, KS |
| 9 | COMMAND TO WHICH TRANSFERRED | 714 Maint Co, 2722 Topeka Avenue, Topeka, KS 66611 |
| 10 | SGLI COVERAGE | AMOUNT $ 50,000    NONE ☐ |

11. PRIMARY SPECIALTY NUMBER, TITLE AND YEARS AND MONTHS IN SPECIALTY: 76V20, Materiel Storage & Handling Specialist, 8 yrs, 5 mos // NOTHING FOLLOWS

### 12. RECORD OF SERVICE

| | YEAR(S) | MON(S) | DAY(S) |
|---|---|---|---|
| a. Date Entered AD This Period | 79 | 06 | 06 |
| b. Separation Date This Period | 87 | 11 | 25 |
| c. Net Active Service This Period | 08 | 05 | 20 |
| d. Total Prior Active Service | 00 | 03 | 15 |
| e. Total Prior Inactive Service | 00 | 11 | 12 |
| f. Foreign Service | 03 | 05 | 01 |
| g. Sea Service | 00 | 00 | 00 |
| h. Effective Date of Pay Grade | 84 | 07 | 01 |
| i. Reserve Oblig. Term. Date | 00 | 00 | 00 |

13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service)
Army Lapel Button // Army Service Ribbon // Overseas Service Ribbon (2) // Army Achievement Medal // Good Conduct Medal (2d Award) // NCO Professional Development Ribbon (1) // Marksman (M-16 Rifle) // NOTHING FOLLOWS

14. MILITARY EDUCATION (Course Title, number weeks, and month and year completed)
Storage Specialist, 8 weeks, 1979 // Primary Leadership Development Course, 4 weeks, 1984 // Storage Specialist Primary Tech, 52 weeks, 1987 // NOTHING FOLLOWS

15. MEMBER CONTRIBUTED TO POST VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM: ☐ YES  ☒ NO
16. HIGH SCHOOL GRADUATE OR EQUIVALENT: ☒ YES  ☐ NO
17. DAYS ACCRUED LEAVE PAID: 5

18. REMARKS:
Reenlistment this period: 790606 to 830526; 830527 to 871125 // Extension of service was at the request and for the convenience of the Government // Item 12f: Delayed Entry Program (DEP); 790308-790605 // Dental care was not provided within 90 days prior to separation // NOTHING FOLLOWS

19. MAILING ADDRESS AFTER SEPARATION: 215-3 Grandview Drive, Grandview Plaza, KS 66441

20. MEMBER REQUESTS COPY 6 BE SENT TO KS DIR. OF VET AFFAIRS: ☒ YES  ☐ NO

21. SIGNATURE OF MEMBER BEING SEPARATED: [signed]
22. TYPED NAME, GRADE, TITLE AND SIGNATURE OF OFFICIAL AUTHORIZED TO SIGN: GARY A. WADSWORTH, DAC GS-7, CHIEF, TRANSITION POINT [signed: Gary A. Wadsworth]

---

### SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

| # | Field | Value |
|---|---|---|
| 23 | TYPE OF SEPARATION | Discharge |
| 24 | CHARACTER OF SERVICE (Includes upgrades) | Honorable |
| 25 | SEPARATION AUTHORITY | Chapter 4, AR 635-200 |
| 26 | SEPARATION CODE | JBK |
| 27 | REENLISTMENT CODE | RE-1A |
| 28 | NARRATIVE REASON FOR SEPARATION | Expiration term of service |
| 29 | DATES OF TIME LOST DURING THIS PERIOD | None |
| 30 | MEMBER REQUESTS COPY 6 | INITIALS: JLL |

SERVICE-2

# ENLISTMENT / REENLISTMENT DOCUMENT
## ARMED FORCES OF THE UNITED STATES

### PRIVACY ACT STATEMENT

**AUTHORITY:** 5 USC 3331, 32 USC 708, 44 USC 708, 44 USC 3101, and Sections 133, 265, 275, 504, 508, 510, 591, 672(d), 678, 837, 1007, 1071 through 1087, 1168, 1169, 1475 through 1480, 1553, 2107, 2122, 3012, 5031, 8012, 8033, 8496, and 9411 of 10 USC and in Executive Order 9397, 10450, and 11652.

