DEPARTMENT OF THE ARMY
Headquarters, 77th Regional Support Command
Fort Totten, Flushing, New York 11359-1016

ORDERS: 100-47    AFRC-CNY-PR-R    9 April 1996

TRANSFERS AMONG RESERVE COMPONENTS, CONTROL GROUPS, OR UNIT

LASSALLE, JOSE L                                             1LT
440 EAST 138TH STREET #5H
BRONX, NY 10454-0000

You are assigned in the Reserve as indicated below:

Relieved from: 146TH QUARTERMASTER COMPANY, WS68AA, FORT TOTTEN BLDG 637, FLUSHING, NY 11359-1016

Reason: Reassignment between Troop Program Units

Assigned to: 146TH QUARTERMASTER COMPANY, WS68U1, FORT TOTTEN BLDG 637 PERISH SUB TM, FLUSHING, NY 11359-1016

Effective date: 9 April 1996
Additional instructions:
(a) Losing Unit UIC: WS68AA
(b) Losing Unit Payroll Number: 153
(c) Losing Unit Input Station Number: 876
(d) OER will be completed and distributed IAW AR 623-105.
(e) Position Number: 0930

FOR ARMY USE:
Auth: AR 140-10 L1
Asgd to Mgt Dsg: 92G00
Basic Br: AR
Con Specialty: Not Applicable
Proj Specialty: Not Applicable
Format: 450

FOR THE COMMANDER:

MORRIS GOLDMAN
Command Executive
Officer (CXO)

DISTRIBUTION:
Indiv (1)
Losing Unit's MSC (2)
Gaining Unit's MSC (2)
Rec/Ref File (1)
SIDPERS (1)

000170

CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES
THIS IS AN IMPORTANT RECORD. SAFEGUARD IT.
ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID

# CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| # | Field | Value |
|---|---|---|
| 1 | NAME (Last, First, Middle) | LASSALLE, JOSE LUIS |
| 2 | DEPARTMENT, COMPONENT AND BRANCH | ARMY/USAR/YN |
| 3 | SOCIAL SECURITY NO. | |
| 4.a | GRADE, RATE OR RANK | 1LT |
| 4.b | PAY GRADE | 02 |
| 5 | DATE OF BIRTH (YYMMDD) | |
| 6 | RESERVE OBLIG. TERM. DATE | Year 00 Month 00 Day 00 |
| 7.a | PLACE OF ENTRY INTO ACTIVE DUTY | FORT WADSWORTH, NY |
| 7.b | HOME OF RECORD AT TIME OF ENTRY | BRONX, NY |
| 8.a | LAST DUTY ASSIGNMENT AND MAJOR COMMAND | HQ'S JTF 411 NH 97, PANAMA FB |
| 8.b | STATION WHERE SEPARATED | FORT DIX, NEW JERSEY 08640-5130 |
| 9 | COMMAND TO WHICH TRANSFERRED | 146TH QM CO FORT TOTTEN, NY 11359-1016 |
| 10 | SGLI COVERAGE | Amount: $200,000.00 |

**11. PRIMARY SPECIALTY** (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.)
92A000000 QUARTERMASTER OFFICER--3 YRS-2 MOS//NOTHING FOLLOWS

**12. RECORD OF SERVICE**

| | Year(s) | Month(s) | Day(s) |
|---|---|---|---|
| a. Date Entered AD This Period | 96 | 10 | 10 |
| b. Separation Date This Period | 97 | 09 | 29 |
| c. Net Active Service This Period | 00 | 11 | 20 |
| d. Total Prior Active Service | 09 | 07 | 11 |
| e. Total Prior Inactive Service | 08 | 11 | 21 |
| f. Foreign Service | 00 | 00 | 00 |
| g. Sea Service | 00 | 00 | 00 |
| h. Effective Date of Pay Grade | 93 | 08 | 23 |

**13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED** (All periods of service)
ARMY ACHIEVEMENT MEDAL//GOOD CONDUCT MEDAL 2ND AWD//NATIONAL DEFENSE SERVICE MEDAL//ARMY RESERVE COMPONENTS ACHIEVEMENT MEDAL//NCO PROFESSIONAL DEVELOPMENT RIBBON//ARMY SERVICE RIBBON//OVERSEAS SERVICE RIBBON W/NUM 3//ARMY RESERVE COMPONENT OVERSEAS TRAINING RIBBON W/ NUM 4-//MARKSMAN MARKSMANSHIP BADGE RIFLE, M-16//NOTHING FOLLOWS

**14. MILITARY EDUCATION** (Course title, number of weeks, and month and year completed)
NONE//NOTHING FOLLOWS

**15.a** MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM — NO (X)
**15.b** HIGH SCHOOL GRADUATE OR EQUIVALENT — YES (X)
**16.** DAYS ACCRUED LEAVE PAID — NONE
**17.** MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION — Yes (X)

**18. REMARKS**
SUBJECT TO ACTIVE DUTY RECALL AND/OR ANNUAL SCREENING//DD FORM 214 ADMINISTRATIVELY ISSUED ON 970929//ITEM 12D ABOVE DOES NOT ACCOUNT FOR ACTIVE DUTY FOR TRAINING THIS SOLDIER MAY HAVE PRIOR TO DATE ENTERED IN ITEM 12A//SERVICE IN PANAMA 18 JAN 1997 TO 24 MAY 1997//INDIVIDUAL COMPLETED PERIOD FOR WHICH ORDERED TO ACTIVE DUTY FOR PURPOSE OF POST-SERVICE BENEFITS AND ENTITLEMENTS// MEMBER HAS COMPLETED FIRST FULL TERM OF SERVICE.// DATA HEREIN SUBJECT TO COMPUTER MATCHING WITHIN THE DOD OR WITH OTHER AGENCIES FOR VERIFICATION PURPOSES AND DETERMINING ELIGIBILITY OR COMPLIANCE FOR FEDERAL BENEFITS.// NOTHING FOLLOWS//

