**CORRECTED COPY**

Order 006-003 TAG KS dtd 9 Jan 92

| NAME/SSN/GRADE BRANCH | DUTY RELIEVED FROM | TRANSFERRED TO MTOE/TDA POSITION/BRANCH/UNIT |
|---|---|---|

FOR THE ADJUTANT GENERAL:

\\\\\\\\\\\\\\\\\\\\\\\\////////////////
\\\\ HQ, KSARNG //
\\\\ OFFICIAL //
\\\\\\\\\\\\\\\\\\\\\\\\////////////////

MALEN E. DOWSE
LTC, FA, KSARNG
MILITARY PERSONNEL OFFICER

DISTRIBUTION:
1 - AGKS-DOIM-ASB
1 - NGB-ARP-CO
1 - Each Indiv Indic
3 - HHC 1st Bn 137th IN KSARNG
3 - Co A(-) 1st Bn 137th IN KSARNG
3 - Det 1 Co A 1st Bn 137th IN KSARNG
3 - Co C(-) 1st Bn 137th IN KSARNG
3 - Det 1 Co C 1st Bn 137th IN KSARNG
3 - Co D 1st Bn 137th IN KSARNG
3 - Co E 1st Bn 137th IN KSARNG
3 - Det 1 Co E 1st Bn 137th IN KSARNG
1 - HQ 1st Bn 137th IN KSARNG
1 - HQ 69th Bde KSARNG

STATE OF KANSAS
OFFICE OF THE ADJUTANT GENERAL
KANSAS NATIONAL GUARD
TOPEKA, KANSAS 66601-0300

ORDERS 067-056 2 April 1992

LASSALLE, JOSE L [redacted] 2LT

You are transferred as indicated below.

Relieved from: Executive Officer (11C00) Para 201, Ln 02 Co A(-) 1st Bn 137th IN KSARNG 2115 Moyle St Augusta, KS 67010-2197
Transferred to: Off-25% Over Strength (00D00) Para 999J, Ln 99 HHC 1st Bn 137th IN KSARNG 3617 S Seneca St Wichita, kS 67217-3412
Effective date: 3 April 1992
Additional Instructions: You are assigned to position authorized by Para 999J Ln 99, vice Original vacancy. DA Form 67-8 for period 910601 - 920402; reason: 04 - Change of Duty will be submitted to this office IAW AR 623-105 NLT 45 days from effective date or date of order whichever is later.

FOR ARNG/ARMY USE
Authority: NGR 600-100, Para 4-6
Format: 465

FOR THE ADJUTANT GENERAL:

HQ, KSARNG
OFFICIAL

MALEN E. DOWSE
LTC, GS, KSARNG
MILITARY PERSONNEL OFFICER

DISTRIBUTION:
1 - AGKS-DOIM-ASB
1 - AGKS-SPMO
1 - NGB-ARP-CO
1 - Indiv Indic
3 - Co A(-) 1st Bn 137th IN KSARNG
1 - HQ 1st Bn 137th IN KSARNG
1 - HQ 69th Bde KSARNG
3 - HHC 1st Bn 137th IN KSARNG

STATE OF KANSAS
OFFICE OF THE ADJUTANT GENERAL
KANSAS NATIONAL GUARD
TOPEKA, KANSAS 66601-0300

ORDERS 252-002

7 December 1992

LASSALLE, JOSE L [redacted] 2LT HHC(-) 1st Bn 635th AR KSARNG 1709 S Airport Rd Manhattan, KS 66502-9795

The following branch transfer concerning you is effective on date indicated.

Transferred to: Armor
Effective date: 7 December 1992

Authority: NGR 600-100, Para 6-6

Additional instructions: Vice SELF, Change of branch. Officer assigned to position authorized by Para 999J, Line 990.

Format: 370

FOR THE ADJUTANT GENERAL:

HQ, KSARNG
OFFICIAL

MALEN E. DOWSE
LTC, GS, KSARNG
MILITARY PERSONNEL OFFICER

DISTRIBUTION:
1 - AGKS-DOIM-ASB
1 - Indiv Indic
1 - NGB-ARP-CO
3 - HHC(-) 1st Bn 635th AR KSARNG
1 - HQ 1st Bn 635th AR KSARNG
1 - HQ 69th Bde KSARNG

LASSALLE

SPECIAL ORDERS
NUMBER 87 AR

DATE
29 November 1993

DEPARTMENTS OF THE ARMY AND THE AIR FORCE
NATIONAL GUARD BUREAU
WASHINGTON, D.C. 20310-2500
EXTRACT

25. Announcement is made of extension of Federal recognition in the Army National Guard for the purpose indicated, TFN individuals who have qualified under section 305 and 307 or Title 32, United States Code.

| NAME, GRADE, BRANCH SN(MOS IF WO) | UNIT & STATE | EFFECTIVE DATE | PURPOSE |
|---|---|---|---|
| CHEEK TERESA D. MAJ TC | HQ STARC TN ARNG TN | 05 NOV 93 | PRM |
| FURLOW DOUGLAS C. 1LT IN | CO B 1ST BN 19TH SF GP ABN UT | 01 JUN 93 | PRM |
| GREER JOHN D. CPT FA | HHB 3D BN 115TH FA TN | 02 NOV 93 | PRM |
| GRUBB NOEL D. 1LT FA | BTRY C 1ST BN 127TH FA KS | 21 DEC 93 | PRM |
| KITCHENS MICHAEL E. 1LT MI | HHC 35TH IN DIV KS | 23 AUG 93 | PRM |
| LASSALLE JOSE L. 1LT AR | HHC 1ST BN 635TH AR KS | 23 AUG 93 | PRM |
| LIERE LARRY J. CW4 920A | HQ STARC ND ARNG ND | 01 NOV 93 | PRM |
| PRICE KEVIN L. CPT EN | HHC 141ST ENGR CBT BN ND | 19 OCT 93 | PRM |
| STENDER WILLIAM H. III CPT EN | BTRY A 1ST BN 203D ADA AL | 10 NOV 93 | PRM |
| STEWART KEVIN M. CPT FA | HHB 3D 115TH FA TN | 02 NOV 93 | PRM |
| STRONG ROBERT L. LTC FA | HHB I CORPS ARTY UT | 01 OCT 93 | PRM |
| TRENDA BRIAN R. CPT EN | HSC 142D ENGR CBT BN ND | 19 OCT 93 | PRM |
| VASQUEZ HECTOR A. CW2 131A | BTRY E TAB 161ST FA KS | 04 NOV 93 | PRM |

BY ORDER OF THE SECRETARIES OF THE ARMY AND THE AIR FORCE:

JOHN B. CONAWAY
Lieutenant General, USAF
Chief, National Guard Bureau

OFFICIAL

OFFICIAL

FRANK C. VAN FLEET
Colonel, GS
Executive, National Guard Bureau

NGB FORM 0122 *(Previous edition obsolete)*
7 FEB 90

# OFFICER RECORD BRIEF (DA Pam 600-8)

CON NO 0502 | BRIEF DATE 99/09/07 | 1LT 19930823 | BASIC/CON BR IN | BR DTL EXPIRES | COMPONENT USAR | SSN | NAME LASSALLE JOSE LUIS

## SECTION I - ASSIGNMENT INFORMATION

OVERSEAS DUTY

| YR MO RTN | COUNTRY | MONTHS | TCS |
|---|---|---|---|
| 9602 | PM | 1 | |
| 8202 | KS | 15 | |
| 8502 | KS | 12 | |
| 8610 | RQ | 14 | |
| 9706 | PM | 6 | |

NUMBER OF OS TOURS: SHORT / LONG

DROS / DEROS

CONUS DEPARTURE DATE

DATE DEPENDENTS ARRIVED OS

SPECIALTY/MOS DATA

11A00

ADDITIONAL SSI MOS

ASI DATA

SPECIALTIES

PREV DESIGNATED SPEC 1

PREV DESIGNATED SPEC 2

CONTROL SPECIALTY

PROJECTED SPECIALTY

FAO GEOG AREA

AVIATOR/GUNNERY QUALIFICATIONS

ASED

TOFDC AS OF

| PILOT STATUS | AIRCRAFT | QUAL | AIRCRAFT | QUAL | AIRCRAFT | QUAL | AIRCRAFT | QUAL |
|---|---|---|---|---|---|---|---|---|
| INST CERT | | | | | | | | |
| G/T COURSES | | | | | | | | |
| RATING DATE | | | | | | | | |

