UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Jose L. Lassalle | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:06CV01481 (ESH) |
| The Honorable Francis J. Harvey<br>Secretary of the Army | ) |
| Defendant. | ) |

**CONSENT REQUEST FOR
ENLARGEMENT OF TIME TO
FILE A CROSS MOTION FOR
SUMMARY JUDGMENT.**

On December 13, 2006, Defendant filed a Motion for Summary Judgment with attendant documentation.

Plaintiff's Cross Motion for Summary Judgment is required by January 12, 2007.

Plaintiff's counsel is in hearings and hearing preparation from January 3 to January 10, 2007

Wherefore, Plaintiff moves for enlargement of time to file a Cross Motion for Summary Judgment up to and including February 13, 2007.

Defendant's counsel consents to this request.

Dated: January 2, 2007                                    Respectfully submitted,

*/s/ Gary Myers*

Gary Myers
Counsel for Plaintiff
DC Bar # 157115
78 Clark Mill Road
Weare, NH 03281
Ph: 800-355-1095
Ph: 603-529-3455
Fax: 603-529-3009
Email: myers@mclaw.us