UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSE L. LASSALLE, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No: 1:06CV01481 (ESH) |
| THE HONORABLE FRANCIS J. HARVEY<br>Secretary of the Army, | ) |
| Defendant, | ) |

## PLAINTIFF'S CROSS MOTION FOR SUMMARY JUDGMENT

Plaintiff hereby moves for Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure because there is no genuine issue to any material fact and Plaintiff is entitled to judgment as a matter of law. In support of this motion, Plaintiff respectfully submits the attached memorandum of points and authorities, statement of material facts not in genuine dispute, and a proposed order.

Respectfully Submitted,

/s/

Gary R. Myers
Counsel for Plaintiff
DC Bar No. 157115
78 Clark Mill Road
Weare, New Hampshire 03281
Phone: (800) 355-1095
Fax: (603) 529-3009