UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSE L. LASSALLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No: 1:06CV01481 (ESH) |
| ) | |
| THE HONORABLE FRANCIS J. HARVEY ) | |
| Secretary of the Army, ) | |
| ) | |
| Defendant, ) | |
| _____) | |

**ORDER**

This matter becomes before the Court on Plaintiff's Cross-Motion for Summary Judgment.

Based upon the motion, the opposition thereto, and the entire record herein, it is this day ____ day of

_____, 20___hereby

**ORDERED** that Plaintiff's cross-motion is **GRANTED**, and it is further

**ORDERED** that Defendant's motion is **DENIED**.

This is a final appealable order.

**SO ORDERED**

_____
Ellen Segal Huvelle
United States District Judge

Copies to:
Parties via ECF