UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSE L. LASSALLE, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | ) Civil Action No. 1:06CV01481 (ESH) |
| | ) |
| THE HONORABLE FRANCIS J. HARVEY | ) |
| Secretary of the Army, | ) |
| | ) |
|     Defendant. | ) |
| | ) |

**DEFENDANT'S CONSENT MOTION FOR
AN ENLARGEMENT OF TIME WITHIN WHICH TO RESPOND**

Defendant respectfully moves this Court for an enlargement of time through and including March 13, 2007, within which to respond to Plaintiff's Cross Motion for Summary Judgment and Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment. Good cause exists to grant this motion:

    1. Defendant has been diligently working on this matter; however, defendant needs additional time to address the factual assertions and legal arguments raised by plaintiff in his memorandum and supplemental memorandum of points and authorities.

    2. Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

    3. This is the first enlargement of time sought in this matter.

    4. Plaintiff's counsel consents to the enlargement.

For these reasons, defendant requests that the Court grant its Motion for Enlargement of Time Within Which to Respond. A proposed order is included with this Motion.

        Respectfully submitted,


        /s
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


        /s
RUDOLF CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


        /s
STEVEN M. RANIERI
Special Assistant United States Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530
202-353-9895

Of Counsel:

Major Rebecca E. Ausprung
U.S. Army Litigation Division
901 N. Stuart Street, Suite 400
Arlington, Virginia 22203-1837
703-696-1627