UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSE L. LASSALLE, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:06CV01481 (ESH) |
| ) | |
| THE HONORABLE FRANCIS J. HARVEY ) | |
| Secretary of the Army, ) | |
| ) | |
|     Defendant. ) | |
| ) | |

**DEFENDANT'S CONSENT MOTION FOR
AN ENLARGEMENT OF TIME WITHIN WHICH TO RESPOND**

    Defendant respectfully moves this Court for an enlargement of time through and including March 23, 2007, within which to respond to Plaintiff's Cross Motion for Summary Judgment and Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment. Good cause exists to grant this motion:

    1. Defendant has been diligently working on this matter, and has been engaged with Plaintiff attempting to seek alternative resolution of this case. The parties, however, have been unable to reach an alternative resolution at this time. Defendant and Plaintiff have agreed to proceed through cross-motions for summary judgment. Defendant needs additional time to address the factual assertions and legal arguments raised by Plaintiff in his memorandum and supplemental memorandum of points and authorities.

    2. Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

    3. This is the second enlargement of time sought in this matter.

    4. Plaintiff's counsel consents to the enlargement.

For these reasons, defendant requests that the Court grant its Motion for Enlargement of Time Within Which to Respond. A proposed order is included with this Motion.

Respectfully submitted,

_____/s_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

_____/s_____
RUDOLF CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

_____/s_____
STEVEN M. RANIERI
Special Assistant United States Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530
202-353-9895

Of Counsel:

Major Rebecca E. Ausprung
U.S. Army Litigation Division
901 N. Stuart Street, Suite 400
Arlington, Virginia 22203-1837
703-696-1627

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSE L. LASSALLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:06CV01481 (ESH) |
| ) | |
| THE HONORABLE FRANCIS J. HARVEY ) | |
| Secretary of the Army, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### ORDER

This matter comes before the Court on Defendant's Consent Motion for Enlargement of Time Within Which to Respond. Based upon the motion and the entire record herein, it is hereby

**ORDERED** that Defendant's Consent Motion for Enlargement of Time Within Which to Respond **GRANTED**, and it is further

**ORDERED** that Defendant shall have up to and including March 23, 2007, to respond to Plaintiff's Cross Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment.

Dated this _____ day of _____, 2007.

_____
Ellen Segal Huvelle
United States District Judge

Copies to:
Parties via ECF