UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSE L. LASSALLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:06CV01481 (ESH) |
| ) | |
| THE HONORABLE FRANCIS J. HARVEY ) | |
| Secretary of the Army, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

This matter comes before the Court on Defendant's Consent Motion for Enlargement of Time Within Which to Respond. Based upon the motion and the entire record herein, it is hereby

**ORDERED** that Defendant's Consent Motion for Enlargement of Time Within Which to Respond **GRANTED**, and it is further

**ORDERED** that Defendant shall have up to and including March 23, 2007, to respond to Plaintiff's Cross Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment.

Dated this _____ day of _____, 2007.

_____
Ellen Segal Huvelle
United States District Judge

Copies to:
Parties via ECF