UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSE L. LASSALLE, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:06CV01481 (ESH) |
| | ) |
| THE HONORABLE PETE GEREN | ) |
| Acting Secretary of the Army, | ) |
| | ) |
|     Defendant. | ) |
| | ) |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S
COUNTER-STATEMENT OF FACTS**

Pursuant to LCvR 7(h), the Defendant respectfully submits the following response to the counter-statement of facts submitted by Plaintiff, Jose L. Lassalle, in support of his cross-motion for judgment upon the administrative record.

1. There is no disagreement between the parties regarding these facts.

2. There is no disagreement between the parties regarding these facts except that Mr. Lassalle entered active duty as a First Lieutenant on March 9, 1998 not 2008. AR[1] 173. Defendant assumes this was simply a typographical error.

3. There is no disagreement between the parties regarding these facts.

4. There is no disagreement between the parties regarding these facts.

5. There is no disagreement between the parties regarding these facts.

6. There is no disagreement between the parties regarding these facts.

---

[1] "AR" refers to the Administrative Record filed with the Defendant's Motion for Summary Judgment.

7. There is no disagreement between the parties regarding these facts.

8. There is no disagreement between the parties regarding these facts.

9. There is no disagreement between the parties regarding these facts.

10. According to Mr. Lassalle's application to the ABCMR, he submitted his waiver of the baccalaureate degree requirement on June 20, 1999. AR 25. That request was acted upon by the Chief, Office of Promotions, Reserve Components, on September 20, 1999. AR 37. The Defendant does not believe the difference in these dates is material to the Court's disposition of this case.

11. There is no disagreement between the parties regarding these facts.

12. There is no disagreement between the parties regarding these facts.

13. There is no disagreement between the parties regarding these facts.

14. There is no disagreement between the parties regarding these facts.

15. There is no disagreement between the parties regarding these facts.

16. There is no disagreement between the parties as to the facts contained in the first two sentences of paragraph 16. The remaining sentence in paragraph 16 is argument, not facts.

17. There is no disagreement between the parties regarding these facts.

18. The Defendant disputes that the ABCMR denied Mr. Lassalle's request for reconsideration because he had not cited substantial relevant evidence of mistake of law or manifest error. There is no disagreement between the parties regarding the remaining facts in this paragraph.

19. There is no disagreement between the parties regarding these facts.

20. There is no disagreement between the parties regarding these facts.

21.     There is no disagreement between the parties as to the facts contained in the first sentence of this paragraph.  The second sentence is argument, not facts.

22.     The Defendant disputes that the ABCMR failed to address ODCSPER's action on Plaintiff's request for a waiver, or that ODCSPER's action was erroneous.  There is no disagreement between the parties regarding the remaining facts in this paragraph.

23.     This paragraph is argument, not facts.

                                                     Respectfully submitted,

                                                     /s/
                                              JEFFREY A. TAYLOR, D.C. Bar # 498610
                                            United States Attorney

                                                     /s/
                                            RUDOLPH CONTRERAS, D.C. Bar # 434122
                                            Assistant United States Attorney

                                                     /s/
                                            STEVEN M. RANIERI
                                            Special Assistant United States Attorney
                                            Civil Division
                                            555 Fourth St., N.W.
                                            Washington, D.C. 20530
                                            202-353-9895

Of Counsel:

Major Rebecca E. Ausprung
U.S. Army Litigation Division
901 N. Stuart Street, Suite 400
Arlington, Virginia 22203-1837
703-696-1627