UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSE L. LASSALLE,<br><br>      **Plaintiff,**<br><br>      v.<br><br>PETE GEREN,<br>**Acting Secretary of the Army,**<br><br>      **Defendant.** | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 06-1481 (ESH)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendant's motion for summary judgment [Dkt. # 7] is **GRANTED**; it is

**FURTHER ORDERED** that plaintiff's cross-motion for summary judgment [Dkt. #9] is **DENIED**; and it is

**FURTHER ORDERED** that this matter is **DISMISSED**.

**SO ORDERED.**

                                                               /s/
                                             ELLEN SEGAL HUVELLE
                                             United States District Judge

Date: April 27, 2007