**PRINCIPAL PURPOSES:** To record enlistment or reenlistment into the U.S. Armed Forces. This information becomes a part of your military personnel records which are used to provide promotion, reassignment, training, medical support, and other personnel management actions for you. Your Social Security Number is necessary to identify you and your records, and to properly report your earnings as a member of the U.S. Armed Forces to the Social Security Administration. The data is FOR OFFICIAL USE ONLY and will be maintained in strict confidence in accordance with Federal law and regulations.

**ROUTINE USES:** To document your enlistment/reenlistment agreement with the U.S. Armed Forces; to record voluntary changes in your enlistment/reenlistment agreement; to determine dates of service and seniority; and for such other routine personnel management actions required to maintain normal career progression as a member of a component of the U.S. Armed Forces.

**DISCLOSURE IS VOLUNTARY:** However, failure to furnish information will result in denial of enlistment or reenlistment.

## A. ENLISTEE / REENLISTEE IDENTIFICATION DATA

**1. NAME (Last, First, Middle):** LASSALLE, JOSE LUIS

**2. SOCIAL SECURITY NUMBER:**

**3. HOME OF RECORD (Street, City, State, ZIP Code):** 215-3 GRANDVIEW DRIVE, GRANDVIEW PLAZA, KANSAS 66441

**4. PLACE OF ENLISTMENT / REENLISTMENT (Mil Installation, City, State):** FORT RILEY, KANSAS

**5. DATE OF ENLISTMENT/REENLISTMENT (YYMMDD):** 87 NOV 26

**6. DATE OF BIRTH (YYMMDD):**

**7. PREV MIL SVC UPON ENL / REENLIST:**
| | YEARS | MONTHS | DAYS |
|---|---|---|---|
| a. Total Active Military Service | 08 | 09 | 04 |
| b. Total Inactive Military Service | 00 | 02 | 28 |

## B. AGREEMENTS

8. I am enlisting/reenlisting in the ~~United States~~ (list branch of service) ARMY NATIONAL GUARD OF THE UNITED STATES this date for 08 ALL years and 00 weeks beginning in pay grade E5 ALL. The additional details of my enlistment/reenlistment are in Section C and Annex(es) A & B.

a. FOR ENLISTMENT IN A DELAYED ENTRY / ENLISTMENT PROGRAM (DEP):
I understand that I will be ordered to active duty as a Reservist unless I report to the place shown in item 4 above by (list date (YYMMDD)) _____ for enlistment in the Regular component of the United States (list branch of service) _____ for not less than _____ years and _____ weeks. My enlistment in the DEP is in a nonpay status. I understand my period of time in the DEP is NOT creditable for pay purposes upon entry into a pay status. However, I also understand that this time is counted toward fulfillment of my military service obligation or commitment. I must maintain my current qualifications and keep my recruiter informed of any changes in my physical or dependency status, moral qualifications, and mailing address.

b. Remarks: (If none, so state.)
" STUDENT LOAN REPAYMENT PROGRAM."
" SELECTED RESERVE EDUCATIONAL ASSISTANCE PROGRAM ( NEW GI BILL)."

c. The agreements in this section and attached annex(es) are all the promises made to me by the Government. **ANYTHING ELSE ANYONE HAS PROMISED ME IS NOT VALID AND WILL NOT BE HONORED.**
(Initials of Enlistee/Reenlistee) JLL

(Continued on reverse side.)

DD Form 4/1, MAY 85    Previous editions are obsolete.