**19.a MAILING ADDRESS AFTER SEPARATION** (Include Zip Code)
440 EAST 138TH ST APT 5-H
BRONX, NY 10454

**19.b NEAREST RELATIVE** (Name and address, include Zip Code)
LUDOVINA ILLAS
"SAME AS ABOVE"

**20.** MEMBER REQUESTS COPY 6 BE SENT TO NY DIR OF VET AFFAIRS — Yes
**21. SIGNATURE OF MEMBER BEING SEPARATED**
SOLDIER NOT AVAILABLE TO SIGN

**22. OFFICIAL AUTHORIZED TO SIGN** (Typed name, grade, title and signature)
THOMAS W. D'ABROSCA, DIRECTOR MIL PERSONNEL

---

**SPECIAL ADDITIONAL INFORMATION** (For use by authorized agencies only)

| # | Field | Value |
|---|---|---|
| 23 | TYPE OF SEPARATION | RELEASE FROM ACTIVE DUTY |
| 24 | CHARACTER OF SERVICE (Include upgrades) | HONORABLE |
| 25 | SEPARATION AUTHORITY | AR 600-8-24, PARA 2-7 |
| 26 | SEPARATION CODE | MBK |
| 27 | REENTRY CODE | NA |
| 28 | NARRATIVE REASON FOR SEPARATION | COMPLETION OF REQUIRED ACTIVE SERVICE |
| 29 | DATES OF TIME LOST DURING THIS PERIOD | NONE |
| 30 | MEMBER REQUESTS COPY 4 | Initials _____ |

DD Form 214, NOV 88    Previous editions are obsolete.    SERVICE-7

DEPARTMENT OF THE ARMY
77TH REGIONAL SUPPORT COMMAND
BUILDING 200
FORT TOTTEN, NEW YORK 11359-1016

ORDERS 277-18                                                4 October 1997

LASSALLE JOSE LUIS                                           1LT
440 EAST 138TH ST APT 5H                                     146TH QM CO(PERISH) ( WS68U1 )
BRONX NY 10454-0000                                          FORT TOTTEN NY 11359-1016

You are reassigned in the reserve as shown below.

Released From:   146TH QM CO(PERISH) ( WS68U1 )
                 BLDG 330A
                 FORT TOTTEN NY   11359-1016

Reason:          CONCURRENCE OF CDRS - WITHIN MUSARC
Assigned To:     142ND T C DET (MCT) (WS13AA)
                 BLDG 200, FT. TOTTEN
                 FLUSHING NY   11359-1016

Effective Date: 04 October 1997
Additional instructions: POSN 0050 PARA 101 LINE 07 DMOS 92A00 DMOSQ Q

FOR ARMY USE:
Auth: AR 140-10 para 2-7b(2) L1
Asgd to mgt dsg: NA
Basic Br: NA
Con Br: NA
Con speciality: NA
Prog specialty: NA
Format: 450

FOR THE COMMANDER:

```
***************************
*       OFFICIAL          *
*       77TH RSC          *
***************************
```

PAUL M SILVERMAN
GS12
ASSISTANT ADJUTANT

DISTRIBUTION:
INDIVIDUAL CONCERNED (1)
SIDPERS-USAR (1)
LOSING UNIT CONCERNED (1)
LOSING MSC CONCERNED (1)
GAINING UNIT (1)
GAINING MSC (1)
RSC CONCERNED (1)

DEPARTMENT OF THE ARMY
U. S. ARMY RESERVE PERSONNEL COMMAND
9700 PAGE AVENUE
ST. LOUIS, MO 63132-5200

ARPC-ARO-A514                                                                                  15 JANUARY 1998
ORDERS R-01-000253

LASSALLE JOSE L                                                                          LTC IN
12758 ELM STREET                                                                     USAR CON GP (AGR)
FORT DIX, NJ  08640-0000

YOU ARE ORDERED TO ACTIVE DUTY IN ACTIVE GUARD/RESERVE STATUS IN THE GRADE OF RANK SHOWN ABOVE
FOR THE PERIOD SHOWN BELOW. YOU WILL PROCEED FROM YOUR CURRENT LOCATION IN TIME TO REPORT ON THE DATE
SHOWN BELOW.

REPORT TO: 402 CA BN (GP) (WRTCTO) 2393 COLVIN BLVD, TONAWANDA, NY 14150-4411
REPORTING DATE: 09 Mar 98        ATTACHED TO: SAME AS REPORT TO
PERIOD (ACTIVE DUTY COMMITMENT): 3 YEARS
PURPOSE: ASST S3 (PARA 321D, LN 01)
TDY ENROUTE AT: ARRTC FT MCCOY, WI
TDY REPORTING DATE: 22 Feb 98
PERIOD OF TDY: 22 FEB 98 - 6 MAR 98
PURPOSE OF TDY: TO ATTEND AGRET.