GUNNERY SYSTEMS

## SECTION II - SECURITY DATA

SCTY CLEARANCE SECRET

COMPL DATE OF SCTY INVES 19801023

TYPE/COMP OF SCTY INVES NAC

## SECTION V - FOREIGN LANGUAGE

| LANGUAGE | READ | LISTEN |
|---|---|---|
| SPANISH | 30 | 26 |

DLAT

## SECTION VI - MILITARY EDUCATION

NEL F 1

| COURSE | YEAR |
|---|---|
| CAOAC | 1999 |
| QM OAC | 1997 |
| IOBC | 1991 |

## SECTION III - SERVICE DATA

| PEBD | CURRENT PPS | EAD CURRENT TOUR |
|---|---|---|
| 19780306 | | 19980222 |

| BASIC DATE OF APT | BASIC YR GP | SOURCE OF ORIG APT |
|---|---|---|
| 19900823 | | OCS-AOCS-OTS |

| MONTHS DAYS AFCS | MO AFS | TYPE OF ORIG APT |
|---|---|---|
| | 128 | |

| CURR SVC AGRMT/EXPIR DATE | DATE OF PROJ/MAND RET |
|---|---|
| | 20110816 |

| | 1LT-WO1 | 1LT-CW2 | CPT-CW3 | MAJ-CW4 |
|---|---|---|---|---|
| TDOR | | | | |
| PDOR | 19900823 | 19930823 | | |

| | LTC | COL | BG | MG |
|---|---|---|---|---|
| TDOR | | | | |
| PDOR | | | | |

| | LTG | | GEN | |
|---|---|---|---|---|
| TDOR | | | | |

## SECTION IV - PERSONAL/FAMILY DATA

DATE OF BIRTH: [redacted] | BIRTHPLACE: PR

COUNTRY OF CIT: US | SEX/RACE: M X

NO. DEPENDENT: ADULTS/CHILDREN 1/4 | RELIGION: ROMAN-CATH

MARITAL STATUS: MARRIED | SPOUSE BIRTHPLACE/CIT: KS US US

PULHES/DATE: 111111 19981008 | HEIGHT/WEIGHT: 67 / 168

HOME OF RECORD AT EAD: NJ

MAILING ADDRESS:
156 L GLENHAVEN DRIVE
AMHERST
NY 142280000

## SECTION VII - CIVILIAN EDUCATION

CEL F

INSTITUTION UNIVERSITY OF THE STATE OF NEW YORK,
DISCIPLINE ARTS LIBERAL DEG BS YR 1998

INSTITUTION
DISCIPLINE DEG YR

INSTITUTION
DISCIPLINE DEG YR

## SECTION VIII - AWARDS AND DECORATIONS

| | | | |
|---|---|---|---|
| AAM | 2 | OS-SVC-RBN | 3 |
| GCMDL-ARMY | 2 | ARCOTR | 4 |
| AR-COMP-ACHVMT-MDL | 1 | | |
| NTL-DEF-SVC-MDL | 1 | | |
| NCO-PROF-DEV-RBN | 1 | | |
| ARMY-SVC-RBN | | | |

## SECTION X - REMARKS

HOME PHONE: (716) 691-6187

DUTY PHONE: 7168937810

DATE LAST PHOTO: 19981017

## SECTION IX - ASSIGNMENT HISTORY

DATE OF AVAILABILITY | DATE OF LAST PCS 19980222 | DATE OF LAST OER 19970929 | ORG ZIP CODE 141504411

| ASGT | FROM DATE | MO | UNIT ID | ORGANIZATION | STATION | LOC | COMD | DUTY TITLE | DMOS |
|---|---|---|---|---|---|---|---|---|---|
| PROJ | | | | | | | | | |
| CURRENT | 980222 | | 0402 | CA BN | TONAWANDA | NY | ABOC | ASST S3 | 38A00 |
| 1ST PREV | 970930 | 5 | 0146 | QM CO | FT TOTTEN | NY | 0077 | ASSIGNED OVERSTRENGTH | 00D00 |
| 2ND PREV | 961010 | 12 | | JTF 411 | PANAMA CITY | PM | FORS | PROPERTY BOOK OFFICER | 92A00 |
| 3RD PREV | 940809 | 26 | 0146 | SUPPLY COMPANY | FT TOTTEN | NY | 0077 | PLATOON LEADER | 92A00 |
| 4TH PREV | 940404 | 4 | | ARPERCEN | ST LOUIS | MO | ARPC | USAR CON GP (REINF) | |
| 5TH PREV | 920403 | 24 | 0635 | AR 1 BN | MANHATTAN | NY | ARNG | ASSIGNED OVERSTRENGTH | 12B00 |
| 6TH PREV | 911201 | 4 | 0137 | INF 1 BN CO A | WICHITA | KS | ARNG | EXECUTIVE OFFICER | 11C00 |
| 7TH PREV | 910601 | 6 | 0137 | INF 1 BN CO A | WICHITA | KS | ARNG | PLATOON LEADER | 11C00 |
| 8TH PREV | 900823 | 9 | 0714 | MAINT CO | TOPEKA | KS | ARNG | ASSIGNED OVERSTRENGTH | 00D00 |
| 9TH PREV | | | | | | | | | |
| 10TH PREV | | | | | | | | | |
| 11TH PREV | | | | | | | | | |
| 12TH PREV | | | | | | | | | |
| 13TH PREV | | | | | | | | | |
| 14TH PREV | | | | | | | | | |
| 15TH PREV | | | | | | | | | |
| 16TH PREV | | | | | | | | | |
| 17TH PREV | | | | | | | | | |
| 18TH PREV | | | | | | | | | |
| 19TH PREV | | | | | | | | | |

DA FORM 4037-E, FEB 96 — PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE — For detailed explanations of data items see Procedure 5-1 DA Pam 600-8

584-88-58[illegible]

# OFFICER RECORD BRIEF (DA Pam 600-8)

## SECTION I - ASSIGNMENT INFORMATION

| | | | |
|---|---|---|---|
| 9707 | PANA | 5 | |
| 9506 | PANA | | |
| 9702 | PANA | 15 | |
| 9710 | PR | 14 | |
| 8504 | KOREA | 12 | |
| 8302 | KOREA | 16 | |

950825

11D00, 92A00 | 38A00

## SECTION II - SECURITY DATA

SECURITY CLEARANCE: SECRET

19900920

NAC

## SECTION V - FOREIGN LANGUAGE

| LANGUAGE | | |
|---|---|---|
| SPANISH | NATIVE | NATIVE |

## SECTION VI - MILITARY EDUCATION

| COURSE | YEAR |
|---|---|
| CA - OAC | 99 |
| ATRRS | 98 |
| QM-OAC | 97 |
| IOBC | 91 |
| OCS | 90 |

## SECTION III - SERVICE DATA

780106

900823

20MAR | FY07

OCS

USAR

010312 | 120906

930823 | 830823

## SECTION VII - CIVILIAN EDUCATION

METROPOLITAN UNIV. — MARKETING — DEG MBA

REGENTS COLLEGE — BACHELOR OF SCIENCE — DEG BS

## SECTION VIII - AWARDS AND DECORATIONS

AREOM — RAM 2

GCM 2

NCOPDR

OSR 3

ARCAM

ROTR 3

## SECTION IV - PERSONAL/FAMILY DATA

PUERTO RICO

US — WHISP

MARRIED — TOPEKA KS

P.O. Box 235

Moca, PR 00676

## SECTION IX - REMARKS

HPN (787) 262-1637

WPN (787) 262-1637

DATE OF LAST PHOTO: [illegible]

## SECTION X - ASSIGNMENT HISTORY

19960316 | 19891222

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 9611 | 22 | 4020 | Civil Affairs Bn | Tonawanda | NY | 362 | Asst. S-3 | 38A00 |
| 9610 | 12 | JTF41 | Joint Task Force 411 | Ft Dix | NJ | 77 | Property Book Officer | 92B00 |
| 9409 | 25 | 1401h | Quartermaster Company (SS) | Ft Totten | NY | 77 | Platoon Leader/XO | 92A00 |
| 9404 | 04 | | ARPERCEN | St Louis | MO | | IRR | 11D00 |
| 9204 | 24 | HHD | 1st Bn, 635th Armor | Manhattan | KS | NG | Asst.S-3 (25% overstrength) | 12B00 |
| 9112 | 04 | 1/137 | 1st Bn, 137th IN, 69th Bde | Wichita | KS | NG | XO | 11D00 |
| 9108 | 06 | 1/137 | 1st Bn, 137th IN, 69th Bde | Wichita | KS | NG | Platoon Leader | 11D00 |
| 9005 | 10 | 714th | Maintenance CO(-) | Topeka | KS | NG | OCS / OBC | 11B00 |

REVIEWED:

SIGNATURE: [signature]

DATE: 30 Oct [illegible]

DA FORM 4037, JUL 82 — PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE

# APPLICATION FOR APPOINTMENT

For use of this form, see AR 135-100, AR 145-1, AR 351-5, and AR 601-100; the proponent agency is DCSPER

**DATA REQUIRED BY THE PRIVACY ACT OF 1974**

**AUTHORITY:** Title 10 United States Code, Section 3012 (Title 5 United States Code, Section 5620)

**PRINCIPAL PURPOSE:** To obtain an appointment as a commissioned or warrant officer in the Regular Army or Army Reserve, or to obtain selection to attend the US Army Officer Candidate School.