000162

| NAME OF ENLISTEE/REENLISTEE (Last, First, Middle) | SOCIAL SECURITY NO. OF ENLISTEE/REENLISTEE |
|---|---|
| LASSALLE, JOSE LUIS | |

**D. CERTIFICATION AND ACCEPTANCE**

13a. My acceptance for enlistment is based on the information I have given in my application for enlistment. If any of that information is false or incorrect, this enlistment may be voided or terminated administratively by the Government or I may be tried by a Federal, civilian, or military court and, if found guilty, may be punished.

I CERTIFY THAT I HAVE CAREFULLY READ THIS DOCUMENT. ANY QUESTIONS I HAD WERE EXPLAINED TO MY SATISFACTION. I FULLY UNDERSTAND THAT ONLY THOSE AGREEMENTS IN SECTION B OF THIS DOCUMENT OR RECORDED ON THE ATTACHED ANNEX(ES) WILL BE HONORED. ANY OTHER PROMISES OR GUARANTEES MADE TO ME BY ANYONE ARE WRITTEN BELOW: (If none, X "NONE" and initial.)     [X] NONE ____ (Initials of enlistee/reenlistee)

b. SIGNATURE OF ENLISTEE/REENLISTEE: /s/ Jose Luis Lassalle
c. DATE SIGNED (YYMMDD): 87 NOV 26

14a. On behalf of the United States (list branch of service) ARMY NATIONAL GUARD
I accept this applicant for enlistment. I have witnessed the signature in item 13b to this document. I certify that I have explained that only those agreements in Section B of this form and in the attached Annex(es) will be honored, and any other promises made by any person are not effective and will not be honored.

**SERVICE REPRESENTATIVE INFORMATION**

| b. NAME (Last, First, Middle) | c. PAY GRADE | d. UNIT/COMMAND NAME |
|---|---|---|
| BARNETT, WILLIE GEORGE | E-8 | TOTAL ARMY CAREER COUNSELOR |
| e. SIGNATURE | f. DATE SIGNED (YYMMDD) | g. UNIT/COMMAND ADDRESS (City, State, ZIP Code) |
| /s/ | 87 NOV 26 | FORT RILEY, KANSAS 66442 |

**E. CONFIRMATION OF ENLISTMENT OR REENLISTMENT**

15. IN THE ARMED FORCES EXCEPT THE NATIONAL GUARD (ARMY OR AIR):
I, _____, do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; and that I will obey the orders of the President of the United States and the orders of the officers appointed over me, according to regulations and the Uniform Code of Military Justice. So help me God.

16. IN THE NATIONAL GUARD (ARMY OR AIR):
I, JOSE LUIS LASSALLE, do solemnly swear (or affirm) that I will support and defend the Constitution of the United States and the State of KANSAS against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; and that I will obey the orders of the President of the United States and the Governor of KANSAS and the orders of the officers appointed over me, according to law and regulations. So help me God.

17. IN THE NATIONAL GUARD (ARMY OR AIR):
I do hereby acknowledge to have voluntarily enlisted/reenlisted this 26TH day of NOVEMBER 1987 in the KANSAS National Guard and as a Reserve of the United States (list branch of service) ARMY with membership in the ARMY National Guard of the United States for a period of 8 years, 0 months, 0 days, under the conditions prescribed by law, unless sooner discharged by proper authority.

| 18a. SIGNATURE OF ENLISTEE/REENLISTEE | b. DATE SIGNED (YYMMDD) |
|---|---|
| /s/ Jose Luis Lassalle | 87 NOV 26 |

19a. The above oath was administered, subscribed, and duly sworn to (or affirmed) before me this date

**ENLISTMENT/REENLISTMENT OFFICER INFORMATION**

| b. NAME (Last, First, Middle) | c. PAY GRADE | d. UNIT/COMMAND NAME |
|---|---|---|
| PARAS, PETER C | O-3 | IRR |
| e. SIGNATURE | f. DATE SIGNED (YYMMDD) | g. UNIT/COMMAND ADDRESS (City, State, ZIP Code) |
| /s/ | 87 NOV 26 | FORT RILEY, KANSAS 66442 |