ADDITIONAL INSTRUCTIONS:  (A)  TRAVEL BY TWO PRIVATELY OWNED VEHICLES IS AUTHORIZED.  (B)  YOU ARE AUTHORIZED
SHIPMENT OF HOUSEHOLDS GOODS IAW CHAP 5, VOL 1, JFTR.  (C)  YOU ARE REQUIRED TO REPORT TO THE FAMILY
HOUSING/HOUSING REFERRAL OFFICE BEFORE YOU MAKE ARRANGEMENTS FOR RENTING, LEASING, OR PURCHASING ANY
OFF-POST HOUSING.  (D)  YOU ARE A MEMBER OF THE SELECTED RESERVE, THEREFORE, IN THE EVENT YOUR USAR UNIT
IS ORDERED TO ACTIVE DUTY OR MOBILIZED YOU ARE IMMEDIATELY ASSIGNED TO THAT UNIT AND CONSIDERED A UNIT
MEMBER FOR ALL PURPOSES.  THIS ASSIGNMENT REMAINS IN EFFECT FOR THE DURATION OF THIS ARPERCEN ORDER.
(E)  YOU WILL HANDCARRY YOUR MPRJ, HEALTH, AND CLOTHING RECORDS TO FT MCCOY, WI.  (F)  YOU MUST REPORT
TO: POST BILLETING, BLDG. 2168, FT. MCCOY, WI FOR BILLETING AT YOUR TDY SITE.  (G)  WHILE YOU ARE IN
A STUDENT STATUS UCMJ, ADMINISTRATION, RATIONS, AND BILLETS AUTHORIZATION AND RESPONSIBILITY IS:  ARRTC,
FT. MCCOY, WI.  GOVERNMENT QUARTERS & MESS ARE AVAILABLE AND WILL BE UTILIZED.  (H)  POV IN AND AROUND
MILEAGE NOT AUTHORIZED AT TDY STATION.  (I)  YOU ARE RESPONSIBLE FOR REPORTING TO YOUR DUTY STATION/SCHOOL
IN SATISFACTORY PHYSICAL CONDITION, ABLE TO PASS THE APFT AND MEET WEIGHT STANDARDS.  (J)  YOU WILL COMPLETE
YOUR MILITARY PHYSICAL EXAMINATION AS REQUIRED AND OBTAIN A HIV TEST FROM A MILITARY FACILITY EN ROUTE
TO OR IMMEDIATELY UPON ARRIVAL TO YOUR OFFICIAL DUTY STATION.  IF FOUND NOT IN COMPLIANCE WITH AR 135-18,
TABLE 2-1, THE UNEXECUTED PORTION OF THESE ORDERS WILL BE RESCINDED AND YOU WILL BE RETURNED TO YOUR
PREVIOUS ASSIGNMENT.  IF CONFIRMED HIV POSITIVE, OR HIV NEGATIVE RESULTS ARE NOT COMMUNICATED THROUGH
ESTABLISHED MEDICAL CHANNELS TO THE ORDERS ISSUING AUTHORITY WITHIN THE FIRST 29 DAYS INCLUDING TRAVEL
TIME, THESE ORDERS WILL TERMINATE.  (K)  PRIOR TO INITIATING TRAVEL TO FT. MCCOY YOU ARE REQUIRED TO
CONTACT THE AGR INPROCESSING BRANCH AT (608) 388-7259/7260 OR DSN: 280-7259/7260.  (L)  PER AR 600-8-11,
CHAPTER 4, SOLDIER IS AUTHORIZED TRAVEL FROM TDY SITE TO POINT OF ENTRY EN ROUTE TO PERMANENT DUTY STATION.
(M)  DEPENDENT TRAVEL TO NEW PERMANENT DUTY STATION IS AUTHORIZED IAW CHAP 5, VOL 1, JFTR.  (N)  YOU
MUST MAKE ARRANGEMENTS FOR YOUR DEPENDENT(S) HOUSING PRIOR TO DEPARTURE TO YOUR TDY STATION.  YOU ARE
NOT AUTHORIZED MOVEMENT OF YOUR DEPENDENT(S) AND HOUSEHOLD GOODS AT GOVERNMENT EXPENSE TO YOUR TDY STATION.

FOR ARMY USE: AUTHORITY:  TITLE 10 USC 12301(D) (DO NOT ACCESS INTO THE STRENGTH OF THE ACTIVE ARMY)
ACCT CLASS: 2182070 23-6100 P4H10 1000 (1198-1199-1210-1250-21P3-21P4-21T1-21T2-22N*) S99999
SCTY CL: NONE DOR: 23 Aug 93 PMOS/SSI: 11A00 PEBD: 08 Mar 78 HOR:       DMOS/SSI: 38A00
MPRJ RESP: W4MQAA FTSMD, 9700 PAGE AVE, ST LOUIS, MO
UCMJ RESP: W1DCAA CDR, USATC & FT DIX, FT DIX, NJ
FORMAT 174

FOR THE COMMANDER
                        *****************
                        *  AR-PERSCOM   *      W. BRUCE PITTMAN
                        *   OFFICIAL    *      COLONEL, GS
                        *****************      DIRECTOR

DISTRIBUTION:
1-CDR, 402 CA BN (GP), 2393 COLVIN BLVD TONAWANDA, NY 14150-4411
1-CDR, USASOC, ATTN: AORA-AP, BLDG 2609, FT BRAGG, NC 28307
1-CMDT, ARRTC, ATTN: AFRC-RTC-HD, 50 SOUTH O STREET, FT MCCOY, WI 54656-5137
1-CDR, CHIEF HOUSING DIV, BLDG 2168, FT MCCOY, WI 54656-5000
1-MPRJ, FTSMD, 9700 PAGE AVE, ST. LOUIS, MO 63132-5200

```
                        DEPARTMENT OF THE ARMY
                     77TH REGIONAL SUPPORT COMMAND
                              BUILDING 200
                      FORT TOTTEN, NEW YORK  11359-1016

ORDERS 035-21                                            4 February 1998

LASSALLE JOSE LUIS                   NO 201 FILES  5840   1LT
440 EAST 138TH ST APT 5H                142ND T C DET (MCT) ( WS13AA )
BRONX NY 10454-0000                     FLUSHING NY 11359-1016


You are reassigned in the reserve as shown below.

Released From:   142ND T C DET (MCT) ( WS13AA )
                 BUILDING 200, FT TOTTEN
                 FLUSHING NY 11359-1016

Reason:          AGR-IRR (OFF/ENL) IRR
Assigned To:     AR-PERSCOM () (W0NJAA)
                 9700 PAGE AVENUE
                 ST LOUIS MO 63132-5200

Effective Date: 21 February 1998
Additional instructions:



FOR ARMY USE:
Auth: AR 140-10/AR 135-18 JT
Asgd to mgt dsg: NA
Basic Br: NA
Con Br: NA
Con speciality: NA
Prog specialty: NA
Format: 450


FOR THE COMMANDER:

                              ***************************
                              *       OFFICIAL          *
                              *       77TH RSC          *
                              ***************************

                              PAUL M SILVERMAN
                              GS12
                              ASSISTANT ADJUTANT

DISTRIBUTION:
INDIVIDUAL CONCERNED (1)
SIDPERS-USAR (1)
LOSING UNIT CONCERNED (1)
LOSING MSC CONCERNED (1)
GAINING UNIT (1)                     NO 201 FILES
GAINING MSC (1)
RSC CONCERNED (1)
```