**ROUTINE USES:** Basis for determination of qualifications and background information for eligibility for consideration for appointment as a Regular Army or Army Reserve commissioned/warrant officer or for selection for attendance at the US Army Officer Candidate School.

**DISCLOSURE:** Disclosure of information requested in DA Form 61 is voluntary. Failure to provide the required information will result in non-acceptability of the application.

1. TYPE OF APPOINTMENT FOR WHICH APPLICATION IS SUBMITTED
- [ ] COMMISSIONED OFFICER - REGULAR ARMY
- [ ] COMMISSIONED OFFICER - ARMY RESERVE
- [ ] WARRANT OFFICER - REGULAR ARMY
- [X] WARRANT OFFICER - ARMY RESERVE
- [ ] OFFICER CANDIDATE SCHOOL

2. GOVERNING REGULATION OR CIRCULAR *(Specify appropriate section(s) if applicable)*: AR 135-100

3. GRADE FOR WHICH APPLYING *(Reserve appointments only)*: WO-2

4. SOURCE OF APPLICATION *(ROTC only)*: DMG | DATE DESIGNATED: | SCHOLARSHIP - ENTER 1, 2, 3 OR 4 YEARS:

5. ONLY FOR APPLICANTS FOR APPOINTMENT AS WARRANT OFFICERS *(List choice by MOS code and title)*

| a. MOS CODE | b. MOS TITLE |
|---|---|
| 920B | |
| | |
| | |
| | |

6. BRANCH AND SPECIALTY PREFERENCES

Regular Army and Officer Candidate applicants and all ROTC graduates: In numerical sequence, indicate 10 branch preferences other than CA and SS.

USAR applicants: If applying for a specific Reserve vacancy, indicate *ONLY* the branch of the vacant position; all other applicants may enter more than one branch.

| PREFERENCE | BRANCH | SPECIALTY |
|---|---|---|
| | AD | |
| | AG | |
| | AR | |
| | AV | |
| | CA | |
| | CM | |
| | EN | |
| | FA | |
| | FI | |
| | IN | |
| | MI | |
| | MP | |
| | OD | |
| | QM | |
| | SC | |
| | SS | |
| | TC | |
| | AN | |
| | CH | |
| | DE | |
| | JA | |
| | MC | |
| | MS | |
| | SP | |
| | VC | |

**PERSONAL DATA**

7. NAME *(Last, first, middle)(Explain variations from birth certificate in item 41)*: LASSALLE, JOSE L.

8. GRADE: O2E

9a. SOCIAL SECURITY NUMBER: [redacted]

9b. SELECTIVE SERVICE NUMBER:

10. BRANCH *(MOS if enl or wo)*:

11. TOTAL YRS ACTIVE SERVICE: 12

12. MARITAL STATUS: M

13. NUMBER OF DEPENDENTS UNDER 18 YEARS OF AGE: 2

14. DATE OF BIRTH: [redacted]

15. PLACE OF BIRTH *(City, county, state)*: Moca, PR

16. SEX: M

17. COMPLETE MILITARY ADDRESS *(If presently on active duty) (Include ZIP Code)*:

PHONE AND/OR AUTOVON NUMBER:

18. PERMANENT ADDRESS *(Include ZIP Code)*: 30 BONET, Bo. ASOMANTE AGUADA, P.R. 00602

PHONE *(Include area code)*: (787) 252-1697

19. CURRENT MAILING ADDRESS *(If different from item 18) (Include ZIP Code)*: P.O. BOX 235 MOCA, P.R. 00676

PHONE *(Include area code)*: (787)252-1697

20. US CITIZEN: [X] YES [ ] NO

a. NATIVE: [ ] YES [ ] NO

b. [ ] NATURALIZATION [ ] DERIVED [ ] IMMIGRANT

c. APPLICANT'S CERTIFICATE NO. *(If item b. checked) (Date, place, court)*:

21. CIVILIAN EDUCATION *(See page 3 for additional requirements for professional personnel)*

a. HIGH SCHOOL GRADUATE: [X] YES [ ] NO

b. NAME AND LOCATION OF HIGH SCHOOL: Antonio S. Pedreira, Moca P.R.

| c. NAME AND LOCATION OF EACH COLLEGE OR UNIVERSITY ATTENDED *(Include USMA, USNA, USAFA, USCGA, and USMMA)* | (1) DEGREE | (2) SEMESTER CREDITS EARNED | (3) YEARS ATTENDED | (4) DATE GRADUATED OR WILL GRADUATE DAY | MONTH | YEAR | (5) MAJOR SUBJECT |
|---|---|---|---|---|---|---|---|
| Regents College, Albany NY | BS | | 4 | 18 | 06 | 1999 | LIBERAL ARTS |
| Metropolitan Univ. Rio Piedras PR | MBA | 36 | 1 | 21 | 12 | 2001 | MARKETING |
| | | | | | | | |
| | | | | | | | |

d. SPECIAL EDUCATIONAL HONORS, SCHOLARSHIPS, ETC.

e. IF YOU HAVE EVER BEEN EXPELLED FROM SCHOOL, OR PLACED ON PROBATION, EITHER FOR ACADEMIC OR DISCIPLINARY REASONS, EXPLAIN *(Continue in item 41 (Remarks))*: no

22. HIGHEST LEVEL SERVICE SCHOOL ATTENDED

| a. NAME OF SCHOOL | b. COURSE | c. DATES (Mo-Yr) FROM | TO | COMPLETED YES | NO | d. IF NOT COMPLETED, GIVE REASON |
|---|---|---|---|---|---|---|
| QM FT LEE | Quartemaster Officer Advance Course | 12 99 | 12 99 | X | | |

23a. FOREIGN LANGUAGES AND DEGREE OF PROFICIENCY: Spanish Speak, Write, Read (native)

b. ALAT SCORE *(If applicable)*: 2+, 2+, 3

RECEIVED 26 SEP 2001 PERSCOM Appointments

 EDITION OF 1 AUG 74 AND DA FORM 61-R, 26 SEP 75, PRIVACY ACT STATEMENT, ARE OBSOLETE. USAPPC V1.00

000194

24. ARE YOU NOW OR HAVE YOU EVER BEEN A CONSCIENTIOUS OBJECTOR? ☐ YES ☒ NO (If yes, attach affidavit)

25. ☒ I UNDERSTAND THAT, IF I AM SELECTED FOR APPOINTMENT, I WILL BE EXPECTED TO ACCEPT SUCH ASSIGNMENTS AS ARE IN THE BEST INTEREST OF THE SERVICE REGARDLESS OF MY MARITAL STATUS AND/OR RESPONSIBILITY FOR DEPENDENTS; AND IT IS MY RESPONSIBILITY TO MAKE APPROPRIATE ARRANGEMENTS FOR THE CARE OF MY DEPENDENTS SHOULD I BE REQUIRED TO PERFORM DUTY IN AN AREA WHERE DEPENDENTS ARE NOT PERMITTED.

26. HAVE YOU EVER UNDER EITHER MILITARY OR CIVILIAN LAW BEEN INDICTED OR SUMMONED IN TO COURT AS A DEFENDANT IN A CRIMINAL PROCEEDING (including any proceedings involving juvenile offenses, article 15, UCMJ, and any court-martial) REGARDLESS OF THE RESULT OF TRIAL OR CONVICTED, FINED, IMPRISONED, PLACED ON PROBATION, PAROLED OR PARDONED, OR HAVE YOU EVER BEEN ORDERED TO DEPOSIT BAIL OR COLLATERAL FOR THE VIOLATION OF ANY LAW, POLICE REGULATION OR ORDINANCE? (Exclude traffic violations involving a fine or forfeiture of $100 or less).

☐ YES ☒ NO IF YES, ATTACH REQUEST FOR WAIVER LISTING THE DATE, THE NATURE OF EACH ALLEGED OFFENSE OR VIOLATION, THE NAME AND LOCATION OF THE COURT OR PLACE OF HEARING, AND THE PENALTY IMPOSED OR OTHER DISPOSITION OF EACH CASE AND FURNISH COPY OF COURT ACTION OR DETAILED STATEMENT IN AFFIDAVIT FORM AS TO THE OUTCOME OF EACH CASE.