DD Form 4/2 MAY 85     Previous editions are obsolete

000163

 

STATE OF KANSAS
OFFICE OF THE ADJUTANT GENERAL
KANSAS NATIONAL GUARD
TOPEKA, KANSAS 66601-0300

ORDERS 172-004  14 August 1990

LASSALLE, JOSE L  SGT  714th Maint Co  KSARNG  Topeka, KS  66611

You are discharged from the Army National Guard and as a Reserve of the Army.

Effective date: 23 Aug 90
Type of discharge: HONORABLE (NGB Form 55)
Additional Instructions: Field DA 201 file will be forwarded to arrive
  AGKS-DOP-E no later than 5 Sep 90. SIDPERS Loss Code is WB.

FOR ARNG/ARMY USE
Auth: Para 8-26c, NGR 600-200
HOR: 913 Osage St, Manhattan, KS  66502

Format: 500

BY ORDER OF THE GOVERNOR:

DISTRIBUTION:
1 - AGKS-DOIM-ASB
1 - AGKS-DOP-S
1 - Indiv Indic
1 - AGKS-DOP-E
1 - AGKS-SPMO
1 - AGKS-DOP-ESO
1 - MEPS (GC-Kansas City, MO)
1 - AGKS-DOP-R
3 - 714th Maint Co KSARNG
1 - HQ 174th Sup & Svc Bn KSARNG
1 - Det 1 HQ STARC KSARNG

PHILIP B. FINLEY
Major General, KSARNG
The Adjutant General

000164

CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES      THIS IS AN IMPORTANT RECORD SAFEGUARD IT      ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID

# CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| # | Field | Value |
|---|---|---|
| 1 | NAME (Last, First, Middle) | LASSALLE, JOSE LUIS |
| 2 | DEPARTMENT, COMPONENT AND BRANCH | ARMY-ARNGUS |
| 3 | SOCIAL SECURITY NO | |
| 4.a | GRADE, RATE OR RANK | SGT |
| 4.b | PAY GRADE | E5 |
| 5 | DATE OF BIRTH (YYMMDD) | |
| 6 | RESERVE OBLIG TERM. DATE | Year 00 / Month 00 / Day 00 |
| 7.a | PLACE OF ENTRY INTO ACTIVE DUTY | MANHATTAN, KS |
| 7.b | HOME OF RECORD AT TIME OF ENTRY | 913 OSAGE, MANHATTAN, KS 66502 |
| 8.a | LAST DUTY ASSIGNMENT AND MAJOR COMMAND | CO A 3/11TH INF REGT TSB USAIS TRADOC TC |
| 8.b | STATION WHERE SEPARATED | FORT BENNING, GEORGIA 31905 |
| 9 | COMMAND TO WHICH TRANSFERRED | 714 MAINT CO (-) KSARNG, TOPEKA, KS 66611 |
| 10 | SGLI COVERAGE | Amount $50,000 |

11. PRIMARY SPECIALTY: 09500 STUDENT OFFICER CANDIDATE//NOTHING FOLLOWS//

12. RECORD OF SERVICE

| | Year(s) | Month(s) | Day(s) |
|---|---|---|---|
| a. Date Entered AD This Period | 90 | 06 | 13 |
| b. Separation Date This Period * | 90 | 08 | 23 |
| c. Net Active Service This Period | 00 | 02 | 11 |
| d. Total Prior Active Service | 08 | 09 | 05 |
| e. Total Prior Inactive Service | 03 | 05 | 29 |
| f. Foreign Service | 00 | 00 | 00 |
| g. Sea Service | 00 | 00 | 00 |
| h. Effective Date of Pay Grade | 87 | 11 | 26 |