000174

DEPARTMENT OF THE ARMY
HEADQUARTERS, UNITED STATES ARMY
SPECIAL OPERATIONS COMMAND
FORT BRAGG, NORTH CAROLINA 28307-5200

ORDERS R223-16

11 August 1999
rjl

LASSALLE, JOSE L., [redacted] 1LT, 402ND Civil Affairs Battalion (WRTCAA), 2393 Colvin Blvd, Tonawanda, NY 14150-4414

The following order is revoked or rescinded as shown.

Action: Revoke
So much of: ORDERS R223-9, Headquarters, United States Army Special Operations Command, Fort Bragg, North Carolina 28307-5200, dated 11 August 1999.
Pertaining to: Transfer of LASSALLE, JOSE L., 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, 1LT, 402nd Civil Affairs Battalion (WRTCAA), 2393 Colvin Blvd, Tonawanda, NY 14150-4414
Authority: AR 140-10
PCN: NA
Format: 705

FOR THE COMMANDER:

R. ALAN KING
Chief, Reserve Personnel Division

DSTRIBUTION:
1-Files
1-MPRJ
1-Cdr, 352nd CA CMD
1-Cdr, 402nd CA BN
1-Cdr, AR-PERSCOM, ATTN: ARPC-PR
1-Cdr, AR-PERSCOM, ATTN: ARPC-SFZ
1-Cdr, USASOC, ATTN: AOPE-RPO
1-Cdr, USASOC, ATTN: AOPE-RPS
1-Individual Concerned

000175

DEPARTMENT OF THE ARMY
U.S. ARMY RESERVE PERSONNEL COMMAND
1 RESERVE WAY
St. Louis, MO   63132-5200

ARPC-PSP-0550                                                15 November 1999
ORDERS C-11-701419

LASSALLE, JOSE L., ████████, 1LT, U.S. Army Reserve Personnel Command
(AR-PERSCOM), St. Louis, MO 63132-5200, atch to 402 CA BN (GP) (WRTCTO)
Tonawanda, NY 14150-4411 w/dy SAME

You are released from active duty, not by reason of physical disability, and assigned as indicated on date immediately following release from active duty. Any temporary appointments held are terminated on your effective date of relief from active duty.

Effective date of release from active duty:  22 December 1999
Assigned to:  United States Army Control Group (Reinforcement) Army Reserve Personnel Command, 1 Reserve Way, St Louis MO 63132-5260
Terminal date of Reserve obligation:  Not Applicable
Additional instructions:
  (a) Movement of dependents and household goods to home of record or place of entry on active duty is authorized.
  (b) Dependents: (YES/NO): YES
  (c) You are not required to report physically to your assigned control group; however, you must keep them informed by mail of your address.
  (d) Contact the Retirement Services Officer (RSO) 30 days prior to scheduled separation date or terminal leave.
  (e) Upon completion of transition processing, MPRJ will be forwarded to Commander, AR-PERSCOM, ATTN: ARPC-PRA-R, 1 Reserve Way, St Louis, MO 63132-5200.
  (f) Soldier is not authorized separation pay.
  (g) Transition Assistance Management Program:
      (1) Expiration of Medical: 000420
      (2) Expiration of PX/Commissary: 011221
FOR ARMY USE:
Accounting classification: 2102070 23-6100 P4H30.1100 (1198, 1199, 1210, 1250, 21P3, 21P4, 2230, 257Z) PAFM S99999
HOR: Fort Dix, NJ
P1 EAD or OAD: Fort Dix, NJ
MDC: United States Army Reserve Active Guard Reserve Exempt
Comp: United States Army Reserve Active Guard Reserve
Format: 523

FOR THE COMMANDER:

              **************
              * AR-PERSCOM *         PETER A. CAROZZA
              *  OFFICIAL  *         COL, AG
              **************         Director, Personnel Actions and
                                       Services Center

000176

| CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES | THIS IS AN IMPORTANT RECORD. SAFEGUARD IT. | ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID |

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| 1. NAME (Last, First, Middle) | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NO. |
|---|---|---|
| LASSALLE, JOSE LUIS | ARMY/USAR/CA | |

| 4.a GRADE, RATE, OR RANK | 4.b PAY GRADE | 5. DATE OF BIRTH (YYYYMMDD) | 6. RESERVE OBLIG. TERM. DATE |
|---|---|---|---|
| 1LT | O2 | | Year 0000 Month 00 Day 00 |

| 7.a PLACE OF ENTRY INTO ACTIVE DUTY | 7.b HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) |
|---|---|
| TONAWANDA, NY | 1275 ELM STREET FORT DIX, NJ 08640 |

| 8.a LAST DUTY ASSIGNMENT AND MAJOR COMMAND | 8.b STATION WHERE SEPARATED |
|---|---|
| 402D CA BN (GP) FC | FORT DRUM, NY 13602-5000 |

| 9. COMMAND TO WHICH TRANSFERRED | 10. SGLI COVERAGE ☐ None |
|---|---|
| USAR CRTLGP (REINF) ARPERCEN, 9700 PAGE BLVD, ST LOUIS, MO 63132 | Amount: $ 200,000.00 |