27. ACTIVE MILITARY SERVICE (Indicate tour with each organization separately, show ROTC Camps in item 39)

| | a. ORGANIZATION (US Armed Forces, USCG, NOAA, US Public Health Service, Peace Corps) | b. DATES (Day, Month, Year) FROM | TO | c. BRANCH/MOS (As appropriate) | d. PRIOR SERVICE NO. (If applicable) | e. HIGHEST GRADE AND COMPONENT |
|---|---|---|---|---|---|---|
| ENLISTED | U.S. Army (RA) | 6/6/79 | 25/11/87 | 76V | | E-5/U.S. ARMY |
| ENLISTED | | | | | | |
| ENLISTED | | | | | | |
| ENLISTED | | | | | | |
| WARRANT OFFICER | | | | | | |
| WARRANT OFFICER | | | | | | |
| WARRANT OFFICER | | | | | | |
| WARRANT OFFICER | | | | | | |
| COMMISSIONED | AGR | 22/02/98 | 22/12/99 | 38A | | O2/USAR |
| COMMISSIONED | US ARMY RESERVE (AD) | 29/10/96 | 29/10/97 | 92A | | O2/USAR |
| COMMISSIONED | IOBC | 25/11/90 | 20/03/91 | 11B | | O1/USARNG |
| COMMISSIONED | OCS | 13/06/90 | 23/08/90 | | | |

f. DATE CURRENT ACTIVE DUTY TOUR TERMINATES 22 DEC 99 g. DATE OF LAST ADL PROMOTION

28. RESERVE OR NATIONAL GUARD SERVICE (Not on active duty)

| | a. ORGANIZATION (US Armed Forces, USCG, NOAA, US Public Health Service, Peace Corps) | b. DATES (Day, Month, Year) FROM | TO | c. BRANCH/MOS (As appropriate) | d. PRIOR SERVICE NO. (If applicable) | e. HIGHEST GRADE AND COMPONENT |
|---|---|---|---|---|---|---|
| ENLISTED | USAR | 08/03/78 | 05/05/79 | 76V | | E-3/U.S. ARMY |
| ENLISTED | USARNG | 11/11/87 | 06/06/90 | 76V | | E-5/U.S. ARMY |
| ENLISTED | | | | | | |
| ENLISTED | | | | | | |
| WARRANT OFFICER | | | | | | |
| WARRANT OFFICER | | | | | | |
| WARRANT OFFICER | | | | | | |
| COMMISSIONED | USARNG | 06/06/90 | 12/93 | 11B | | O2/U.S. ARMY |
| COMMISSIONED | USAR | 01/94 | 09/10/96 | 92A | | O2/U.S. ARMY |
| COMMISSIONED | | 3009/97 | 21/02/98 | 92A | | 02/U.S. ARMY |
| COMMISSIONED | | | | | | |

29. SOURCE OF CURRENT COMMISSION (If applicable)

ARNGUS ☐ OCS ☐ DIRECT APPOINTMENT ☐ OTHER

USAR ☐ ROTC ☐ ROTC (ECP) ☐ ROTC (SMP) ☒ OCS

☐ DIRECT APPOINTMENT

30. AWARDS (Do not list theater of service medals)

ARCOM-1/AAM-3/GCMDL-2/NCO-DEVL-RBN(1)/OSR (3)/NAT-DEF-SVC-MDL-1/AR-COMP-ACHVMT-MDL(2)/ALB/ROTR (3)

31. HAVE YOU EVER APPLIED AND NOT BEEN SELECTED FOR a. ROTC ☐ YES ☒ NO b. OCS ☐ YES ☒ NO

| c. APPOINTMENT IN RESERVE COMPONENT (USAR/ARNG) | YES | NO | d. APPOINTMENT IN REGULAR ARMY | YES | NO |
|---|---|---|---|---|---|
| AS A WARRANT OFFICER | | X | AS A WARRANT OFFICER | | X |
| AS A COMMISSIONED OFFICER | | X | AS A COMMISSIONED OFFICER | | X |

e. IF ANSWER IS "YES", EXPLAIN FULLY

32. ARE YOU NOW OR HAVE YOU EVER BEEN IN THE MILITARY SERVICE OF OR BEEN EMPLOYED BY A FOREIGN GOVERNMENT. (If yes, give dates, country and type of service or employment) NO

33. HAVE YOU EVER RESIGNED OR BEEN ASKED TO RESIGN IN LIEU OF ELIMINATION PROCEEDINGS; BEEN DISCHARGED IN LIEU OF ELIMINATION, FURLOUGHED (other than regular furlough or leave), OR PLACED ON INACTIVE STATUS WHILE SERVING IN THE US ARMED FORCES; OR, HAVE YOU EVER RESIGNED OR BEEN ASKED TO RESIGN FROM A POSITION WHILE IN PRIVATE OR GOVERNMENT EMPLOYMENT? (If yes, state circumstances; if more space is required, continue on separate sheet).

☐ YES ☒ NO

USAPPC V1.00

AOA

507-109 NSN 7540-00-634-4120

MEDICAL RECORD

Report on ______
or
Continuation of S.F. ______
(Strike out one line) (specify type of examination or data)
(Sign and date)

**UNFIT PENDING RECEIPT OF ADDITIONAL MEDICAL INFORMATION** 4 8 7/0 8

Complete and return additional information Form 41 Reynal L. Caldwell COL/MC

MAY 1 5 2006

Soldier must practice hearing conservation at all times. Reynal L. Caldwell

REYNAL L. CALDWELL, COL, MC
Asst Command Surgeon
HRC-St. Louis

JUL 0 7 2006

**REVIEWED**

(IS) ~~(IS NOT)~~ QUALIFIED FOR

| P | U | L | H | E | S |
|---|---|---|---|---|---|
| 1 | 1 | 1 | 1 | 1 | 1 |

[signature]
Physical Review Board
HRC-St. Louis
St. Louis, MO 63132-5200

DATE JUL 0 7 2006 SIGNATURE Reynal L. Caldwell

REYNAL L. CALDWELL
COL, MC
Assistant Command Surgeon

(Continue on reverse side)

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility) | REGISTER NO. | WARD NO.

REPORT ON ______ OR CONTINUATION OF ______

Medical Record

CW2 LASSALLE, JOSE L

STANDARD FORM 507 (REV. 7-91)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201-9.202-1
U.S. GOVERNMENT PRINTING OFFICE: 2000-860-042/20030

# REPORT OF MEDICAL EXAMINATION

1. DATE OF EXAMINATION (YYYYMMDD): 2005 01 27

2. SOCIAL SECURITY NUMBER: [redacted]

## PRIVACY ACT STATEMENT

AUTHORITY: 10 USC 504, 505, 507, 532, 978, 1201, 1202, and 4346; and E.O. 9397.

PRINCIPAL PURPOSE(S): To obtain medical data for determination of medical fitness for enlistment, induction, appointment and retention for applicants and members of the Armed Forces. The information will also be used for medical boards and separation of Service members from the Armed Forces.

ROUTINE USE(S): None.

DISCLOSURE: Voluntary; however, failure by an applicant to provide the information may result in delay or possible rejection of the individual's application to enter the Armed Forces. For an Armed Forces member, failure to provide the information may result in the individual being placed in a non-deployable status.

3. LAST NAME - FIRST NAME - MIDDLE NAME (SUFFIX): Lassalle, José L.

4. HOME ADDRESS (Street, Apartment Number, City, State and ZIP Code): P.O. Box 1697, Moca, PR 00676

5. HOME TELEPHONE NUMBER (Include Area Code): 877-1716

6. GRADE: CW2

7. DATE OF BIRTH (YYYYMMDD):

8. AGE:

9. SEX: Female [ ] Male [X]

10.a. RACIAL CATEGORY (X one or more): American Indian or Alaska Native [ ] Asian [ ] Black or African American [ ] White [ ] Native Hawaiian or Other Pacific Islander [ ] Decline to Respond [X]

b. ETHNIC CATEGORY: Hispanic/Latino [X] Not Hispanic/Latino [ ] Decline to Respond [ ]

11. TOTAL YEARS GOVERNMENT SERVICE: a. MILITARY: 12 b. CIVILIAN:

12. AGENCY (Non-Service Members Only):

13. ORGANIZATION UNIT AND UIC/CODE: 394th QM BN

14.a. RATING OR SPECIALTY (Aviators Only): N/A

b. TOTAL FLYING TIME: N/A

c. LAST SIX MONTHS: N/A

15.a. SERVICE: Army [X] Coast Guard [ ] Navy [ ] Marine Corps [ ] Air Force [ ]

b. COMPONENT: Active Duty [ ] Reserve [X] National Guard [ ]

c. PURPOSE OF EXAMINATION: Enlistment [ ] Commission [ ] Retention [ ] Separation [ ] Medical Board [ ] Retirement [ ] U.S. Service Academy [ ] ROTC Scholarship Program [ ] Other [X] 40 Screening