13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service): MARKSMANSHIP BADGE RIFLE, M-16//ARMY SERVICE RIBBON//ARMY LAPEL BUTTON//ARMY ACHIEVEMENT MEDAL//ARMY GOOD CONDUCT MEDAL (2D AWARD)//OVERSEAS SERVICE RIBBON (3D AWARD)//NONCOMMISSIONED OFFICER PROFESSIONAL DEVELOPMENT RIBBON-1//NOTHING FOLLOWS//

14. MILITARY EDUCATION: OFFICER CANDIDATE COURSE 5-90 (RESERVE COMPONENT), 10 WEEKS, AUG 90//NOTHING FOLLOWS

15.a. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM: No (X)
15.b. HIGH SCHOOL GRADUATE OR EQUIVALENT: Yes (X)
16. DAYS ACCRUED LEAVE PAID: 6.0
17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION: NA

18. REMARKS: *EFFECTIVE DATE OF COMMISSIONING AS SECOND LIEUTENANT WILL BE 24 AUGUST 1990//NOTHING FOLLOWS.

19.a. MAILING ADDRESS AFTER SEPARATION: 496 TENNEY AVE, CAMPBELL, MAHONING COUNTY, OH 44405
19.b. NEAREST RELATIVE: CECILIA LASSALLE, SAME AS 19A
20. MEMBER REQUESTS COPY 6 BE SENT TO DIR. OF VET AFFAIRS: Yes / No (✓)
21. SIGNATURE OF MEMBER BEING SEPARATED: [signed]
22. OFFICIAL AUTHORIZED TO SIGN: CARLTON J. ROBINSON, SFC, USA, NCOIC, SPC

## SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

23. TYPE OF SEPARATION: DISCHARGE
24. CHARACTER OF SERVICE: HONORABLE
25. SEPARATION AUTHORITY: NGR 600-200, PARA 8-26(c)
26. SEPARATION CODE: NA
27. REENTRY CODE: RE-2
28. NARRATIVE REASON FOR SEPARATION: TO ACCEPT APPOINTMENT AS A COMMISSIONED OFFICER
29. DATES OF TIME LOST DURING THIS PERIOD: NONE
30. MEMBER REQUESTS COPY 4: Initials JLL

DD Form 214, NOV 88      Previous editions are obsolete.      SERVICE - 2

000165

# Oaths of Office



**PRIVACY ACT STATEMENT**
AUTHORITY: Title 32, United States Code, Sections 308 and 312.
PRINCIPAL PURPOSE: Each person appointed as an officer of the National Guard must subscribe to an appointment oath under the provisions of 32 USC 308 and 312.
ROUTINE USES: This form is maintained in the Official Military Personnel File (OMPF)/Officer's Master Personnel Record (MPR) to verify appointment in the Army/Air National Guard and as a Reserve of the Army/Air Force officer.
DISCLOSURE: Voluntary. Failure to provide SSN could result in a delay in the processing of OMPF/MPR.

## I. NATIONAL GUARD OFFICER

I, **JOSE** (First Name) **LUIS** (Middle Name) **LASSALLE** (Last Name) _____ (SSN) do solemnly swear (or affirm) that I will support and defend the Constitution of the United States and the Constitution of the State (Commonwealth, District, Territory) of **Kansas** against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I will obey orders of the President of the United States and of the Governor of the State (Commonwealth, District, Territory) of **Kansas**; that I make this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the Office of **Second Lieutenant** (Grade) in the **Army** (Army or Air) National Guard of the State (Commonwealth, District, Territory) of **Kansas** upon which I am about to enter, So help me God.

_(Signature in Full)_

## II. TEMPORARY FEDERAL RECOGNITION

I, **JOSE** (First Name) **LUIS** (Middle Name) **LASSALLE** (Last Name) _____ (SSN) having been granted temporary Federal recognition in the grade of **Second Lieutenant**, **Army** (Army or Air) National Guard of the State (Commonwealth, District, Territory) of **Kansas** do solemnly swear (or affirm) that during such temporary Federal recognition I will perform all Federal duties as if I had been appointed as a Reserve Officer of the **Army** (Army or Air Force).