| 11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.) | 12. RECORD OF SERVICE | Year(s) | Month(s) | Day(s) |
|---|---|---|---|---|
| 38A CIVIL AFFAIRS GEN(RC)--1 YRS-1 MOS//11B LIGHT INFANTRY--1 YRS-10 MOS//92A QUARTERMASTER GENERAL--1 YRS-10 MOS//NOTHING FOLLOWS | a. Date entered AD This Period | 1998 | 02 | 22 |
| | b. Separation Date This Period | 1999 | 12 | 22 |
| | c. Net Active Service This Period | 0001 | 10 | 01 |
| | d. Total Prior Active Service | 0010 | 03 | 02 |
| | e. Total Prior Inactive Service | 0009 | 08 | 11 |
| | f. Foreign Service | 0000 | 00 | 00 |
| | g. Sea Service | 0000 | 00 | 00 |
| | h. Effective Date of Pay Grade | 1993 | 08 | 23 |

**13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED** (All periods of service)
ARMY ACHIEVEMENT MEDAL (2ND AWARD)//ARMY GOOD CONDUCT MEDAL (3RD AWARD)//ARMY RESERVE COMPONENTS ACHIEVEMENT MEDAL (2ND AWARD)//NATIONAL DEFENSE SERVICE MEDAL//NONCOMMISSIONED OFFICER'S PROFESSIONAL DEVELOPMENT RIBBON//ARMY SERVICE RIBBON//OVERSEAS SERVICE RIBBON (3RD AWARD)//ARMY RESERVE COMPONENTS OVERSEAS TRAINING RIBBON (4TH AWARD)//CONT IN BLOCK 18.

**14. MILITARY EDUCATION** (Course title, number of weeks and month and year completed)
CIVIL AFFAIRS OFFICERS ADVANCED CRS CORRESPONDENCE PHASE 1 & 11, 2 WEEKS, 1999//QUARTERMASTER OFFICER ADVANCED CRS, 2 WEEKS, 1997//NOTHING FOLLOWS

| 15.a MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERAN'S EDUCATIONAL ASSISTANCE PROGRAM | Yes | No X | 15.b HIGH SCHOOL GRADUATE OR EQUIVALENT | Yes X | No | 16. DAYS ACCRUED LEAVE PAID 53.5 |

| 17. MEMBER WAS PROVIDED A COMPLETE DENTAL EXAM AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | Yes | No X |

**18. REMARKS**
DATA HEREIN SUBJECT TO COMPUTER MATCHING WITHIN DOD OR WITH OTHER AGENCIES FOR VERIFICATION PURPOSES AND DETERMINING ELIGIBILITY OR COMPLIANCE FOR FEDERAL BENEFITS//SUBJECT TO ACTIVE DUTY RECALL, MUSTER DUTY AND/OR ANNUAL SCREENING//MEMBER HAS COMPLETED FIRST FULL TERM OF SERVICE//CONT FROM BLOCK 13: //EXPERT MARKSMANSHIP QUALIFICATION BADGE WITH RIFLE BAR//ARMY LAPEL BUTTON//NOTHING FOLLOWS

| 19.a MAILING ADDRESS AFTER SEPARATION (Include Zip Code) | 19.b NEAREST RELATIVE (Name and address - include Zip Code) DAWN M LASSALLE |
|---|---|
| 156-L GLENHAVEN DRIVE AMHERST, NY 14228 | 156-L GLENHAVEN DRIVE AMHERST, NY 14228 |

| 20. MEMBER REQUESTS COPY 6 BE SENT TO NY DIR OF VET. AFFAIRS | X Yes | No | 22. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title and signature) |
| 21. SIGNATURE OF MEMBER BEING SEPARATED | | | FRANCISCO F. DANTAS, GS9 RSO/CHIEF TC |

### SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

| 23. TYPE OF SEPARATION | 24. CHARACTER OF SERVICE (Include upgrades) |
|---|---|
| RELEASE FROM ACTIVE DUTY | HONORABLE |

| 25. SEPARATION AUTHORITY | 26. SEPARATION CODE | 27. REENTRY CODE |
|---|---|---|
| AR 600-8-24, PARA 2-41 | LGB | NA |

| 28. NARRATIVE REASON FOR SEPARATION |
|---|
| NON-SELECTION, PERMANENT PROMOTION |

| 29. DATES OF TIME LOST DURING THIS PERIOD | 30. MEMBER REQUESTS COPY 4 |
|---|---|
| NONE | JLL Initials |

DD Form 214 AUTOMATED, NOV 88        Previous editions are obsolete.        SERVICE - 2

000177

DEPARTMENT OF THE ARMY
U.S. ARMY RESERVE PERSONNEL COMMAND
1 RESERVE WAY
ST. LOUIS, MO 63132-5200

ARPC-PSRK6-11
ORDERS  0-02-107216                                                12 FEB 2001

LASSALLE, JOSE LUIS            PSRK6        1LT QM 92A   584 88 5840
PO BOX 235                                  USAR CONTROL GROUP (REINF)
MOCA PR 00676 0235

YOU ARE DISCHARGED FROM THE COMPONENT SHOWN.