16. NAME OF EXAMINING LOCATION, AND ADDRESS (Include ZIP Code):
RODRIGUEZ ARMY HEALTH CLINIC
PHYSICAL EXAM SECTION
FT. BUCHANAN, PR 00934

## CLINICAL EVALUATION (Check each item in appropriate column. Enter "NE" if not evaluated.)

| Item | Normal | Abnorm | NE |
|---|---|---|---|
| 17. Head, face, neck, and scalp | ✓ | | |
| 18. Nose | ✓ | | |
| 19. Sinuses | ✓ | | |
| 20. Mouth and throat | ✓ | | |
| 21. Ears - General (Int. and ext. canals/Auditory acuity under item 71) | ✓ | | |
| 22. Drums (Perforation) | ✓ | | |
| 23. Eyes - General (Visual acuity and refraction under items 61 - 63) | ✓ | | |
| 24. Ophthalmoscopic | ✓ | | |
| 25. Pupils (Equality and reaction) | ✓ | | |
| 26. Ocular motility (Associated parallel movements, nystagmus) | ✓ | | |
| 27. Heart (Thrust, size, rhythm, sounds) | ✓ | | |
| 28. Lungs and chest (Include breasts) | ✓ | | |
| 29. Vascular system (Varicosities, etc.) | ✓ | | |
| 30. Anus and rectum (Hemorrhoids, Fistulae) (Prostate if indicated) | | ✓ | |
| 31. Abdomen and viscera (Include hernia) | ✓ | | |
| 32. External genitalia (Genitourinary) | ✓ | | |
| 33. Upper extremities | ✓ | | |
| 34. Lower extremities (Except feet) | ✓ | | |
| 35. Feet (See Item 35 Continued) | ✓ | | |
| 36. Spine, other musculoskeletal | ✓ | | |
| 37. Identifying body marks, scars, tattoos | ✓ | | |
| 38. Skin, lymphatics | ✓ | | |
| 39. Neurologic | ✓ | | |
| 40. Psychiatric (Specify any personality deviation) | ✓ | | |
| 41. Pelvic (Females only) | | | ✓ |
| 42. Endocrine | ✓ | | |

43. DENTAL DEFECTS AND DISEASE (Please explain. Use dental form if completed by dentist. If dental examination not done by dental officer, explain in item 44.)
Acceptable [X] Not Acceptable [ ] Class ____

44. NOTES: (Describe every abnormality in detail. Enter pertinent item number before each comment. Continue in item 73 and use additional sheets if necessary.)

enlarged prostate, soft; non tender.

35. FEET (Continued) (Circle category): Normal Arch (circled); ~~Pes Cavus~~; Pes Planus; Mild; Moderate; Severe; Asymptomatic; Symptomatic

DD FORM 2808, JAN 2003 — DoD exception to SF 88 approved by ICMR, August 3, 2000 — PREVIOUS EDITION IS OBSOLETE — Page 1 of 3 Pages

LAST NAME - FIRST NAME - MIDDLE NAME (SUFFIX): Lassalle, Jose L.

SOCIAL SECURITY NUMBER: [redacted]

LABORATORY FINDINGS

| 45. URINALYSIS | a. Albumin | (neg) | 46. URINE HCG | 47. H/H 15.9 / 47.3 | 48. BLOOD TYPE |
|---|---|---|---|---|---|
| | b. Sugar | (neg) | | | |

| TESTS | RESULTS | HIV SPECIMEN ID LABEL | DRUG TEST SPECIMEN ID LABEL |
|---|---|---|---|
| 49. HIV | Neg Jan 2005 | | |
| 50. DRUGS | | | |
| 51. ALCOHOL | | | |
| 52. OTHER | | | |
| a. PAP SMEAR | | | |
| b. Mammogram (F,+40) | | | |
| c. PSA (M,+40) | 9.3 ? (2005) (8.3) (2006) | | |

MEASUREMENTS AND OTHER FINDINGS

| 53. HEIGHT | 54. WEIGHT | 55. MIN WGT - MAX WGT | MAX BF % | 56. TEMPERATURE | 57. PULSE |
|---|---|---|---|---|---|
| 67.75 | 171 lbs. | | | | 65 |

| 58. BLOOD PRESSURE | | | 59. RED/GREEN (Army Only) | 60. OTHER VISION TEST |
|---|---|---|---|---|
| a. 1ST | b. 2ND | c. 3RD | | |
| SYS. 109 | SYS. | SYS. | | |
| DIAS. 79 | DIAS. | DIAS. | | |

| 61. DISTANT VISION | | 62. REFRACTION BY AUTOREFRACTION OR MANIFEST | | | 63. NEAR VISION By Pinhole | | |
|---|---|---|---|---|---|---|---|
| Right 20/ 20 | Corr. to 20/ | By | S. | CX | Right 20/ 25 | Corr. to 20/ 20 | by |
| Left 20/ 20 | Corr. to 20/ | By | S. | CX | Left 20/ 30 | Corr. to 20/ 20 | by |

64. HETEROPHORIA (Specify distance)

ES° EX° R.H. L.H. Prism div. Prism Conv CT NPR PD

| 65. ACCOMMODATION | | 66. COLOR VISION (Test used and result) | 67. DEPTH PERCEPTION (Test used and score) AFVT | |
|---|---|---|---|---|
| Right | Left | PIP PASSED 0 /14 | Uncorrected 15 | Corrected |

| 68. FIELD OF VISION | 69. NIGHT VISION (Test used and score) | 70. INTRAOCULAR TENSION, O.D. 16 | O.S. 14 |
|---|---|---|---|

71a. AUDIOMETER Unit Serial Number 4158 — Date Calibrated (YYYYMMDD) 2004 0101

71b. Unit Serial Number — Date Calibrated (YYYYMMDD)

| HZ | 500 | 1000 | 2000 | 3000 | 4000 | 6000 | HZ | 500 | 1000 | 2000 | 3000 | 4000 | 6000 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Right | 25 | 20 | 30 | 30 | 25 | 40 | Right | | | | | | |
| Left | 25 | 25 | 15 | 30 | 30 | 25 | Left | | | | | | |

72a. READING ALOUD TEST: SAT [ ] UNSAT

72b. VALSALVA: SAT [ ] UNSAT

73. NOTES (Continued) AND SIGNIFICANT OR INTERVAL HISTORY (Use additional sheets if necessary.)

FBS 121 HDL 38 CHOL 177 TRIG 80 LDL 123

OCCULT BLOOD: #1 Neg #2 Neg #3 Neg

Urine SG - 1.027

RPR: Reactive ____ Non-Reactive ____

G6PD ____ SICKLE CELL ____

EKG: NL ✓ ABNL ____ CHEST X-RAY: NL ____ ABNL ____

FOR AGE 40 AND ABOVE:

TOBACCO USE:

| | | |
|---|---|---|
| Cigarettes | Yes [✓] | No [ ] |
| Cigars | Yes [ ] | No [✓] |
| Chewing Tobacco | Yes [ ] | No [✓] |
| Snuff | Yes [ ] | No [✓] |

[ ] Information on associated risks and benefits of stopping tobacco were dicussed.

NAME

MAY/08/2006 AM 08:15

| | mmHg | AVG |
|---|---|---|
| R | 18 | 18 |
| L | 14 | 14 |

CT-80 TOPCON

DD FORM 2808, JAN 2003

000198

| LAST NAME - FIRST NAME - MIDDLE NAME (SUFFIX) | SOCIAL SECURITY NUMBER |
|---|---|
| Lassalle Jose L. | |

**74.a. EXAMINEE/APPLICANT** *(check one)*

- [x] IS QUALIFIED FOR SERVICE
- [ ] IS NOT QUALIFIED FOR SERVICE

**75. I have been advised of my disqualifying condition.**

| a. SIGNATURE OF EXAMINEE | b. DATE *(YYYYMMDD)* |
|---|---|
| | |

**b. PHYSICAL PROFILE**

| P | U | L | H | E | S | X | PROFILER INITIALS | DATE *(YYYYMMDD)* |
|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | 1 | 1 | 1 | | RL | 2005/03/14 |
| 1 | 1 | 1 | 1 | 1 | 1 | | R.L.L. | 2006 07 07 |
| | | | | | | | | |

**76. SIGNIFICANT OR DISQUALIFYING DEFECTS**

| ITEM NO. | MEDICAL CONDITION/DIAGNOSIS | ICD CODE | PROFILE SERIAL | RSJ DATE *(YYYYMMDD)* | QUALIFIED | DISQUALIFIED | EXAMINER INITIALS | WAIVER RECEIVED SERVICE | WAIVER RECEIVED DATE *(YYYYMMDD)* |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

**77. SUMMARY OF DEFECTS AND DIAGNOSES** *(List diagnoses with item numbers) (Use additional sheets if necessary.)*

Smoking cigarette
Increased glucose + PSA levels

**78. RECOMMENDATIONS - FURTHER SPECIALIST EXAMINATIONS INDICATED** *(Specify) (Use additional sheets if necessary.)*

Smoking cessation - will adv patches, pt oriented
Repeat laboratories + F/U to determine if specialist (urology) needed
*Patient underwent prostate Biopsy which were negative for malignancy, therefore BPH diagnosed, using oral medication + being F/U by urologist.
Glucose levels within normal with diet.