_(Signature in Full)_

## III. AUTHENTICATION

Sworn to and subscribed before me at **Fort Benning, Georgia** this **24th** day of **August**, 19 **90**.

_(Signature)_

**NICHOLAS E. NEAD, CPT, IN, COMMANDING**
(Typed Name, Grade, Component, or Authorized Official Administering Oath(s))

NGB FORM 337   (Replaces NGB Form 337, 15 Jul 54, which will not be used.)

000166

CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES — THIS IS AN IMPORTANT RECORD. SAFEGUARD IT. — ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| Field | Value |
|---|---|
| 1. NAME (Last, First, Middle) | LASSALLE JOSE L |
| 2. DEPARTMENT, COMPONENT AND BRANCH | ARMY/ARNG/IN |
| 3. SOCIAL SECURITY NO. | [redacted] |
| 4.a GRADE, RATE OR RANK | 2LT |
| 4.b PAY GRADE | 01 |
| 5. DATE OF BIRTH (YYMMDD) | [redacted] |
| 6. RESERVE OBLIG. TERM. DATE | Year 00 Month 00 Day 00 |
| 7.a PLACE OF ENTRY INTO ACTIVE DUTY | BRONX, NY |
| 7.b HOME OF RECORD AT TIME OF ENTRY | 440 E. 138TH ST. APT. #5H BRONX, NY 10454 |
| 8.a LAST DUTY ASSIGNMENT AND MAJOR COMMAND | CO D 2/11TH INF REGT TSB USAIS TRADOC TC |
| 8.b STATION WHERE SEPARATED | FORT BENNING, GEORGIA 31905-5010 |
| 9. COMMAND TO WHICH TRANSFERRED | 714TH MAINT CO TOPEKA, KS 66611 |
| 10. SGLI COVERAGE | Amount: $50,000 |

11. PRIMARY SPECIALTY: 11A INFANTRY--4 MOS//NOTHING FOLLOWS

12. RECORD OF SERVICE

| | Year(s) | Month(s) | Day(s) |
|---|---|---|---|
| a. Date Entered AD This Period | 90 | 11 | 25 |
| b. Separation Date This Period | 91 | 03 | 20 |
| c. Net Active Service This Period | 00 | 03 | 26 |
| d. Total Prior Active Service | 08 | 11 | 16 |
| e. Total Prior Inactive Service | 03 | 09 | 00 |
| f. Foreign Service | 00 | 00 | 00 |
| g. Sea Service | 00 | 00 | 00 |
| h. Effective Date of Pay Grade | 90 | 08 | 24 |

13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service)
ARMY SERVICE RIBBON//EXPERT BADGE RIFLE, M-16//GOOD CONDUCT MEDAL (3D) AWARD//ARMY ACHIEVEMENT MEDAL//OVERSEAS SERVICE RIBBON (2D) AWARD//NONCOMMISSIONED OFFICER'S PROFESSIONAL DEVELOPMENT RIBBON//ARMY LAPEL BUTTON//NOTHING FOLLOWS

14. MILITARY EDUCATION: INFANTRY OFFICER BASIC COURSE-2-91, 16 WEEKS, MAR 91//NOTHING FOLLOWS

15.a MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS EDUCATIONAL ASSISTANCE PROGRAM: NA
15.b HIGH SCHOOL GRADUATE OR EQUIVALENT: Yes X
16. DAYS ACCRUED LEAVE PAID: 10.0
17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION: NA

18. REMARKS: NONE//NOTHING FOLLOWS

19.a MAILING ADDRESS AFTER SEPARATION: 440 E. 138TH ST. APT. #5H, BRONX, BRONX COUNTY, NY 10454
19.b NEAREST RELATIVE: LUDOVINA ILLAS, ADDRESS SAME AS BLOCK 19A