AUTHORITY: AR 135-175
EFFECTIVE DATE: 09 FEB 2001     VOCO: 09 FEB 2001
COMPONENT: UNITED STATES ARMY RESERVE
TYPE OF DISCHARGE: HONORABLE
ADDITIONAL INSTRUCTIONS: IF RESERVE ID DD FORM 2A (RED) IS IN YOUR POSSESSION
  RETURN IT TO THIS HQS, ATTN: ARPC-ALQ. ALL RESERVE OF THE ARMY AND ARMY OF
  THE UNITED STATES APPTS ARE TERMINATED. OFFICIAL MILITARY PERSONNEL FILE
  (OMPF) IS TRANSFERRED TO THE NATIONAL PERSONNEL RECORDS CENTER ATTN:
  NPRC-MPR 9700 PAGE ST LOUIS, MO 63132-5200 FUTURE INQUIRIES SHOULD BE
  DIRECTED TO THAT OFFICE. AS YOU NO LONGER HAVE ANY MILITARY STATUS, YOUR
  RECORDS ARE NO LONGER HELD BY THE ARMY. REMEMBER TO INCLUDE YOUR FULL NAME,
  SOCIAL SECURITY NUMBER AND ALL PREVIOUS SERVICE NUMBERS SO THAT YOUR RECORD
  CAN BE POSITIVELY IDENTIFIED. PSRK6

FORMAT: 500

***************
* AR-PERSCOM *                          W. BRUCE PITTMAN
*  OFFICIAL  *                          COL, EN
***************                         COMMANDING

DISTRIBUTION: H2     PACKET: 15

000178



**DEPARTMENT OF THE ARMY**
U.S. TOTAL ARMY PERSONNEL COMMAND
9700 PAGE AVENUE
ST. LOUIS, MO 63132-5200

REPLY TO
ATTENTION OF

TAPC-OPD-RD

01 MAY 02

MEMORANDUM FOR

WO1 JOSE L. LASSALLE,
P.O. BOX 235
MOCA, P.R. 00676

A. USAR

B. 001A

SUBJECT: Appointment as a Reserve Warrant Officer of the Army Under Title 10, USC 12201 and 12241

1. By order of the Secretary of the Army, you are appointed as a Reserve warrant officer of the Army effective on your acceptance, in the grade and with the social security number shown in address above.

2. This appointment is for an indefinite term.

3. Execute the enclosed form for oath of office and return promptly to this headquarters, ATTN: TAPC-OPD-RD. Your execution and return of the oath of office constitutes acceptance of your appointment. Prompt action is requested since cancellation of this appointment is required if acceptance is not received within 90 days or as otherwise prescribed. On receipt of the properly executed oath of office, a certificate (DA Form 1290 or DD Form 1A as appropriate) will be forwarded to you. If you do not desire to accept appointment, return this letter with your statement of declination thereon.

4. The component to which you will be assigned after your appointment becomes effective is shown after A above. Your primary MOS is shown after B.

5. After acceptance of this appointment, any change in your permanent home address or a temporary change of address of more than 30 days duration will be reported by you to the custodian of your military personnel records.

FOR THE COMMANDER:

Encl

JAMES R. PETERSON
Chief, Appointments

CF: OMPF
    MPRJ
    TAPC-OPD-RD

DATE OF ACCEPTANCE: 3 May 02

TAPC-SL-FL 1025a, May 99 (Prior editions are obsolete.)

000179

## OATH OF OFFICE - MILITARY PERSONNEL

For use of this form, see AR 135-100, the proponent agency is ODCSPER

### DATA REQUIRED BY THE PRIVACY ACT OF 1974

**AUTHORITY:** 5 USC 3331, 552, 552a; 10 USC 10204.
**PRINCIPAL PURPOSE:** To create a record of the date of acceptance of appointment.
**ROUTINE USES:** Information is used to establish and record the date of acceptance. The SSN is used to identify the member. The date of acceptance of appointment is used in preparing statements of service and computing basic pay data.
**DISCLOSURE:** Completion of form is mandatory. Failure to do so will cause the appointment to be invalid.

### INSTRUCTIONS

INDICATE THE APPOINTMENT FOR WHICH OATH IS BEING EXECUTED BY PLACING AN "X" IN APPROPRIATE BOX. REGULAR ARMY COMMISSIONED OFFICERS WILL ALSO SPECIFY THE BRANCH OF APPOINTMENT WHEN APPOINTED IN A SPECIAL BRANCH.

This form will be executed upon acceptance of appointment as an officer in the Army of the United States. Immediately upon receipt of notice of appointment, the appointee will, in case of acceptance of the appointment, return to the agency from which received, the oath of office (on this form) properly filled in, subscribed and attested. In case of non-acceptance, the notice of appointment will be returned to the agency from which received, (by letter) indicating the fact of non-acceptance.

| COMMISSIONED OFFICERS | WARRANT OFFICERS |
|---|---|
| [ ] REGULAR ARMY _____ (Branch, when so appointed) | [ ] REGULAR ARMY |
| [ ] ARMY OF THE UNITED STATES, WITHOUT COMPONENT | [ ] ARMY OF THE UNITED STATES, WITHOUT COMPONENT |
| [ ] RESERVE COMMISSIONED OFFICER | [X] RESERVE WARRANT OFFICER |

I, **JOSE L. LASSALLE**
  (First Name, Middle Name, Last Name)                                (Social Security Number)

having been appointed an officer in the Army of the United States, as indicated above in the grade of **W01** do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office upon which I am about to enter; SO HELP ME GOD.

_____
(Signature - full name as shown above)

SWORN TO AND SUBSCRIBED BEFORE ME AT • **USARC Ramey, Aguadilla, PR**

THIS **03** DAY OF **May**, **2002**
     (Day)                 (Month)              (Year)

**CPT USAR - OD**                              **Sandra Eu...**
(Grade, component, or office of official administering oath)          (Signature)

### FOR THE EXECUTION OF THE OATH OF OFFICE

1. Whenever any person is elected or appointed to an office of honor or trust under the Government of the United States, he/she is required before entering upon the duties of his/her office, to take and subscribe the oath prescribed by 5 USC 3331.

2. 10 USC 626 and 14309 eliminate the necessity of executing oath on promotion of officers.

3. The oath of office may be taken before any commissioned officer of any component of any Armed Force, whether or not on active duty (10 USC 1031), or before any commissioned warrant officer when acting as an adjutant, assistant adjutant, acting adjutant, or personnel adjutant in any of the Armed Forces (See UCM,

Article 136; 10 USC 936). A commissioned warrant officer administering the oath of office will show his/her title in the block to the left of his/her signature.