**79. MEPS WORKLOAD** *(For MEPS use only)*

| WKID | ST | DATE *(YYYYMMDD)* | INITIAL | WKID | ST | DATE *(YYYYMMDD)* | INITIAL |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| 80. MEDICAL INSPECTION DATE | HT | WT | %BF | MAX WT | HCG | QUAL | DISQ | PHYSICIAN'S SIGNATURE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| 81.a. TYPED OR PRINTED NAME OF PHYSICIAN OR EXAMINER | b. SIGNATURE |
|---|---|
| Rodriguez Rebecca — REBECCA RODRIGUEZ RODRIGUEZ MD LIC. #14171 | [signature] 14171 |
| **82.a. TYPED OR PRINTED NAME OF PHYSICIAN OR EXAMINER** | **b. SIGNATURE** |
| | |
| **83.a. TYPED OR PRINTED NAME OF DENTIST OR PHYSICIAN** *(Indicate which)* | **b. SIGNATURE** |
| | |
| **84.a. TYPED OR PRINTED NAME OF REVIEWING OFFICER/APPROVING AUTHORITY** | **b. SIGNATURE** |
| | |

**85. This examination has been administratively reviewed for completeness and accuracy.**

| a. SIGNATURE | b. GRADE | c. DATE *(YYYYMMDD)* |
|---|---|---|
| | | |

**86. WAIVER GRANTED** *(If yes, date and by whom)*

- [ ] YES
- [ ] NO

**87. NUMBER OF ATTACHED SHEETS**

LAST NAME - FIRST NAME - MIDDLE NAME (SUFFIX): Lassalle
LASALLE, JOSE LUIS — DAZ

SOCIAL SECURITY NUMBER

**LABORATORY FINDINGS**

45. URINALYSIS: a. Albumin: Neg; b. Sugar: Neg

46. URINE HCG

47. H/H

48. BLOOD TYPE

| TESTS | RESULTS: FIRST TEST | CODE | SECOND TEST | CODE |
|---|---|---|---|---|
| 49. HIV | Neg | 58 | | |
| 50. DRUGS | Neg | 10 | | |
| 51. ALCOHOL | Neg | 10 | | |
| 52. OTHER | | | | |
| a. PAP SMEAR | | | | |
| b. EKG | | | | |
| c. CXR | | | | |

584085949
30849857 Initial:
20040715
(YYYYMMDD)

SECOND SPECIMEN ID LABEL

**MEASUREMENTS AND OTHER FINDINGS**

| 53. HEIGHT | 54. WEIGHT | 55.a. MIN WGT - MAX WGT | 55.b. ACTUAL BF % - MAX BF % | 56. TEMPERATURE | 57. PULSE |
|---|---|---|---|---|---|
| 67 3/4 | 171 lbs. | — 176 | | | 65 |

58. BLOOD PRESSURE

| a. 1ST | b. 2ND | c. 3RD |
|---|---|---|
| SYS. 104 | SYS. | SYS. |
| DIAS. 79 | DIAS. | DIAS. |

59. RED/GREEN *(Army Only)*

60. OTHER VISION TEST: a. COLOR HAIR: Black; b. COLOR EYES: Right: / Left: Brown

61. DISTANT VISION: Right 20/ 20 Corr. to 20/ ; Left 20/ 20 Corr. to 20/

62. REFRACTION BY AUTOREFRACTION OR MANIFEST: By S. CX ; By S. CX

63. NEAR VISION By Pinhole: Right 20/ 25 Corr. to 20/ 20 by ; Left 20/ 30 Corr. to 20/ 20 by

64. HETEROPHORIA *(Specify distance)*: ES° EX° R.H. L.H. Prism div. Prism Conv CT NPB PD

65. ACCOMMODATION: Right | Left

66. COLOR VISION *(Test used and result)*: PIP Passed 0 /14

67. DEPTH PERCEPTION *(Test used and score)* AFVT: Uncorrected | Corrected

68. FIELD OF VISION

69. NIGHT VISION *(Test used and score)*

70. INTRAOCULAR TENSION: O.D. | O.S.

71a. AUDIOMETER Unit Serial Number 4157; Date Calibrated *(YYYYMMDD)* 20040107

71b. Unit Serial Number; Date Calibrated *(YYYYMMDD)*

| HZ | 500 | 1000 | 2000 | 3000 | 4000 | 6000 | HZ | 500 | 1000 | 2000 | 3000 | 4000 | 6000 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Right | 25 | 20 | 30 | 30 | 25 | 40 | Right | | | | | | |
| Left | 25 | 25 | 15 | 20 | 30 | 25 | Left | | | | | | |

72a. READING ALOUD TEST: SAT / UNSAT

72b. VALSALVA: SAT / UNSAT

73. NOTES *(Continued)* AND SIGNIFICANT OR INTERVAL HISTORY *(Use additional sheets if necessary.)*

DD FORM 2808, JAN 2003

DESIGNED USING MIRS, USMEPCOM, OUSD(P&R) OVERPRINT/EXCEPTION APPROVED, MAY 7, 2001

# REPORT OF MEDICAL HISTORY

(This information is for official and medically confidential use only and will not be released to unauthorized persons.)

*Form Approved OMB No. 0704-0413 Expires Aug 31, 2003*

The public reporting burden for this collection of information is estimated to average 10 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports (0704-0413), 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302. Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number.

PLEASE DO NOT RETURN YOUR FORM TO THE ABOVE ADDRESS. RETURN COMPLETED FORM AS INDICATED ON PAGE 2.

## PRIVACY ACT STATEMENT

**AUTHORITY:** 10 USC 504, 505, 507, 532, 978, 1201, 1202, and 4346; and E.O. 9397.

**PRINCIPAL PURPOSE(S):** To obtain medical data for determination of medical fitness for enlistment, induction, appointment and retention for applicants and members of the Armed Forces. The information will also be used for medical boards and separation of Service members from the Armed Forces.

**ROUTINE USE(S):** None.

**DISCLOSURE:** Voluntary; however, failure by an applicant to provide the information may result in delay or possible rejection of the individual's application to enter the Armed Forces. For an Armed Forces member, failure to provide the information may result in the individual being placed in a non-deployable status.

**WARNING:** The information you have given constitutes an official statement. Federal law provides severe penalties (up to 5 years confinement or a $10,000 fine or both), to anyone making a false statement. If you are selected for enlistment, commission, or entrance into a commissioning program based on a false statement, you can be tried by military courts-martial or meet an administrative board for discharge and could receive a less than honorable discharge that would affect your future.

1. LAST NAME, FIRST NAME, MIDDLE NAME (SUFFIX): Lassalle Jose L.

2. SOCIAL SECURITY NUMBER: [redacted]

3. TODAY'S DATE (YYYYMMDD): 20050127

4.a. HOME ADDRESS (Street, Apartment No., City, State, and ZIP Code): P.O. Box 1697 Utuado, PR 00676

b. HOME TELEPHONE (Include Area Code): (787) 397-1916

5. EXAMINING LOCATION AND ADDRESS (Include ZIP Code): RODRIGUEZ ARMY HEALTH CLINIC PHYSICAL EXAM SECTION BLDG. 21 P.O. BOX 34000 FT. BUCHANAN, PR 00934

X ALL APPLICABLE BOXES:

6.a. SERVICE: [X] Army [ ] Coast Guard [ ] Navy [ ] Marine Corps [ ] Air Force

b. COMPONENT: [ ] Active Duty [ ] Reserve [ ] National Guard

c. PURPOSE OF EXAMINATION: [ ] Enlistment [ ] Commission [X] Retention [ ] Separation [ ] Medical Board [ ] Retirement [ ] U.S. Service Academy [ ] ROTC Scholarship Program [ ] Other (Specify)

7.a. POSITION (Title, Grade, Component): CW2/PR/Army

b. USUAL OCCUPATION:

8. CURRENT MEDICATIONS (Prescription and Over-the-counter): NONE

9. ALLERGIES (Including insect bites/stings, foods, medicine or other substances): NO

Mark each item "YES" or "NO". Every item marked "YES" must be fully explained in item 29 on Page 2.