20. MEMBER REQUESTS COPY 6 SENT TO: PH    DIR. OF VET AFFAIRS: Yes
21. SIGNATURE OF MEMBER BEING SEPARATED: [signed]
22. OFFICIAL AUTHORIZED TO SIGN: JAMES P. TOOMEY, 1LT, AG, CHIEF, STU PROC CTR

SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

23. TYPE OF SEPARATION: RELIEF FROM ADT
24. CHARACTER OF SERVICE: HONORABLE
25. SEPARATION AUTHORITY: SELF-TERM. ORDER#237-074 IOBC 901109
26. SEPARATION CODE: NA
27. REENTRY CODE: NA
28. NARRATIVE REASON FOR SEPARATION: COMPLETION OF PERIOD OF ADT
29. DATES OF TIME LOST DURING THIS PERIOD: NONE
30. MEMBER REQUESTS COPY 4: [initials]

Form 214, NOV 88    Previous editions are obsolete.    SERVICE - 2

000167

# DEPARTMENTS OF THE ARMY AND THE AIR FORCE
## NATIONAL GUARD BUREAU
## REPORT OF SEPARATION AND RECORD OF SERVICE

REPORT OF SEPARATION AND RECORD OF SERVICE IN THE [1] **ARMY** NATIONAL GUARD OF **KANSAS** AND AS A RESERVE OF THE ____

1. Insert either Army or Air.  2. Enlisted personnel only - Insert only Army or Air Force

| 1. LAST NAME - FIRST NAME - MIDDLE NAME | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NUMBER |
|---|---|---|
| LASSALLE, JOSE L. | ARNGUS/KSARNG | |

| 4. DATE OF ENL | YR 87 | MO 11 | DA 26 | 5a. RANK 1LT | 5b. PAY GRADE 02 | 6. DATE OF RANK | YR 93 | MO 08 | DA 23 | 7. DATE OF BIRTH | YR | MO | DA |

| 8a. STATION OR INSTALLATION AT WHICH EFFECTED | 8b. EFFECTIVE DATE | YR 94 | MO 06 | DA 27 |
|---|---|---|---|---|
| HHC (-) 1-635 Armor, 1709 S Airport Rd, Manhattan, KS 66502 | | | | |

| 9. COMMAND TO WHICH TRANSFERRED | 10. RECORD OF SERVICE | YRS | MOS | DAYS |
|---|---|---|---|---|
| 146th Supply Company<br>Ft Totten, NY  11359-1016 | (a) NET SERVICE THIS PERIOD | 06 | 07 | 01 |
| | (b) PRIOR RESERVE COMPONENT SERVICE | 00 | 11 | 12 |
| | (c) PRIOR ACTIVE FEDERAL SERVICE | 08 | 09 | 05 |

| 11. TERMINAL DATE OF RESERVE / MILITARY SERVICE OBLIGATION | YR 11 | MO 08 | DA 18 | (d) TOTAL SERVICE FOR PAY | 16 | 03 | 18 |

12. MILITARY EDUCATION  (Course Title, number of weeks, month and year completed)

PLDC, 4Wks, 8412
Storage SP primary Tech, 52Wks, 1987
OCSRC, 10Wks, 9008
IOBC, 16 Wks, 9103

13. PRIMARY SPECIALTY NUMBER, TITLE AND DATE AWARDED (Additional speciality numbers and titles)

76V, Storage SP, 870420
11A, Infantry Officer, 910320

14. HIGHEST EDUCATION LEVEL SUCCESSFULLY COMPLETED
SECONDARY / HIGH SCHOOL **12** YRS (Gr 1-12)  COLLEGE ____ YRS

15. DECORATIONS, MEDALS, BADGES, COMMENDATIONS, CITATIONS AND CAMPAIGN RIBBONS AWARDED THIS PERIOD (State Awards may be included)