4. Oath of office may also be taken before any civil officer who is authorized by the laws of the United States or by the local municipal law to administer oaths, and if so administered by a civil official, the oath must bear the official seal of the person administering the oath, or if a seal is not used by the official, the official's capacity to administer oaths must be certified to under seal by a clerk or court or other proper local official.

DA FORM 71, JUL 1999     EDITION OF DEC 1988 IS OBSOLETE     USAPA V1.00

000180

```
                        DEPARTMENT OF THE ARMY
                   U.S. TOTAL ARMY PERSONNEL COMMAND
                            9700 PAGE AVENUE
                      ST. LOUIS, MISSOURI  63132-5200


TAPC-OPDRA14-RA                                              10 MAY 2002
ORDERS  C-05-212958



 LASSALLE JOSE LUIS              OPDRA14-RA      WO1    001A
 P O BOX 235
 MOCA PR 00676



 YOU ARE REASSIGNED IN THE RESERVE AS INDICATED BELOW.



 RELEASED FROM: NA
 REASON: APPOINTMENT
 ASSIGNED TO: USAR CONTROL GROUP (REINF)
 EFFECTIVE DATE  03 MAY 2002     VOCO DATE CONFIRMED: 03 MAY 2002
 ADDITIONAL INSTRUCTIONS:    SEC CLR: NOT RECORDED
    DOB: 00000000   DORRES: 20020503   PEBD  20020503
    PEBD AND DOR TO BE ADJUSTED.










 AUTHORITY. AR 140-10
 FORMAT:   450



 ****************
 *  PERSCOM   *                 JAMES R  PETERSON
 *  OFFICIAL  *                 CHIEF, APPOINTMENTS
 ****************

 DISTRIBUTION: D5
```

312001 2664

000181

```
                        DEPARTMENT OF THE ARMY
                   U.S. ARMY RESERVE PERSONNEL COMMAND
                             1 RESERVE WAY
                         ST. LOUIS, MO 63132-5200


ARPC-OPMP2-11-0552                                          05 JUN 2002
ORDERS C-06-215125



LASSALLE JOSE LUIS            OPMP2-11-0552    WO1 QM 001A 584 88 5840
P O BOX 235                                    USAR CONTROL GROUP (REINF)
MOCA PR 00676



YOU ARE REASSIGNED IN THE RESERVE AS INDICATED BELOW.



RELEASED FROM: USAR CONTROL GROUP (REINF)
REASON: VOLUNTARY
ASSIGNED TO: 394 QM DET BN SUPL/SE    WSSHAA    104 04 0125
   PO BOX 250469 AGUADILLA PR 00604 0469
EFFECTIVE DATE: 05 JUN 2002
ADDITIONAL INSTRUCTIONS: SEC CLR: INTERIM SECRET
   DOB: 19580720  DORRES: 20020503  PEBD: 20020503
   CURRENT 'HIV' TEST REQUIRED. SM TEL. # 787-235-3257.




AUTHORITY: AR 140-10
FORMAT:    450



***************                    ELTON C. BRUCE
* AR-PERSCOM  *                    COL, AG
*  OFFICIAL   *                    COMMANDING
***************

DISTRIBUTION: G3
1 394 QM DET BN SUPL/SE PO BOX 250469 AGUADILLA PR 00604 0469
1 65TH RSC 1300 AREA FT BUCHANAN PR 00934




COMMANDER
 394 QM DET     BN SUPL/SE
PO BOX 250469
AGUADILLA        PR 00604 0469
```

000182



**DEPARTMENT OF THE ARMY**
HEADQUARTERS, UNITED STATES ARMY RESERVE COMMAND
1401 DESHLER STREET SW
FORT MCPHERSON, GA 30330-2000

REPLY TO
ATTENTION OF:

AFRC-PRP-O (135-155f)                                            3 May 2004

                                                              A: 3 May 2004

MEMORANDUM THRU Deputy Chief of Staff, G-1 (AFRC-CPR-PRP), 65th Regional Readiness Command, Bldg 1307, Fort Buchanan, Puerto Rico 00934-7000

FOR Chief Warrant Officer Two Jose L. Lassalle, ███████, QM, USAR

SUBJECT: Promotion as a Reserve Commissioned Warrant Officer of the Army

1. The Secretary of the Army has reposed special trust and confidence in your patriotism, valor, fidelity, and abilities. In view of these qualities and your demonstrated potential for increased responsibility, you are, therefore, promoted in the United States Army Reserve to the rank shown above.

2. Your promotion pay and allowances are effective on the date of this memorandum or the date shown after A: above, whichever is later. Time in grade for promotion to the next grade will be computed from the date shown after A: above.

3. No acceptance or oath of office as a Reserve commissioned warrant officer is required if one has been previously executed. This promotion is not valid and will be revoked if you are not in a promotable status on the effective date of promotion. Unless you expressly decline, or request delay of this promotion within 60 days, your promotion will be effective as shown after A: above. If a request for delay of promotion beyond the date shown in A: above is approved, the effective date of promotion will be the date you accept promotion during or at the end of the period of authorized delay.

4. If you have not previously executed an oath of office as a Reserve commissioned warrant officer, you must execute the oath of DA Form 71 (Oath of Office, Military Personnel). Check the block for "Reserve Commissioned Officer" since Section 101, Title 10, United States Code, states "commissioned officer" includes a commissioned warrant officer. Submit the original and one copy to the Commander, AR-PERSCOM (ARPC-ARO-R), 1 Reserve Way, St. Louis, MO 63132-5200. Also, provide a copy of the DA Form 71 to the Commander, PERSCOM, Chief, Office of Promotions (Reserve Components) (TAPC-MSL-N), 9700 Page Boulevard, St. Louis, MO 63132-5200. Future USAR chief warrant officer promotions do not require execution of another oath of office.