HAVE YOU EVER HAD OR DO YOU NOW HAVE:

| Item | YES | NO |
|---|---|---|
| 10.a. Tuberculosis | | X |
| b. Lived with someone who had tuberculosis | | X |
| c. Coughed up blood | | X |
| d. Asthma or any breathing problems related to exercise, weather, pollens, etc. | | X |
| e. Shortness of breath | | X |
| f. Bronchitis | | X |
| g. Wheezing or problems with wheezing | | X |
| h. Been prescribed or used an inhaler | | X |
| i. A chronic cough or cough at night | | X |
| j. Sinusitis | | X |
| k. Hay fever | | X |
| l. Chronic or frequent colds | | X |
| 11.a. Severe tooth or gum trouble | | X |
| b. Thyroid trouble or goiter | | X |
| c. Eye disorder or trouble | | X |
| d. Ear, nose, or throat trouble | | X |
| e. Loss of vision in either eye | X | |
| f. Worn contact lenses or glasses | X | |
| g. A hearing loss or wear a hearing aid | X | |
| h. Surgery to correct vision (RK, PRK, LASIK, etc.) | | X |
| 12.a. Painful shoulder, elbow or wrist (e.g. pain, dislocation, etc.) | | X |
| b. Arthritis, rheumatism, or bursitis | | X |
| c. Recurrent back pain or any back problem | | X |
| d. Numbness or tingling | | X |
| e. Loss of finger or toe | | X |

| 12. (Continued) | YES | NO |
|---|---|---|
| f. Foot trouble (e.g., pain, corns, bunions, etc.) | | X |
| g. Impaired use of arms, legs, hands, or feet | | X |
| h. Swollen or painful joint(s) | | X |
| i. Knee trouble (e.g., locking, giving out, pain or ligament injury, etc.) | X | |
| j. Any knee or foot surgery including arthroscopy or the use of a scope to any bone or joint | | X |
| k. Any need to use corrective devices such as prosthetic devices, knee brace(s), back support(s), lifts or orthotics, etc. | | X |
| l. Bone, joint, or other deformity | | X |
| m. Plate(s), screw(s), rod(s) or pin(s) in any bone | | X |
| n. Broken bone(s) (cracked or fractured) | | X |
| 13.a. Frequent indigestion or heartburn | | X |
| b. Stomach, liver, intestinal trouble, or ulcer | | X |
| c. Gall bladder trouble or gallstones | | X |
| d. Jaundice or hepatitis (liver disease) | | X |
| e. Rupture/hernia | | X |
| f. Rectal disease, hemorrhoids or blood from the rectum | | X |
| g. Skin diseases (e.g. acne, eczema, psoriasis, etc.) | | X |
| h. Frequent or painful urination | | X |
| i. High or low blood sugar | | X |
| j. Kidney stone or blood in urine | | X |
| k. Sugar or protein in urine | | X |
| l. Sexually transmitted disease (syphilis, gonorrhea, chlamydia, genital warts, herpes, etc.) | | X |
| 14.a. Adverse reaction to serum, food, insect stings or medicine | | X |
| b. Recent unexplained gain or loss of weight | | X |
| c. Currently in good health (If no, explain in Item 29 on Page 2.) | | X |
| d. Tumor, growth, cyst, or cancer | | X |

DD FORM 2807-1, JUL 2001

DoD exception to SF 93 approved by ICMR, August 3, 2000. PREVIOUS EDITION MAY BE USED UNTIL FEBRUARY 1, 2002

Page 1 of 3 Pages USAPA V1.00

000201

LAST NAME, FIRST NAME, MIDDLE NAME (SUFFIX): Lassalle, Jose L.

SOCIAL SECURITY NUMBER: [redacted]

Mark each item "YES" or "NO". Every item marked "YES" must be fully explained in Item 29 below.

| HAVE YOU EVER HAD OR DO YOU NOW HAVE: | YES | NO |
|---|---|---|
| 15 a. Dizziness or fainting spells | | X |
| b. Frequent or severe headache | | |
| c. A head injury, memory loss or amnesia | X | |
| d. Paralysis | | X |
| e. Seizures, convulsions, epilepsy or fits | | X |
| f. Car, train, sea, or air sickness | | X |
| g. A period of unconsciousness or concussion | | X |
| h. Meningitis, encephalitis, or other neurological problems | | X |
| 16 a. Rheumatic fever | | X |
| b. Prolonged bleeding (as after an injury or tooth extraction, etc.) | | X |
| c. Pain or pressure in the chest | | X |
| d. Palpitation, pounding heart or abnormal heartbeat | | X |
| e. Heart trouble or murmur | | X |
| f. High or low blood pressure | | X |
| 17 a. Nervous trouble of any sort (anxiety or panic attacks) | | X |
| b. Habitual stammering or stuttering | | X |
| c. Loss of memory or amnesia, or neurological symptoms | | X |
| d. Frequent trouble sleeping | | X |
| e. Received counseling of any type | | X |
| f. Depression or excessive worry | | X |
| g. Been evaluated or treated for a mental condition | | X |
| h. Attempted suicide | | X |
| i. Used illegal drugs or abused prescription drugs | | X |
| 18 FEMALES ONLY: Have you ever had or do you now have: | | |
| a. Treatment for a gynecological (female) disorder | | |
| b. A change of menstrual pattern | | |
| c. Any abnormal PAP smears | | |
| d. First day of last menstrual period (YYYYMMDD) | | |
| e. Date of last PAP smear (YYYYMMDD) | | |

| | YES | NO |
|---|---|---|
| 19. Have you been refused employment or been unable to hold a job or stay in school because of: | | |
| a. Sensitivity to chemicals, dust, sunlight, etc. | | X |
| b. Inability to perform certain motions | | X |
| c. Inability to stand, sit, kneel, lie down, etc. | | X |
| d. Other medical reasons (If yes, give reasons.) | | X |
| 20. Have you ever been treated in an Emergency Room? (If yes, for what?) | | X |
| 21. Have you ever been a patient in any type of hospital? (If yes, specify when, where, why, and name of doctor and complete address of hospital.) | X | |
| 22. Have you ever had, or have you been advised to have any operations or surgery? (If yes, describe and give age at which occurred.) | | X |
| 23. Have you ever had any illness or injury other than those already noted? (If yes, specify when, where, and give details.) | | |
| 24. Have you consulted or been treated by clinics, physicians, healers, or other practitioners within the past 5 years for other than minor illnesses? (If yes, give complete address of doctor, hospital, clinic, and details.) | | X |
| 25. Have you ever been rejected for military service for any reason? (If yes, give date and reason for rejection.) | | X |
| 26. Have you ever been discharged from military service for any reason? (If yes, give date, reason, and type of discharge; whether honorable, other than honorable, for unfitness or unsuitability.) | | X |
| 27. Have you ever received, is there pending, or have you ever applied for pension or compensation for any disability or injury? (If yes, specify what kind, granted by whom, and what amount, when, why.) | X | |
| 28. Have you ever been denied life insurance? | | X |

29. EXPLANATION OF "YES" ANSWER(S) (Describe answer(s), give date(s) of problem, name of doctor(s) and/or hospital(s), treatment given and current medical status.)

21. ~~[illegible]~~

21 Bedestha Hospital : Chest pain 1998

27. Head Injury

NOTE: HAND TO THE DOCTOR OR NURSE, OR IF MAILED MARK ENVELOPE "TO BE OPENED BY MEDICAL PERSONNEL ONLY."

**U.S. Army Human Resources Command - St. Louis**
**Office of the Command Surgeon**

# MEDICAL INFORMATION CHECKLIST

| 1. NAME (Last, First, MI) | 2. SSN | 3. DATE |
|---|---|---|
| LASSALLE, JOSE L. | | 15 MAY 06 |

**4. Condition(s) / Diagnosis(es):**
1. Prostate Hypertrophy
2. Hearing Loss

**5. Photocopies of all available medical documentation, *especially the following:***
- ☐ Hospital admission and discharge summaries
- ☒ Surgical operation records N/A
- ☒ Progress notes from visits to your doctor's office
- ☒ Specialist consultation reports none
- ☒ Laboratory test records
- ☒ X-ray reports NA
- ☒ Special diagnostic procedure reports none

**6. Describe how your illness will interfere with your military duties.**

**7. ☒ Soldier's own assessment of current physical profile requirements. Soldiers will complete and sign the enclosed Functional Capacity record, certifying which physical activities soldier believes he/she CAN perform.** (This information will become a part of soldier's permanent medical file and may be used to create an updated permanent physical profile. If unduly restrictive, the limitations may lead to or be considered in a Fitness-for-Duty Determination.)

I feel in a great shape. APFT average 260-300. No medical condition that will limited me from performing my jobs. No temporary or permanent profiles.