Army Lapel Button/ASR/OSR(2)/AAM/GCMDL(2)/NCOPD RBN

| 16. SERVICEMAN'S GROUP LIFE INSURANCE COV | 17. PERSONNEL SECURITY INVESTIGATION | |
|---|---|---|
| [X] YES [ ] NO<br>AMT $200,000 | a. TYPE<br>SECRET | b. DATE COMPLETED<br>900714 |

18. REMARKS

Attended Officer Candidate School (RC) from 900613 - 900823

Attended Infantry Officer Basic Course from 901125 - 910320

| 19. MAILING ADDRESS AFTER SEPARATION (Street, RFD, City, County, State and Zip Code) | 20. SIGNATURE OF PERSON BEING SEPARATED |
|---|---|
| 828 Gerald Ave #3<br>Bronx, NY  10451 | Soldier not available for signature |
| 21. TYPED NAME, GRADE AND TITLE OF AUTHORIZING OFFICER | 22. SIGNATURE OF OFFICER AUTHORIZED TO SIGN |
| MARK T. STEVENS, CPT, AR, Admin Officer | /s/ Mark T. Stevens |

23. AUTHORITY AND REASON
Para 5a(7) NGR 635-100  Enlistment in another Component

| 24. CHARACTER OF SERVICE | 25. TYPE OF CERTIFICATE USED | 26. REENLISTMENT ELIGIBILITY |
|---|---|---|
| HONORABLE | | RE1 |

27. [ ] REQUEST  [ ] DECLINE COPIES OF MY NGB FORM 22  INITIALS ____

NGB FORM 22  1 FEB 83  (Replaces NGB Form 22, dated 15 Oct 76 and NGB Form 22-1, dated 1 Jun 78, which are obsolete)

000168

STATE OF KANSAS
OFFICE OF THE ADJUTANT GENERAL
KANSAS NATIONAL GUARD
TOPEKA, KANSAS 66601-0300

ORDERS 120-001                                    27 June 1994

LASSALLE, JOSE L.  1LT AR HHC (-) 1ST BN 635TH
AR KSARNG 1709 S AIRPORT RD MANHATTAN, KS 66502-9795

You are separated from the Army National Guard on date
indicated and assigned as indicated on date immediately
following.

Effective date: 27 June 1994
Type of separation: HONORABLE
Relieved from:   Officer Overstrength, 00A00, PARA 999J, LINE
  990
Transferred to:  Cdr, ARPERCEN USAR Cont'l Gp (Reinf), 9700
  Page Blvd., St. Louis, MO 63132-5200 with further
  assignment to (TROOP UNIT) 146TH SUPPLY COMPANY, FT. TOTTEN,
  NY 11359-1016

Additional instructions: Upon termination of Federal
  recognition, you become a member of the USAR under the
  provisions of Title 10, USC 3352(b).  Records outlined in
  NGB 640-100/NGB Pam 37-104-3 will be forwarded by the
  records custodian to arrive in this office no later than
  fifteen (15) days from the date of this order.
  SIDPERS Code GA

FOR ARNG/ARMY USE
Auth: Para 5a(7) NGR 635-100; Confirms VOTAG KS N/A
HOR: 828 Gerard Ave, Apt. #3, Bronx, NY 10451
Format: 570

FOR THE ADJUTANT GENERAL:

                                    \\\\\\\\\\\\\V//////////
                                    \\    HQ, KSARNG      //
                                    \\    OFFICIAL        //
                                    \\\\\\\\\\\\\V//////////
DISTRIBUTION:                       MALEN E. DOWSE
1 - AGKS-DOIM-ASB                   LTC, GS, KSARNG
1 - Indiv Indic                     MILITARY PERSONNEL OFFICER
1 - AGKS-PA
1 - AGKS-DOP-RPAS (SFC Wipperman)
1 - NGB-ARP-CO
3 - HQ 1ST BN 635TH AR   KSARNG
1 - HQ 69TH BDE   KSARNG

000169