000183

AFRC-PRP-O
SUBJECT: Promotion as a Reserve Commissioned Warrant Officer of the Army

5. If you were selected by a promotion advisory board, you may apply to the Army Board for Correction of Military Records to request adjustment of your effective date of promotion.

6. Contact Mr. White, (404) 464-8977, to address questions regarding this promotion.

FOR THE COMMANDER:

PATSY K. STEWART
LTC, AG
Assistant Adjutant

CF:
HRC-St. Louis (AHRC-PAP-A)
RCPSO (AFRC-FM-BSR-RM)
OMPF

000184

# OMPF

# GENERAL ADMINISTRATIVE DATA

→
↓

000185

STATE OF KANSAS
OFFICE OF THE ADJUTANT GENERAL
KANSAS NATIONAL GUARD
TOPEKA, KANSAS 66601-0300

ORDERS 112-023                                                                28 May 1991

LASSALLE, JOSE L  ███████  2LT  714th Maint Co(-) KSARNG Topeka, KS 66611-1298

You are transferred as indicated below.

Relieved from:   Excess (00D00) para 999j, ln 99  714th Maint Co(-) KSARNG
                 Topeka, KS 66611-1298
Transferred to:  Platoon Leader (11C00) para 202, ln 01  Det 1 Co A 1st Bn
                 137th IN  KSARNG  Winfield, KS 67156-2329
Effective date:  1 Jun 91
Additional Instructions: You are assigned to position authorized by Para 202 ln 01, vice Original vacancy. DA Form 67-8 for period 900824 - 910531; reason: 04 - Change of Duty will be submitted to this office IAW AR 623-105 NLT 14 Jul 91.

FOR ARNG/ARMY USE
Authority: NGR 600-100, Para 4 6
Format: 465

FOR THE ADJUTANT GENERAL:

\\\\\\\\\\\\\V/////////
\\     HQ, KSARNG      //
\\     OFFICIAL        //
\\\\\\\\\\\\\V/////////
DENNIS E. PETTY
LTC, GS, KSARNG
MILITARY PERSONNEL OFFICER

DISTRIBUTION:
1 - AGKS-DOIM-ASB
1 - AGKS-DOP-O
1 - AGKS-DOP (Bulletin)
1 - AGKS-DOP-PPAB
2 - AGKS-DOP-S
1 - AGKS-SPMO
1 - HGB ARP-CM
1 - Indiv Indic
3 - 714th Maint Co(-) KSARNG
1 - HQ 174th Sup & Svc Bn KSARNG
1 - Det 1 HQ STARC KSARNG
3 - Det 1 Co A 1st Bn 137th IN KSARNG
1 - HQ 1st Bn 137th IN KSARNG
1 - HQ 69th Bde KSARNG

000186

**CORRECTED COPY**

STATE OF KANSAS
OFFICE OF THE ADJUTANT GENERAL
KANSAS NATIONAL GUARD
TOPEKA, KANSAS 66601-0300

ORDERS 006-003                                              9 January 1992

You are reassigned as indicated below.

Effective date: 1 December 1991
Authority: Permanent Orders 63-7, TAG KS dtd 14 August 1991
Assigned to: As indicated            Confirms VOTAG 1 Dec 91
Additional instructions: Vice ORIGINAL VACANCY for each officer assigned to positions as indicated.

Format: 465

| NAME/SSN/GRADE BRANCH | DUTY RELIEVED FROM | TRANSFERRED TO MTOE/TDA POSITION/BRANCH/UNIT |
|---|---|---|
| LASSALLE, JOSE L<br>2LT QM | Platoon Leader<br>11C00 IN 1LT<br>Para 202 ln 01<br>Det 1 Co A 1st Bn 137th IN | Executive Officer<br>11C00 IN 1LT<br>Para 201 ln 02<br>Co A 1st Bn 137th IN |
| QUINTANAR, DAVID J<br>1LT IN | Platoon Leader<br>11C00 IN 1LT<br>Para 202 ln 01<br>Det 1 Co A 1st Bn 137th IN | Platoon Leader<br>11C00 IN 1LT<br>Para 202 ln 01<br>Co A 1st Bn 137th |
| KOBERLEIN, DARREN L<br>2LT IN | Executive Officer<br>11C00 IN 1LT<br>Para 201 ln 02<br>Co C(-) 1st Bn 137th IN | Platoon Leader<br>11C00 IN 1LT<br>Para 202 ln 01<br>Det 1 Co C 1st Bn 137th |
| BUCKNER, REGINALD D<br>2LT IN | Platoon Leader<br>11C00 IN 1LT<br>Para 202 ln 01<br>Co C(-) 1st Bn 137th IN | Platoon Leader<br>11C00 IN 1LT<br>Para 202 ln 05<br>Co C(-) 1st Bn 137th IN |
| WHITEFORD, JAMES A<br>2LT IN | Off-25% Over Strength<br>00A00<br>Para 999J ln 99<br>Co C(-) 1st Bn 137th IN | Off-25% Over Strength<br>00A00<br>Para 999J ln 99<br>HHC(-) 1st Bn 137th IN |
| FURGASON, EARL S<br>2LT IN | Off-25% Over Strength<br>00000<br>Para 999J ln 99<br>Co C(-) 1st Bn 137th IN | Platoon Leader<br>11C00 IN 1LT<br>Para 202 ln 01<br>Det 1 Co C 1st Bn 137th |
| GRANT, TIMOTHY J<br>2LT IN | Platoon Leader<br>11C00 IN 1LT<br>Para 202 ln 01<br>Det 1 Co C 1st Bn 137th IN | Executive Officer<br>11C00 IN 1LT<br>Para 201 ln 02<br>Co C(-) 1st Bn 137th IN |

000187