**8. ☒ Permanent and Temporary Physical Profiles (DA Form 3349, Physical Profile or DD Form 689, Individual Sick Slip), if any.**

None

**9. ☐ Most recent APFT Scorecard (DA Form 705, Army Physical Fitness Test Scorecard.)**

AHRC Form 4123, Feb 04

10. ☒ **DA Form 3947, Medical Evaluation Board Proceedings, if any.**

N/A

11. ☒ **DA Form 199, Physical Evaluation Board (PEB) Proceedings, if any.**

N/A

12. ☐ **Most Recent Military Physical Examination (DD Form 2808, Report of Medical Examination, and DD Form 2807-1, Report of Medical History, and/or SF Form 88, Report of Medical Examination and SF Form 93, Medical Record - Report of Medical History).**

13. ☒ **VA Disability Paperwork, if any.**

N/A

14. **Complete and return the attached evaluations:**

- ☐ Arthritis Evaluation
- ☐ Asthma Evaluation
- ☐ Chronic Pain Evaluation
- ☐ Diabetes Evaluation
- ☒ Hearing Evaluation
- ☐ Hypertension Evaluation
- ☐ Sleep Apnea Evaluation

15. ☒ **Other:**

Prostate evaluation and prognosis unclear.

**Reverse of AHRC 4123**

USCG CARIBBEAN 23 May 2006@1319 Page 1

Personal Data - Privacy Act of 1974 (PL 93-579)
PATIENT LAB INQUIRY
For: 23 Apr 06 - 23 May 06

Report requested by: BARNABY,MATTHEW

---

LASSALLE,JOSE LUIS 20/[redacted] M/47 Reg #:
Ph: 7878900571 Military Unit: UNKNOWN

---

060508 BAM 573 Col: 08May06@0858 BLOOD
Hcp: CIV,PROVIDER Req Loc: OUTSIDE
Performing Lab: Quest Diag Prod Lab - MIA
ESR . . . . . . . . . . . 1 < OR = 15 MM/HR C:MB10May06@0805
COMMENT 1:. . . . . . . .
SEE NOTE
Result Comment:

ESR SPECIMENS ARE STABLE FOR 4-6 HOURS AT ROOM TEMPERATURE (12 HOURS IF REFRIGERATED). ESR RESULTS TREND LOWER WITH INCREASED SPECIMEN AGE. CONSIDER USE OF C-REACTIVE PROTEIN TO ASSESS ACUTE PHASE RESPONSES.

060508 BAM 574 Col: 08May06@0858 SERUM
Hcp: CIV,PROVIDER Req Loc: OUTSIDE
Performing Lab: Quest Diag Prod Lab - MIA
AST . . . . . . . . . . 17 3-50 U/L C:MB10May06@0805

060508 BAM 575 Col: 08May06@0858 SERUM
Hcp: CIV,PROVIDER Req Loc: OUTSIDE
Performing Lab: Quest Diag Prod Lab - MIA
ALT . . . . . . . . . . 19 3-60 U/L C:MB10May06@0805

060508 BAM 576 Col: 08May06@0858 SERUM
Hcp: CIV,PROVIDER Req Loc: OUTSIDE
Performing Lab: Quest Diag Prod Lab - MIA
TBILI . . . . . . . . 0.4 0.2-1.5 MG/DL C:MB10May06@0805

060508 BAM 577 Col: 08May06@0858 SERUM
Hcp: CIV,PROVIDER Req Loc: OUTSIDE
Performing Lab: Quest Diag Prod Lab - MIA
ACE . . . . . . . . . . 10 9-67 U/L C:MB11May06@1153

===

L=Lo H=Hi *=Critical R=Resist S=Susc MS=Mod Susc I=Intermed
[]=Uncert /A=Amended Comments= (O)rder, (I)nterpretations, (R)esult

===

USCG CARIBBEAN 23 May 2006@1319 Page 2

Personal Data - Privacy Act of 1974 (PL 93-579)
PATIENT LAB INQUIRY
For: 23 Apr 06 - 23 May 06

Report requested by: BARNABY,MATTHEW

---

LASSALLE,JOSE LUIS 20/[redacted] M/47 Reg #:
Ph: 7878900571 Military Unit: UNKNOWN

---

060508 BAM 570 Col: 08May06@0815 SERUM
Hcp: CIV,PROVIDER Req Loc: OUTSIDE
Performing Lab: Quest Diag Prod Lab - MIA

| Test | Result | Flag | Reference | Units | |
|---|---|---|---|---|---|
| GLUCOSE | 91 | | 65-99 | MG/DL | C:MB10May06@0805 |
| Result Comment: | | | FASTING REFERENCE INTERVAL | | |
| BUN | 13 | | 7-25 | MG/DL | |
| CREAT | 0.9 | | 0.5-1.4 | MG/DL | |
| NA+ | 142 | | 135-146 | MMOL/L | |
| K | 4.4 | | 3.5-5.3 | MMOL/L | |
| CL- | 108 | | 98-110 | MMOL/L | |
| CO2 | 22 | | 21-33 | MMOL/L | |
| CA. | 9.1 | | 8.5-10.4 | MG/DL | |
| PROTEIN TOTAL | 6.5 | | 6.0-8.3 | G/DL | |
| ALBUMIN | 4.1 | | 3.5-4.9 | G/DL | |
| AST | 19 | | 3-50 | U/L | |
| ALT | 20 | | 3-60 | U/L | |
| ALK PHOS. | 92 | | 20-125 | U/L | |
| TBILI | 0.4 | | 0.2-1.5 | MG/DL | |
| A/G RATIO | 1.7 | | 0.8-2.0 | (CALC) | |
| BUN/CR RATIO. | 14 | | 6-25 | (CALC) | |
| GLOBULIN. | 2.4 | | 2.2-4.2 | G/DL (CAL | |

060508 BAM 571 Col: 08May06@0815 SERUM
Hcp: CIV,PROVIDER Req Loc: OUTSIDE
Performing Lab: Quest Diag Prod Lab - MIA

| Test | Result | Flag | Reference | Units | |
|---|---|---|---|---|---|
| PSA | 8.0 | H | < OR = 4.0 | NG/ML | C:MB10May06@0805 |

Result Comment:
PSA VALUES FROM DIFFERENT ASSAY METHODS CANNOT BE USED INTERCHANGEABLY. THIS ASSAY WAS PERFORMED USING THE BAYER CHEMILUMINESCENT METHOD.

060508 BAM 572 Col: 08May06@0815 BLOOD
Hcp: CIV,PROVIDER Req Loc: OUTSIDE
Performing Lab: Quest Diag Prod Lab - MIA

| Test | Result | Flag | Reference | Units | |
|---|---|---|---|---|---|
| WBC | 10.2 | | 3.8-10.8 | THOUS/MCL | C:MB10May06@0805 |
| RBC CNT | 5.06 | | 4.20-5.80 | MILL/MCL | |
| HGB | 14.8 | | 13.2-17.1 | G/DL | |
| HCT | 44.4 | | 38.5-50.0 | % | |
| MCV | 87.6 | | 80.0-100.0 | FL | |
| MCH | 29.2 | | 27.0-33.0 | PG | |
| MCHC. | 33.3 | | 32.0-36.0 | G/DL | |

L=Lo H=Hi *=Critical R=Resist S=Susc MS=Mod Susc I=Intermed
[]=Uncert /A=Amended Comments= (O)rder, (I)nterpretations, (R)esult

Personal Data - Privacy Act of 1974 (PL 93-579)
PATIENT LAB INQUIRY
For: 23 Apr 06 - 23 May 06
Report requested by: BARNABY,MATTHEW

LASSALLE,JOSE LUIS 20/[redacted] M/47 Reg #:
Ph: 7878900571 Military Unit: UNKNOWN

060508 BAM 572 Col: 08May0600815 BLOOD
Hcp: CIV,PROVIDER Req Loc: OUTSIDE

| Test | Result | Flag | Range | Units |
|---|---|---|---|---|
| PLATELETS | 269 | | 140-400 | THOUS/MCL |
| MPV | PENDING | | | |
| NEUT# | 5804 | | 1500-7800 | CELLS/MCL |
| LYMPH# | 3631 | | 850-3900 | CELLS/MCL |
| MONO# | 398 | | 200-950 | CELLS/MCL |
| EOS# | 347 | | 15-500 | CELLS/MCL |
| BASO# | 20 | | 0-200 | CELLS/MCL |
| LYMPH% | 35.6 | | | % |
| MONO% | 3.9 | | | % |
| EOS% | 3.4 | | | % |
| BASO% | 0.2 | | | % |
| RDW | 15.3 | H | 11.0-15.0 | % |
| NEUT% | 56.9 | | | % |

L=Lo H=Hi *=Critical R=Resist S=Susc MS=Mod Susc I=Intermed
[]=Uncert /A=Amended Comments= (O)rder, (I)nterpretations, (R)esult